United States Bankruptcy Court

Central District of California

In re:  Case No. 23-15163-WJ

Shamicka Lawrence  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6  User: admin  Page 1 of 2
Date Rcvd: Nov 03, 2023  Form ID: 309A  Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol   Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503-0639 |
| 41745364 | + | 14652-8 Ventura, LLC, 17245 Luverne Pl., Encino, CA 91316-3933 |
| 41745365 | + | 5077 Lankershim Health, Associates, LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745366 | + | ADT - Attn. Bankruptcy, 1501 W. Yamato Rd., Boca Raton, FL 33431-4438 |
| 41745368 | + | Aqua Clear, Inc., 1235 Flyn Rd. #408, Camarillo, CA 93012-6214 |
| 41745369 | | Avalon Bay Communities, Inc., PO Box 215568, Tampa, FL 33622 |
| 41745371 | + | Beauchamp Family LLC, 10700 Santa Monica Blvd., Suite 215, Los Angeles, CA 90025-6588 |
| 41745372 | + | Beautiful Girls, LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745373 | + | Bridgeport Marketplace, LLC, 25134 Rye Canyon Loop, #300, Valencia, CA 91355-5031 |
| 41745378 | + | Coastal Massage Channel Islands, Harbor, Inc., 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745379 | + | Coastal Massage Oxnard, Inc., 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745380 | + | Coastal Massage Ventura Inc., 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745382 | + | Donahue Schriber Realty Group, L.P., 200 E. Baker St., Suite 100, Costa Mesa, CA 92626-4551 |
| 41745383 | + | Eleven Eight, LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745384 | + | Essex Monarch Santa Monica, Apartments, L.P., 1100 Park Pl., Ste. 200, San Mateo, CA 94403-7107 |
| 41745385 | + | Faith Page LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745386 | + | Glen March, 1 Century Dr., #32A, Los Angeles, CA 90067-3413 |
| 41745387 | + | Golden Spectrum Property, LLC, 4016 Grand ave., Suite B, Chino, CA 91710-5491 |
| 41745388 | + | Jeffrey D. Montez, Esq., Bower & Associates, APLC, PO Box 11748, Newport Beach, CA 92658-5040 |
| 41745389 | + | Joyful Wellness, LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745390 | + | Joyfully Gifted, Inc., 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745391 | + | Lawrence Girls, LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745392 | | Lumen/Cenury Link, PO Box 52187, Phoenix, AZ 85072-2187 |
| 41745393 | + | Macerich Buenaventura L.P., 401 Wilshire Blvd., Suite 700, Santa Monica, CA 90401-1452 |
| 41745397 | + | Regus, 11801 Pierce Street, Suite 200, Riverside, CA 92505-4400 |
| 41745401 | + | SOCM I, LLC, 655 Brea Canyon Rd., Walnut, CA 91789-3078 |
| 41745398 | + | Safe and Sound Security, 18545 Topham Street, Unit G, Reseda, CA 91335-6880 |
| 41745399 | + | Simi Gold Center, 292 S. La Cienega Blvd., #3308, Beverly Hills, CA 90211-3330 |
| 41745402 | + | Southern Cal Gas, PO Box C, Monterey Park, CA 91754-0932 |
| 41745403 | | Spectrio, PO Box 890271, Charlotte, NC 28289-0271 |
| 41745404 | + | Strategem Investments, LLC, 410 S. Juanita Avenue, Redondo Beach, CA 90277-3824 |
| 41745406 | + | Trinity Fifteen, LLC, 11801 Pierce St., Riverside, CA 92505-5191 |
| 41745408 | + | West Coast Baby, LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: marc.lieberman@flpllp.com | Nov 04 2023 01:18:00 | Marc A Lieberman, FLP Law Group LLP, 1875 Century Park E Ste 2230, Los Angeles, CA 90067 |
| tr | Email/Text: arturo.cisneros@txitrustee.com | Nov 04 2023 01:18:00 | Arturo Cisneros (TR), 3403 Tenth Street, Suite 714, Riverside, CA 92501 |
| smg | EDI: EDD.COM | Nov 04 2023 04:51:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: 309A | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| smg | | EDI: CALTAX.COM | Nov 04 2023 04:52:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41745367 | + | Email/PDF: bncnotices@becket-lee.com | Nov 04 2023 01:32:41 | American Express, c/o Becket and Lee, Po Box 3001, Malvern, PA 19355-0701 |
| 41745370 | | EDI: BANKAMER2.COM | Nov 04 2023 04:51:00 | Bank of America, N.A., PO Box 15168, Wilmington, DE 19850-5168 |
| 41745374 | | EDI: CAPITALONE.COM | Nov 04 2023 04:45:00 | Capital One N.A, Bankruptcy Department, P.O. Box 5155, Norcross, GA 30091 |
| 41745375 | + | EDI: CAPITALONE.COM | Nov 04 2023 04:45:00 | Capital One/Neiman Marcus/, Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 41745381 | | Email/Text: bankruptcy@ttc.lacounty.gov | Nov 04 2023 01:18:00 | County of Los Angeles, Dept. of Treasurer & Tax Collector, PO Box 514818, Los Angeles, CA 90051-4818 |
| 41745376 | | EDI: JPMORGANCHASE | Nov 04 2023 04:45:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 41745394 | + | Email/Text: jcryder@massageenvy.com | Nov 04 2023 01:18:00 | Massage Envy Franchising, LLC, 14350 N. 87th Street, Suite 200, Scottsdale, AZ 85260-2660 |
| 41745395 | + | EDI: MERCEDES | Nov 04 2023 04:45:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 41745396 | + | EDI: NFCU.COM | Nov 04 2023 04:52:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 41745377 | | Email/Text: finance.bankruptcy@lacity.org | Nov 04 2023 01:18:00 | City of Los Angeles, Office of Finance, PO Box 53233, Los Angeles, CA 90053-0233 |
| 41745400 | + | Email/Text: bankruptcynotices@sba.gov | Nov 04 2023 01:18:00 | Small Business Administration, 409 3rd Street SW, Washington, DC 20024-3212 |
| 41745405 | | Email/Text: Elan@Darvishfirm.com | Nov 04 2023 01:18:00 | The Darvish Firm, APC, 12424 Wilshire Boulevard, Suite 1115, Los Angeles, CA 90025 |
| 41745407 | | EDI: USBANKARS.COM | Nov 04 2023 04:51:00 | U.S. Bank, PO Box 2188, Oshkosh, WI 54903 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023          Signature:          /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Shamicka Lawrence<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3240<br>EIN: __–_____ | |
| **Debtor 2:** _____<br>(Spouse, if filing) First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: Central District of California | Date case filed for chapter: 7   11/3/23 | |
| Case number: 6:23–bk–15163–WJ | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shamicka Lawrence | |
| 2. | **All other names used in the last 8 years** | aka Shamicka Gibbs | |
| 3. | **Address** | 11364 Estates Court<br>Riverside, CA 92503 | |
| 4. | **Debtor's attorney**<br>Name and address | Marc A Lieberman<br>FLP Law Group LLP<br>1875 Century Park E Ste 2230<br>Los Angeles, CA 90067 | Contact phone 310–284–7350<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Arturo Cisneros (TR)<br>3403 Tenth Street, Suite 714<br>Riverside, CA 92501 | Contact phone (951) 328–3124<br>Email _____ |

4/
**For more information, see pages 2 and 3 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 3420 Twelfth Street,<br>Riverside, CA 92501–3819 | Hours Open: 9:00 AM – 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 11/3/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 6, 2023 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**TELEPHONIC MEETING, FOR INSTRUCTIONS, CONTACT THE TRUSTEE** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/5/24** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**For more information, see pages 1 and 3 >**

| | | |
|---|---|---|
| **13.** | **Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **14.** | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **15.** | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 3801 University Avenue Suite 720, Riverside, CA 92501–3200. |

**For more information, see pages 1 and 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page 3