1  **Marc A. Lieberman, Esq. (SBN 157318)**
marc.lieberman@flpllp.com
2  **Alan W. Forsley, Esq. (SBN 180958)**
alan.forsley@flpllp.com
3  **FLP LAW GROUP LLP**
1875 Century Park East, Suite 2230
4  Los Angeles, California 90067
Telephone:    (310) 284-7350
5  Facsimile:    (310) 432-5999

6  Attorneys for Debtor Shamicka Lawrence

7

8                   **UNITED STATE BANKRUPTCY COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10                          **RIVERSIDE DIVISION**

11  In re                                    ) **Case No.  6:23-bk-15163-WJ**
                                             )
12  SHAMICKA LAWRENCE,                       )
                                             ) Chapter 7
13                              Debtor.       )
                                             )
14                                           ) **STATEMENT OF RELATED CASES;**
                                             ) **SUMMARY OF SCHEDULES;**
15                                           ) **SCHEDULES A-J; DECLARATION**
                                             ) **CONCERNING DEBTOR'S**
16                                           ) **SCHEDULES; STATEMENT OF**
                                             ) **FINANICAL AFFAIRS; DEBTOR'S**
17                                           ) **ATTORNEY'S DISCLOSURE OF**
                                             ) **COMPENSATION ARRANGEMENT IN**
18                                           ) **INDIVIDUAL CHAPTER 7 CASE (2090-**
                                             ) **1(a)(3)); DISCLOSURE OF**
19                                           ) **COMPENSATION OF ATTORNEY**
                                             ) **FOR DEBTORS; CHAPTER 7**
20                                           ) **STATEMENT OF YOUR CURRENT**
                                             ) **MONTHLY INCOME; STATEMENT**
21                                           ) **OF EXEMPTION FROM**
                                             ) **PRESUMPTION OF ABUSE UNDER**
22                                           ) **§707(b)(2); AND STATEMENT OF**
                                             ) **INTENTION FOR INDIVIDUALS**
23                                           ) **FILING UNDER CHAPTER 7**
                                             )
24                                           )
                                             )
25                                           )
                                             )
26                                           )
                                             )
27  _____  )

28

                                    1

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, a general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Riverside**                          , California.

Date:    **November ___, 2023**

Shamicka Lawrence
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Shamicka Lawrence** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **6:23-bk-15163-WJ** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | | | Your assets<br>Value of what you own |
|---|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $ | 600,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.............................................. | $ | 128,785.63 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $ | 728,785.63 |

### Part 2:    Summarize Your Liabilities

| | | | Your liabilities<br>Amount you owe |
|---|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ | 248,226.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. | $ | 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ | 5,969,825.68 |
| | **Your total liabilities** | $ | 6,218,051.68 |

### Part 3:    Summarize Your Income and Expenses

| | | | |
|---|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | | |
| | Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $ | 7,649.52 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | | |
| | Copy your monthly expenses from line 22c of *Schedule J*............................................... | $ | 17,428.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or
   household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to
   the court with your other schedules.

| Official Form 106Sum | Summary of Your Assets and Liabilities and Certain Statistical Information | page 1 of 2 |
|---|---|---|

Debtor 1    **Shamicka Lawrence** _____     Case number *(if known)*  **6:23-bk-15163-WJ**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.     $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shamicka Lawrence** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **6:23-bk-15163-WJ** | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

1.1

**Residence**
**11364 Estates Court**
Street address, if available, or other description

| | | |
|---|---|---|
| **Riverside** | **CA** | **92503-0000** |
| City | State | ZIP Code |

**Riverside**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**136-050-035-9**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,200,000.00** | **$600,000.00** |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Co-tenancy (See attachment A/B)**

☐ Check if this is community property (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................=>**

| |
|---|
| **$600,000.00** |

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**In re Shamicka Lawrence**

**Attachment to Schedule A/B**

1.1 Debtor owns 50% of her principal residence.  The 50% is held by a third party trust for the benefit of her adult children  Debtor's estimate of value is  based on her personal knowledge of the properties and her understanding of other property values in the neighborhood.

| Debtor 1 | **Shamicka Lawrence** | | Case number *(if known)* | **6:23-bk-15163-WJ** |

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | **Mercedes** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| | Model: | **G-Wagon** | ☐ Debtor 1 only | | |
| | Year: | **2021** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **17,198** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ■ At least one of the debtors and another | | |
| | **Co-owned with Coastal Massage Oxnard Inc. which made down payment.** | | ☐ Check if this is community property (see instructions) | **$120,000.00** | **$60,000.00** |

| 3.2 | Make: | **Tesla** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| | Model: | **X** | ☐ Debtor 1 only | | |
| | Year: | **2022** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **15,150** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ■ At least one of the debtors and another | | |
| | **Down payment and monthly payments made by Coastal Massage Oxnard, Inc.** | | ☐ Check if this is community property (see instructions) | **$80,000.00** | **$40,000.00** |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here...........................................................=>   **$100,000.00**

**Part 3:   Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| **Misc. household goods and furnishings.** | **$10,000.00** |

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| **Television, computer, printer and cellphone.** | **$2,500.00** |

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

| Debtor 1 | **Shamicka Lawrence** | Case number *(if known)* | **6:23-bk-15163-WJ** |

☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
         musical instruments
   ☐ No
   ■ Yes. Describe.....

| Exercise equipment, including bicycle and eliptical. | $2,000.00 |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes. Describe.....

| Miscellaneous firearms. | $1,400.00 |

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| Women's everyday clothing, shoes and purses. | $5,000.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| Rings, bracelets, watch, necklaces (itemization on request). | $4,500.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

| 2 rescued dogs (Bob & Checha) | $1.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

| 15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................. | $25,401.00 |

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.........................................................................

| Debtor 1 | Shamicka Lawrence | Case number *(if known)* | 6:23-bk-15163-WJ |
|---|---|---|---|

| | **Cash** | **$0.00** |
|---|---|---|

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.....................

Institution name:

| | | | | |
|---|---|---|---|---|
| 17.1. | Checking | **Navy Federal Bank Acct. No. 0991** | | **$0.00** |
| 17.2. | Checking | **Bank of America Acct. No. 4024** | | **$486.00** |
| 17.3. | Brokerage | **UBS Bank Acct. No. 5650** | | **$398.62** |
| 17.4. | Savings | **Navy Federal Bank Acct. No. 8957** | | **$0.01** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.................

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **See attachment No. 19** | **%** | | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them

Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.

Type of account:      Institution name:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ....................

Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

Official Form 106A/B                    Schedule A/B: Property                    page 4

**Attachment B19**

**THE LAWRENCE-RELATED ENTITIES**

1.    Joyfully Gifted, Inc. ("Joyfully Gifted").  Debtor owns 100% of Joyfully Gifted. This entity owes $150,000 to the Small Business Administration ("SBA") and about $500,000 to its unsecured creditors.  This entity has a Bank of America bank account No. 9744 with about $2,000 in it.  This entity owns 100% of the following 4 entities:

    a.  Beautiful Girls, LLC, dba Massage Envy.  This entity no longer operates. It has a Bank of America bank account No. 8732 with $234 in it.  It owes $500,000 to the SBA and about $80,000 in back rent.

    b.  Faith Page LLC, dba Massage Envy. This entity no longer operates.  It has a Bank of America bank account No. 8761 with $123 in it.  It owes $500,000 to the SBA and about $60,000 in back rent.

    c.  Trinity Fifteen, LLC, dba Massage Envy.  This entity no longer operates. It has a Bank of America bank account No. 8729 with about $2,000 in it. It owes over $600,000 to the SBA and about $260,000 in back rent.

    d.  Eleven Eight, LLC, dba Massage Envy.  This entity continues to operate a single franchise at a loss.  It has a Bank of America bank account No. 8745 with $4,500 in it.  It owes over $500,000 to the SBA.

2.    West Coast Baby, LLC, dba Massage Envy.  Debtor owns 100% of West Coast Baby, LLC. This entity ceased operating in March 2020 its only location in Westlake Village, CA.  It has no revenues. Its bank account is closed (overdrawn), and it is being sued by its former landlord to whom it may owe hundreds of thousands of dollars.  It owes about $300,000 to the SBA.

3.    Lawrence Girls, LLC, dba Massage Envy    Debtor owns 100% of Lawrence Girls, LLC.  This entity ceased operating in about May 2021 its only location in West

Hollywood, CA. It has no revenues. Its bank account has been closed (overdrawn). It owes $12,000 to the SBA.

4.    Coastal Massage Ventura, Inc., dba Massage Envy  Debtor owns 100% of Coastal Massage Venture, Inc. This entity ceased operating in June 2023 its only location in Ventura, CA. It has not revenues. Its bank account is closed (overdrawn). It owes $500,000 to the SBA and $23,000 to its former landlord.

5.    Joyful Wellness, LLC, dba Massage Envy.  Debtor owns 100% of Joyful Wellness, LLC. This entity ceased operating in about August 2023 its only location in Simi Valley, CA. It has no revenues. Its bank account is closed (overdrawn). It owes $500,000 to the SBA. It owes its former landlord an undetermined amount.

6.    West Coast Queens, LLC, dba Massage Envy.   Debtor owns 100% of West Coast Queens, LLC. This entity ceased operating in about October 2022 its only location in Agoura Hills, CA. It has no revenues. Its bank account is closed (overdrawn). It has no debt.

7.    Coastal Massage Oxnard, Inc., dba Massage Envy  Debtor owns 100% of Coastal Massage Oxnard, Inc.  This entity continues to operate a single franchise in Oxnard, CA at a loss. It has a Bank of America bank account No. 5489 with $10,000 in it. It owes $500,000 to the SBA. It has three years left on its lease.

8.    Coastal Massage Channel Islands Harbor, Inc., dba Massage Envy  Debtor owns 100% of Coastal Massage Channel Islands Harbor, Inc.  This entity continues to operate a single franchise in Camarillo, CA at a loss. It has a Bank of America bank account No. 5502 with $5,000 in it. It owes $500,000 to the SBA. Its lease expires in 2025.

9.    5077 Lankershim Health Associates, LLC, dba Massage Envy.  Debtor owns 100% of 5077 Lankershim Health Associates, LLC.  This entity continues to operate a

single franchise at a loss in North Hollywood, CA.  It has a Bank of America bank

account No. 8656 with $3,000 in it.  It has no creditors.  Its lease expires in 2027.

| Debtor 1 | **Shamicka Lawrence** | Case number *(if known)* | **6:23-bk-15163-WJ** |
|---|---|---|---|

☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **The Equitable Life Insurance Company** | **Children** | **$2,500.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes.  Describe each claim.........

| Debtor 1 | **Shamicka Lawrence** | Case number *(if known)* | **6:23-bk-15163-WJ** |

**35. Any financial assets you did not already list**

☐ No

■ Yes. Give specific information..

> Debtor has personally guaranteed certain obligations of her limited liability companies and corporations (the "Entities"). As guarantor, she has indemnity rights against the Entities. However, each of the Entities is insolvent such that her indemnity rights have no value.

$0.00

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................................   $3,384.63

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37.  Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes. Go to line 38.

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes. Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53.  Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here  ...................................   $0.00

**Part 8:    List the Totals of Each Part of this Form**

| | | |
|---|---|---|
| **55. Part 1: Total real estate, line 2** ......................................................................................... | | $600,000.00 |
| **56. Part 2: Total vehicles, line 5** | $100,000.00 | |
| **57. Part 3: Total personal and household items, line 15** | $25,401.00 | |
| **58. Part 4: Total financial assets, line 36** | $3,384.63 | |
| **59. Part 5: Total business-related property, line 45** | $0.00 | |
| **60. Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| **61. Part 7: Total other property not listed, line 54** | + $0.00 | |
| **62. Total personal property. Add lines 56 through 61...** | $128,785.63 | Copy personal property total $128,785.63 |
| **63. Total of all property on Schedule A/B. Add line 55 + line 62** | | $728,785.63 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Shamicka Lawrence** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | **6:23-bk-15163-WJ** | | |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Residence 11364 Estates Court Riverside, CA 92503  Riverside County**<br>**136-050-035-9**<br>Line from Schedule A/B: **1.1** | **$600,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2021 Mercedes G-Wagon 17,198 miles**<br>**Co-owned with Coastal Massage Oxnard Inc. which made down payment.**<br>Line from Schedule A/B: **3.1** | **$60,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **2022 Tesla X 15,150 miles**<br>**Down payment and monthly payments made by Coastal Massage Oxnard, Inc.**<br>Line from Schedule A/B: **3.2** | **$40,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Misc. household goods and furnishings.**<br>Line from Schedule A/B: **6.1** | **$10,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Debtor 1    **Shamicka Lawrence**        Case number (if known)    **6:23-bk-15163-WJ**

| Brief description of the property and line on *Schedule A/B that lists this property* | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Television, computer, printer and cellphone.**<br>Line from *Schedule A/B*: **7.1** | $2,500.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Exercise equipment, including bicycle and eliptical.**<br>Line from *Schedule A/B*: **9.1** | $2,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Miscellaneous fireams.**<br>Line from *Schedule A/B*: **10.1** | $1,400.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Women's everyday clothing, shoes and purses.**<br>Line from *Schedule A/B*: **11.1** | $5,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Rings, bracelets, watch, necklaces (itemization on request).**<br>Line from *Schedule A/B*: **12.1** | $4,500.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Checking: Bank of America Acct. No. 4024**<br>Line from *Schedule A/B*: **17.2** | $486.00 | ■ $486.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Brokerage: UBS Bank Acct. No. 5650**<br>Line from *Schedule A/B*: **17.3** | $398.62 | ■ $398.62<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Savings: Navy Federal Bank Acct. No. 8957**<br>Line from *Schedule A/B*: **17.4** | $0.01 | ■ $0.01<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ■ No

        ☐ Yes

Fill in this information to identify your case:

| Debtor 1 | **Shamicka Lawrence** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 6:23-bk-15163-WJ | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:  List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |
| **2.1** **Mercedes - Benz Financial Services** Creditor's Name | Describe the property that secures the claim: **2021 Mercedes G-Wagon 17,198 miles Co-owned with Coastal Massage Oxnard Inc. which made down payment.** | $144,226.00 | $120,000.00 | $24,226.00 |

**2.1** **Mercedes - Benz Financial Services**
Creditor's Name

Describe the property that secures the claim:
**2021 Mercedes G-Wagon 17,198 miles Co-owned with Coastal Massage Oxnard Inc. which made down payment.**

$144,226.00    $120,000.00    $24,226.00

**Attn: Bankruptcy**
**P.O. Box 685**
**Roanoke, TX 76262**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

Debtor 1  **Shamicka Lawrence**
　　　　First Name　　Middle Name　　　　Last Name

Case number (if known)　**6:23-bk-15163-WJ**

| 2.2 | **U.S. Bank** | Describe the property that secures the claim: | $104,000.00 | $80,000.00 | $24,000.00 |

Creditor's Name

**2022 Tesla X 15,150 miles
Down payment and monthly
payments made by Coastal
Massage Oxnard, Inc.**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 2188
Oshkosh, WI 54903**
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Auto Loan (Debtor holds legal title w/ Coastal Massage
Oxnard, Inc.)**

Date debt was incurred _____    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here: | $248,226.00 |

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here: | $248,226.00 |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Shamicka Lawrence** | |
| | First Name      Middle Name      Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name      Middle Name      Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | **6:23-bk-15163-WJ** | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ■ No. Go to Part 2.

    ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| **4.1** | **14652-8 Ventura, LLC** | Last 4 digits of account number _____ | $0.00 |
| | Nonpriority Creditor's Name | | |
| | **17245 Luverne Pl.** | When was the debt incurred? _____ | |
| | **Encino, CA 91316** | | |

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ■ Contingent

☐ Debtor 2 only                    ■ Unliquidated

☐ Debtor 1 and Debtor 2 only       ☐ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify  **Personal guaranty of lease for 14652 Ventura Blvd., Sherman Oaks, CA 91403 (Business).**

Debtor 1    **Shamicka Lawrence**                                    Case number (if known)    **6:23-bk-15163-WJ**

---

| 4.2 | **ADT - Attn. Bankruptcy** | Last 4 digits of account number    **2171** | **$56.15** |

Nonpriority Creditor's Name
**1501 W. Yamato Rd.**
**Boca Raton, FL 33431**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Services rendered to Massage Envy Palmdale; scheduled for notice purposes.**

---

| 4.3 | **ADT - Attn. Bankruptcy** | Last 4 digits of account number    **2229** | **$56.15** |

Nonpriority Creditor's Name
**1501 W. Yamato Rd.**
**Boca Raton, FL 33431**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Services rendered to Massage Envy - Sherman Oaks; scheduled for notice purposes.**

---

| 4.4 | **ADT - Attn. Bankruptcy** | Last 4 digits of account number    **2114** | **$56.15** |

Nonpriority Creditor's Name
**1501 W. Yamato Rd.**
**Boca Raton, FL 33431**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Services rendered to Massage Envy - Valencia; scheduled for notice purposes.**

---

Debtor 1 __Shamicka Lawrence__                                      Case number (if known) __6:23-bk-15163-WJ__

| 4.5 | **ADT - Attn. Bankruptcy** | Last 4 digits of account number __3003__ | **$819.97** |

Nonpriority Creditor's Name
**1501 W. Yamato Rd.**
**Boca Raton, FL 33431**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Services rendered to Massage Envy - Ventura; scheduled for notice purposes.**

---

| 4.6 | **American Express** | Last 4 digits of account number __4005__ | **$3,402.00** |

Nonpriority Creditor's Name
**c/o Becket and Lee**
**Po Box 3001**
**Malvern, PA 19355**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.7 | **American Express** | Last 4 digits of account number __1003__ | **$13,736.57** |

Nonpriority Creditor's Name
**c/o Becket and Lee**
**Po Box 3001**
**Malvern, PA 19355**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty of business credit card for Joyfully Gifted, Inc.**

Debtor 1  **Shamicka Lawrence** _____     Case number (if known)  **6:23-bk-15163-WJ** _____

---

| 4.8 | **Aqua Clear, Inc.** | Last 4 digits of account number  5374 ___ | | $339.51 |

Nonpriority Creditor's Name
**1235 Flyn Rd. #408**
**Camarillo, CA 93012**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Services rendered Massage Envy - Sherman Oaks; scheduled for notice purposes.**

---

| 4.9 | **Aqua Clear, Inc.** | Last 4 digits of account number  5366 ___ | | $285.50 |

Nonpriority Creditor's Name
**1235 Flyn Rd. #408**
**Camarillo, CA 93012**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Services rendered to Massage Envy - Palmdale; scheduled for notice purposes.**

---

| 4.10 | **Aqua Clear, Inc.** | Last 4 digits of account number  5291 ___ | | $330.50 |

Nonpriority Creditor's Name
**1235 Flyn Rd. #408**
**Camarillo, CA 93012**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Services rendered to Massage Envy - Valencia; scheduled for notice purposes.**

---

Debtor 1    **Shamicka Lawrence**

Case number (if known)    **6:23-bk-15163-WJ**

---

**4.1**
**1**

**AT&T**
Nonpriority Creditor's Name
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **5908**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services rendered to Beautiful Girls, LLC; scheduled for notice purposes.**

$0.00

---

**4.1**
**2**

**AT&T**
Nonpriority Creditor's Name
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **5902**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services rendered to Trinity Fifteen, LLC; scheduled for notice purposes.**

$0.00

---

**4.1**
**3**

**AT&T**
Nonpriority Creditor's Name
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services rendered to Coastal Massage Ventura; scheduled for notice purposes.**

$0.00

---

Debtor 1   **Shamicka Lawrence**                                    Case number (if known)   **6:23-bk-15163-WJ**

---

**4.1**
**4**

| **Avalon Bay Communities, Inc.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 215568**
**Tampa, FL 33622**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of lease for 5077 Lankershim Blvd., North Hollywood, CA (Business).**

---

**4.1**
**5**

| **Bank of America, N.A.** | Last 4 digits of account number   **1448** | **$23,798.00** |

Nonpriority Creditor's Name

**PO Box 15168**
**Wilmington, DE 19850-5168**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   **Opened 10/09/01, Last used approx. 06/2023**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Personal guaranty of Business Credit Card.**

---

**4.1**
**6**

| **Bank of America, N.A.** | Last 4 digits of account number   **8588** | **$25,110.21** |

Nonpriority Creditor's Name
**PO Box 15168**
**Wilmington, DE 19850-5168**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business credit card for Joyfully Gifted, Inc.**

---

Debtor 1    **Shamicka Lawrence**                                    Case number (if known)    **6:23-bk-15163-WJ**

---

| 4.1 7 | | | |
|---|---|---|---|

**Bank of America, N.A.**                          Last 4 digits of account number    **1077**                          $23,306.97
Nonpriority Creditor's Name
**PO Box 15168**                                   When was the debt incurred?    _____
**Wilmington, DE 19850-5168**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community          ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify   **Personal guaranty of business credit card**
☐ Yes                                                               **for Joyful Wellness LLC.**

---

| 4.1 8 | | | |
|---|---|---|---|

**Bank of America, N.A.**                          Last 4 digits of account number    **2206**                          $18,409.32
Nonpriority Creditor's Name
**PO Box 15168**                                   When was the debt incurred?    _____
**Wilmington, DE 19850-5168**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community          ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify   **Personal guranty of business credit card**
☐ Yes                                                               **for Beautiful Girls, LLC .**

---

| 4.1 9 | | | |
|---|---|---|---|

**Bank of America, N.A.**                          Last 4 digits of account number    **3802**                          $18,400.00
Nonpriority Creditor's Name
**PO Box 15168**                                   When was the debt incurred?    _____
**Wilmington, DE 19850-5168**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community          ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify   **Personal guaranty of business credit card**
☐ Yes                                                               **for Eleven Eight, LLC.**

---

Debtor 1   **Shamicka Lawrence**                                    Case number (if known)   **6:23-bk-15163-WJ**

---

| 4.20 | **Bank of America, N.A.** | Last 4 digits of account number | **5959** | | **$17,015.53** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 15168**
**Wilmington, DE 19850-5168**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business credit card for West Coast Baby, LLC.**

---

| 4.21 | **Bank of America, N.A.** | Last 4 digits of account number | **6471** | | **$11,966.92** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 15168**
**Wilmington, DE 19850-5168**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business credit card for Faith Page, LLC.**

---

| 4.22 | **Bank of America, N.A.** | Last 4 digits of account number | **7535** | | **$13,541.31** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 15168**
**Wilmington, DE 19850-5168**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business credit card for Trinity Fifteen, LLC.**

---

Debtor 1   **Shamicka Lawrence**                                                      Case number (if known)   **6:23-bk-15163-WJ**

---

| 4.2 3 | | | |
|---|---|---|---|

**Bank of America, N.A.**                          Last 4 digits of account number   **0355**                    $0.00
Nonpriority Creditor's Name
**PO Box 15168**                                   When was the debt incurred?   _____
**Wilmington, DE 19850-5168**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community          ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   **Personal guaranty of Alaska Airlines**
                                                   **business credit card for Joyfully Gifted,**
☐ Yes                                              ■ Other. Specify **LLC.**

---

| 4.2 4 | | | |
|---|---|---|---|

**Beauchamp Family LLC**                           Last 4 digits of account number   _____      $0.00
Nonpriority Creditor's Name
**10700 Santa Monica Blvd., Suite 215**            When was the debt incurred?   _____
**Los Angeles, CA 90025**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community          ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   **Personal guaranty of lease for 1348-A North**
                                                   **Moorpark Road, Thousand Oaks, CA**
☐ Yes                                              ■ Other. Specify **(Business).**

---

| 4.2 5 | | | |
|---|---|---|---|

**Bridgeport Marketplace, LLC**                    Last 4 digits of account number   _____      $0.00
Nonpriority Creditor's Name
**25134 Rye Canyon Loop, #300**                    When was the debt incurred?   _____
**Valencia, CA 91355**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community          ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   **Personal guaranty of lease for 23957**
                                                   **Newhall Ranch Road, Valencia, CA 91355**
☐ Yes                                              ■ Other. Specify **(Business).**

---

Debtor 1 __Shamicka Lawrence_____   Case number (if known) __6:23-bk-15163-WJ__

---

| 4.2 6 | | | |
|---|---|---|---|

**Capital One N.A**                                 Last 4 digits of account number __2896__              $0.00

Nonpriority Creditor's Name
**Bankruptcy Department**                           **When was the debt incurred?** _____
**P.O. Box 5155**
**Norcross, GA 30091**
Number Street City State Zip Code                   **As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

☐ Debtor 1 only                                      ■ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ☐ Disputed

■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community           ☐ Student loans
debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify  **Personal guaranty of business Credit Card**
                                                                       **for Joyfully Gifted, Inc.**

---

| 4.2 7 | | | |
|---|---|---|---|

**Capital One/Neiman Marcus/**                       Last 4 digits of account number __5631__             $12,461.00

Nonpriority Creditor's Name
**Bergdorf Goodm**                                   **When was the debt incurred?**  **Opened  2/27/04  Last used**
**Attn: Bankruptcy**                                                                  **05/2023**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code                    **As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

■ Debtor 1 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ☐ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community           ☐ Student loans
debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify  **Charge Account (Personal)**

---

| 4.2 8 | | | |
|---|---|---|---|

**Chase Card Services**                              Last 4 digits of account number __8272__             $7,890.00

Nonpriority Creditor's Name
**Attn: Bankruptcy**                                 **When was the debt incurred?**  **Opened 09/19  Last used 2023**
**P.O. 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code                    **As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

■ Debtor 1 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ☐ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community           ☐ Student loans
debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify  **Personal guaranty of Business Credit Card.**

---

Debtor 1 __Shamicka Lawrence_____    Case number (if known)   __6:23-bk-15163-WJ__

---

| 4.2 9 | **City of Los Angeles** | Last 4 digits of account number  **0014**_____ | $6,860.63 |

Nonpriority Creditor's Name
**Office of Finance**
**PO Box 53233**
**Los Angeles, CA 90053-0233**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Estimated Taxes for Beautiful Girls LLC (Business); scheduled for notice purposes.**

---

| 4.3 0 | **City of Ventura** | Last 4 digits of account number  _____ | $0.00 |

Nonpriority Creditor's Name
**Business Tax Office**
**501 Poli St., Rm 107**
**Ventura, CA 93001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Scheduled for notice purposes.**

---

| 4.3 1 | **County of Los Angeles** | Last 4 digits of account number  **4746**_____ | $725.13 |

Nonpriority Creditor's Name
**Dept. of Treasurer & Tax Collector**
**PO Box 514818**
**Los Angeles, CA 90051-4818**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Tax for Beautiful Girls LLC (Business); scheduled for notice purposes.**

---

Official Form 106 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page 11 of 30

Debtor 1  **Shamicka Lawrence**                                    Case number (if known)   **6:23-bk-15163-WJ**

---

| 4.3 2 | **Donahue Schriber Realty Group, L.P.** | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name
**200 E. Baker St., Suite 100**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Personal guaranty of lease for 2360 Las Posas Road, Suite G, Camarillo, CA (Business).**

---

| 4.3 3 | **Essex Monarch Santa Monica Apartments, L.P.** | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name
**1100 Park Pl., Ste. 200**
**San Mateo, CA 94403**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Personal guaranty of lease for 7111 Santa Monica Blvd., Site D, West Hllywood, CA 90046 (Business).**

---

| 4.3 4 | **Frontier** | Last 4 digits of account number  5125 | | $0.00 |

Nonpriority Creditor's Name
**PO Box 211579**
**Eagan, MN 55121-2879**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Services rendered to Coastal Massage Oxnard; scheduled for notice purposes.**

---

Debtor 1  **Shamicka Lawrence**                                    Case number (if known)  **6:23-bk-15163-WJ**

| 4.3 5 | **Frontier** | Last 4 digits of account number **6095** | $0.00 |

Nonpriority Creditor's Name
**PO Box 211579**
**Eagan, MN 55121-2879**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Services rendered to Coastal Massage Channel Islands Harbor; scheduled for notice purposes.**

---

| 4.3 6 | **Frontier** | Last 4 digits of account number **5205** | $0.00 |

Nonpriority Creditor's Name
**PO Box 211579**
**Eagan, MN 55121-2879**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Services rendered to Eleven Eight, LLC; scheduled for notice purposes.**

---

| 4.3 7 | **Glen March** | Last 4 digits of account number | $120,000.00 |

Nonpriority Creditor's Name
**1 Century Dr., #32A**
**Los Angeles, CA 90067**
Number Street City State Zip Code

When was the debt incurred?  **2017**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Loan (Personal)**

---

Debtor 1    **Shamicka Lawrence**                                              Case number (if known)    **6:23-bk-15163-WJ**

---

**4.3 8**

**Golden Spectrum Property, LLC**
Nonpriority Creditor's Name
**4016 Grand ave., Suite B**
**Chino, CA 91710**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                     $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty of lease for 39445 10th Street W., Space E-5, Palmdale, CA 93551 (Business).**

---

**4.3 9**

**Lumen/Cenury Link**
Nonpriority Creditor's Name
**PO Box 52187**
**Phoenix, AZ 85072-2187**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    7840               $451.40

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Services rendered to Faith Page, LLC; scheduled for notice purposes.**

---

**4.4 0**

**Macerich Buenaventura L.P.**
Nonpriority Creditor's Name
**401 Wilshire Blvd., Suite 700**
**Santa Monica, CA 90401**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                     $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty of lease for Space No. E5, Pacific View (Business).**

---

Debtor 1   **Shamicka Lawrence**                                    Case number (if known)   **6:23-bk-15163-WJ**

---

**4.4**
**1**

**Massage Envy Franchising, LLC**                    Last 4 digits of account number _____              $0.00
Nonpriority Creditor's Name
**14350 N. 87th Street**                              When was the debt incurred?    _____
**Suite 200**
**Scottsdale, AZ 85260**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community            ☐ Student loans
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify   **For Notice purposes**

---

**4.4**
**2**

**Na Shaun Neal**                                    Last 4 digits of account number _____              $0.00
Nonpriority Creditor's Name
**3756 Santa Rosalia Dr., Suite 326**                When was the debt incurred?    _____
**Los Angeles, CA 90008**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community            ☐ Student loans
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify   _____

---

**4.4**
**3**

**Navy Federal Credit Union**                        Last 4 digits of account number   **9578**                  $16,817.00
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                 When was the debt incurred?   **Opened 09/21 Last 4/23**
**Po Box 3000**
**Merrifield, VA 22119**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
**Who incurred the debt? Check one.**

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community            ☐ Student loans
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify   **Credit Card (personal)**

---

Debtor 1  **Shamicka Lawrence**                                  Case number (if known)  **6:23-bk-15163-WJ**

---

| 4.4 4 | **Regus** | Last 4 digits of account number | **6131** | **$455.81** |

Nonpriority Creditor's Name

**11801 Pierce Street**
**Suite 200**
**Riverside, CA 92505**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

□ Yes

■ Other. Specify  **Services rendered to Lawrence Girls, LLC and Joyful Wellness, LLC; scheduled for notice purposes**

---

| 4.4 5 | **Regus** | Last 4 digits of account number | **3841** | **$0.00** |

Nonpriority Creditor's Name

**11801 Pierce Street**
**Suite 200**
**Riverside, CA 92505**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

□ Yes

■ Other. Specify  **Services rendered to Beauitful Girls, LLC; scheduled for notice purposes.**

---

Debtor 1  **Shamicka Lawrence**                                          Case number (if known)    **6:23-bk-15163-WJ**

| | | |
|---|---|---|
| **4.4 6** | **Regus** | Last 4 digits of account number **6126** | $0.00 |

Nonpriority Creditor's Name
**11801 Pierce Street
Suite 200
Riverside, CA 92505**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Services rendered to Coastal Massage Oxnard and Costal Massage Ventura; scheduled for notice purposes.**

| | | |
|---|---|---|
| **4.4 7** | **Regus** | Last 4 digits of account number **6123** | $0.00 |

Nonpriority Creditor's Name
**11801 Pierce Street
Suite 200
Riverside, CA 92505**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Services rendered to Coastal Massage Channel Islands Harbor and West Coast Queens, LLC; scheduled for notice purposes.**

Debtor 1    **Shamicka Lawrence**                                    Case number (if known)    **6:23-bk-15163-WJ**

---

| 4.4 8 | **Regus** | Last 4 digits of account number | **6006** | $0.00 |

Nonpriority Creditor's Name
**11801 Pierce Street**
**Suite 200**
**Riverside, CA 92505**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Services rendered to Eleven Eight, LLC and West coast Baby, LLC; scheduled for notice purposes.**

---

| 4.4 9 | **Regus** | Last 4 digits of account number | **6138** | $0.00 |

Nonpriority Creditor's Name
**11801 Pierce Street**
**Suite 200**
**Riverside, CA 92505**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Services rendered to Trinity Fifteen, LLC and Faith Page, LLC; scheduled for notice purposes.**

---

Debtor 1   **Shamicka Lawrence**                                   Case number (if known)   **6:23-bk-15163-WJ**

| | | | |
|---|---|---|---|
| 4.5 0 | **ROIC California LLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**MS 631099
PO Box 3953
Seattle, WA 98124-3953**

When was the debt incurred?  _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty of lease for 3835 E. To Blvd. Unit A1, Westlake Village, CA 91362 (Business).**

---

| | | | |
|---|---|---|---|
| 4.5 1 | **Safe and Sound Security** | Last 4 digits of account number  **9722** | $0.00 |

Nonpriority Creditor's Name
**18545 Topham Street
Unit G
Reseda, CA 91335**

When was the debt incurred?  _____

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Alarm System for Joyful Wellness LLC; scheduled for notice purposes.**

---

| | | | |
|---|---|---|---|
| 4.5 2 | **Simi Gold Center** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**292 S. La Cienega Blvd., #3308
Beverly Hills, CA 90211**

When was the debt incurred?  _____

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty of lease for 1263 Simi Town Center Way, #H7, Simi Valley, CA 93065 (Business).**

---

Debtor 1  **Shamicka Lawrence**                                    Case number (if known)    **6:23-bk-15163-WJ**

---

**4.5 3**

**Siria Amador**
Nonpriority Creditor's Name
**c/o Nick Badii**
**Lawyers for Employee & Consumer**
**3500 West Olive Ave., 3rd Floor**
**Burbank, CA 91505**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Scheduled for notice purposes.**

---

**4.5 4**

**Small Business Administration**
Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number  **7401**          $150,000.00

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Personal guaranty of SBA  - EIDL Loan for Joyfully Gifted, Inc. (Business).**

---

**4.5 5**

**Small Business Administration**
Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number  **7800**          $500,000.00

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Personal guaranty of SBA  - EIDL Loan for Beautiful Girls, LLC (Business).**

---

Debtor 1    **Shamicka Lawrence**                                    Case number (if known)    **6:23-bk-15163-WJ**

---

| 4.5 6 | **Small Business Administration** | Last 4 digits of account number | **7405** | $500,000.00 |

Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Personal guaranty of SBA  - EIDL Loan for Faith Page, LLC (Business).**

---

| 4.5 7 | **Small Business Administration** | Last 4 digits of account number | **7404** | $825,400.00 |

Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Personal guaranty of SBA  - EIDL Loan for Trinity Fifteen, LLC (Business).**

---

| 4.5 8 | **Small Business Administration** | Last 4 digits of account number | **7407** | $336,600.00 |

Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Personal guaranty of SBA  - EIDL Loan for Eleven Eight, LLC (Business).**

---

Debtor 1  **Shamicka Lawrence**                                  Case number (if known)  **6:23-bk-15163-WJ**

---

| 4.5 9 | **Small Business Administration** | Last 4 digits of account number  **7405** | **$233,600.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty of SBA  - EIDL Loan for West Coast Baby, LLC(Business).**

---

| 4.6 0 | **Small Business Administration** | Last 4 digits of account number  **7408** | **$12,500.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty of SBA  - EIDL Loan for Lawrence Girls, LLC (Business).**

---

| 4.6 1 | **Small Business Administration** | Last 4 digits of account number  **7810** | **$500,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty of SBA  - EIDL Loan for Coastal Massage Ventura, Inc. (Business).**

---

Debtor 1  **Shamicka Lawrence**                                    Case number (if known)  **6:23-bk-15163-WJ**

---

| 4.6 2 | **Small Business Administration** | Last 4 digits of account number **7405** | **$500,000.00** |

Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty of SBA - EIDL Loan for Joyful Wellness, LLC (Business).**

---

| 4.6 3 | **Small Business Administration** | Last 4 digits of account number **7407** | **$694,900.00** |

Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty of SBA  - EIDL Loan for Coastal Massage Oxnard, Inc. (Business).**

---

| 4.6 4 | **Small Business Administration** | Last 4 digits of account number **7804** | **$500,000.00** |

Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty of SBA  - EIDL Loan for Coastal Massage Channel Islands Harbor, Inc. (Business).**

---

Debtor 1  **Shamicka Lawrence**                                    Case number (if known)    **6:23-bk-15163-WJ**

---

| 4.6 5 | | | |
|---|---|---|---|

**Small Business Administration**          Last 4 digits of account number  **7308**          $67,131.00
Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**                  When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.         As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                          ■ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
■ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community  ☐ Student loans
debt                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ■ Other. Specify  **Personal guaranty of SBA  - PPP Loan for**
☐ Yes                                                       **Beautiful Girls, LLC (Business).**

---

| 4.6 6 | | | |
|---|---|---|---|

**Small Business Administration**          Last 4 digits of account number  **7702**          $25,461.00
Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**                  When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.         As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                          ■ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
■ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community  ☐ Student loans
debt                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ■ Other. Specify  **Personal guaranty of SBA  - PPP Loan for**
☐ Yes                                                       **Joyfully Gifted, LLC(Business).**

---

| 4.6 7 | | | |
|---|---|---|---|

**Small Business Administration**          Last 4 digits of account number  **7409**          $94,901.00
Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**                  When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.         As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                          ■ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
■ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community  ☐ Student loans
debt                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ■ Other. Specify  **Personal guaranty of SBA  - PPP Loan for**
☐ Yes                                                       **Trinity Fifteen, LLC (Business).**

---

Debtor 1   **Shamicka Lawrence**                                                    Case number (if known)   **6:23-bk-15163-WJ**

---

| 4.68 | **Small Business Administration** | Last 4 digits of account number **7804** | **$85,649.00** |

Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of SBA  - PPP Loan for Lawrence Girls, LLC (Business).**

---

| 4.69 | **Small Business Administration** | Last 4 digits of account number **7808** | **$2,464.64** |

Nonpriority Creditor's Name
**409 3rd Street SW**
**Washington, DC 20024**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of SBA  - PPP Loan for West Coast Baby, LLC (Business).**

---

| 4.70 | **SOCM I, LLC** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**655 Brea Canyon Rd.**
**Walnut, CA 91789**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of lease for 655 Town Center Dr., Suite 2200, Oxnard, CA 93036 (Business).**

---

Debtor 1  **Shamicka Lawrence**                                                   Case number *(if known)*   **6:23-bk-15163-WJ**

---

| 4.7 1 | **Southern Cal Gas** | Last 4 digits of account number  **8824** | $875.59 |

Nonpriority Creditor's Name
**PO Box C**
**Monterey Park, CA 91756**
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Services rendered to Coastal Massage Ventura, LLC; scheduled for notice purposes.**

---

| 4.7 2 | **Spectrio** | Last 4 digits of account number  **0100** | $0.00 |

Nonpriority Creditor's Name
**PO Box 890271**
**Charlotte, NC 28289-0271**
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Services rendered to West Hollywood - Lawrence Girls; scheduled for notice purposes.**

---

| 4.7 3 | **Strategem Investments, LLC** | Last 4 digits of account number  _____ | $600,000.00 |

Nonpriority Creditor's Name
**410 S. Juanita Avenue**
**Redondo Beach, CA 90277**
Number Street City State Zip Code

When was the debt incurred?  **2017-2018**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **For notice purposes. (Glen March related)**

---

Debtor 1  **Shamicka Lawrence**                                      Case number (if known)  **6:23-bk-15163-WJ**

---

**4.7 4**

**The Darvish Firm, APC**                          Last 4 digits of account number _____          **$4,051.72**
Nonpriority Creditor's Name
**12424 Wilshire Boulevard**                        When was the debt incurred? _____
**Suite 1115**
**Los Angeles, CA 90025**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community            ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify  **Legal Fees**

---

**4.7 5**

**Ventura County Tax Collector**                   Last 4 digits of account number _____          **$0.00**
Nonpriority Creditor's Name
**800 S. Victoria Ave.**                            When was the debt incurred? _____
**Ventura, CA 93009**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community            ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify  **Scheduled for notice purposes.**

---

**4.7 6**

**World Pay**                                       Last 4 digits of account number _____          **$0.00**
Nonpriority Creditor's Name
**PO Box 639726**                                   When was the debt incurred? _____
**Cincinnati, OH 45263-9726**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community            ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify  **Services rendered to Beauitful Girls, LLC;**
☐ Yes                                              **scheduled for notice purposes.**

---

Debtor 1    **Shamicka Lawrence**                                Case number *(if known)*    **6:23-bk-15163-WJ**

---

| 4.7 7 | | | |
|---|---|---|---|

**World Pay**                                          Last 4 digits of account number _____          $0.00

Nonpriority Creditor's Name
**PO Box 639726**                                      When was the debt incurred? _____
**Cincinnati, OH 45263-9726**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community             ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                       **Services rendered to Massage Envy Agoura
                                                       Hills dba West Coast Queens, LLC;**
☐ Yes                                   ■ Other. Specify **scheduled for notice purposes.**

---

| 4.7 8 | | | |
|---|---|---|---|

**World Pay**                                          Last 4 digits of account number _____          $0.00

Nonpriority Creditor's Name
**PO Box 639726**                                      When was the debt incurred? _____
**Cincinnati, OH 45263-9726**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community             ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                       **Services rendered to Coastal Massage
                                                       Ventura, LLC; scheduled for notice**
☐ Yes                                   ■ Other. Specify **purposes.**

---

| 4.7 9 | | | |
|---|---|---|---|

**World Pay**                                          Last 4 digits of account number _____          $0.00

Nonpriority Creditor's Name
**PO Box 639726**                                      When was the debt incurred? _____
**Cincinnati, OH 45263-9726**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community             ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                       **Services rendered to Joyful Wellness, LLC;**
☐ Yes                                   ■ Other. Specify **scheduled for notice purposes.**

---

Debtor 1  **Shamicka Lawrence**

Case number (if known)  **6:23-bk-15163-WJ**

---

**4.80**

**World Pay**
Nonpriority Creditor's Name
PO Box 639726
Cincinnati, OH 45263-9726
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Services rendered to Trinity Fifteen, LLC; scheduled for notice purposes.**

$0.00

---

**4.81**

**World Pay**
Nonpriority Creditor's Name
PO Box 639726
Cincinnati, OH 45263-9726
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Services rendered to Faith Page, LLC; scheduled for notice purposes.**

$0.00

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Attn: Dale Donohoe**
**28338 Constellation Road**
**Suite 900**
**Valencia, CA 91355**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Attn: Row Zadeh**
**14652 Ventura Blvd.**
**Sherman Oaks, CA 91403**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**c/o Shin Yen Management Inc.**
**Attn: Brian Ho**
**3808 Grand Ave., Suite B**
**Chino, CA 91710**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Debtor 1 | **Shamicka Lawrence** | Case number *(if known)* | **6:23-bk-15163-WJ** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Essex**<br>PO Box 82752<br>Goleta, CA 93118-5752 | Line **4.33** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Jeffrey D. Montez, Esq.**<br>Bower & Associates, APLC<br>PO Box 11748<br>Newport Beach, CA 92658 | Line **4.38** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Office of Finance Special Desk Unit**<br>200 N. Spring Street<br>Room 101<br>Los Angeles, CA 90012 | Line **4.29** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Sam Yebri, Esq.**<br>Merino Yebri LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 | Line **4.50** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Simi Gold Center**<br>6006 Reseda Blvd.<br>Tarzana, CA 91356 | Line **4.52** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **The Collection at Riverpark**<br>Centercal Properties, LLC<br>2751 Park View Court, Suite 261<br>Oxnard, CA 93036 | Line **4.70** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 5,969,825.68 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 5,969,825.68 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Shamicka Lawrence** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | 6:23-bk-15163-WJ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br> Number   Street <br> City        State        ZIP Code | |
| **2.2** <br> Name <br> Number   Street <br> City        State        ZIP Code | |
| **2.3** <br> Name <br> Number   Street <br> City        State        ZIP Code | |
| **2.4** <br> Name <br> Number   Street <br> City        State        ZIP Code | |
| **2.5** <br> Name <br> Number   Street <br> City        State        ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Shamicka Lawrence** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **6:23-bk-15163-WJ** |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ■ Yes.

      In which community state or territory did you live?    **California**    . Fill in the name and current address of that person.
      **Antwuan Hill**

      Name of your spouse, former spouse, or legal equivalent
      Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1**   **5077 Lankershim Health Associates, LLC** <br> **11801 Pierce St., Suite 200** <br> **Riverside, CA 92505** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.14__ <br> ☐ Schedule G _____ <br> **Avalon Bay Communities, Inc.** |
| **3.2**   **Beautiful Girls, LLC** <br> **11801 Pierce St., Suite 200** <br> **Riverside, CA 92505** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.55__ <br> ☐ Schedule G _____ <br> **Small Business Administration** |

| Debtor 1 | Shamicka Lawrence | Case number *(if known)* | 6:23-bk-15163-WJ |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.3 | Beautiful Girls, LLC<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>**14652-8 Ventura, LLC** |
| 3.4 | Beautiful Girls, LLC<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>**Bank of America, N.A.** |
| 3.5 | Beautiful Girls, LLC<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.6 | Beautiful Girls, LLC<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>**AT&T** |
| 3.7 | Beautiful Girls, LLC<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>**City of Los Angeles** |
| 3.8 | Beautiful Girls, LLC<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>**World Pay** |
| 3.9 | Coastal Massage Channel Islands Harbor, Inc.<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.64___<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.10 | Coastal Massage Channel Islands Harbor, Inc.<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>**Donahue Schriber Realty Group, L.P.** |

Debtor 1   **Shamicka Lawrence**                          Case number *(if known)*   **6:23-bk-15163-WJ**

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.11   **Coastal Massage Channel Islands Harbor, Inc.**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>**Frontier** |
| 3.12   **Coastal Massage Oxnard, Inc.**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.63___<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.13   **Coastal Massage Oxnard, Inc.**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>**SOCM I, LLC** |
| 3.14   **Coastal Massage Oxnard, Inc.**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ■ Schedule D, line ___2.2___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**U.S. Bank** |
| 3.15   **Coastal Massage Oxnard, Inc.**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>**Frontier** |
| 3.16   **Coastal Massage Ventura Inc.**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.17   **Coastal Massage Ventura Inc.**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>**AT&T** |
| 3.18   **Coastal Massage Ventura Inc.**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>**City of Ventura** |

Debtor 1  **Shamicka Lawrence**                              Case number (if known)  **6:23-bk-15163-WJ**

| | | |
|---|---|---|
| ▮ **Additional Page to List More Codebtors** | | |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19  **Coastal Massage Ventura Inc.**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.78**<br>☐ Schedule G _____<br>**World Pay** |
| 3.20  **Eleven Eight, LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.24**<br>☐ Schedule G _____<br>**Beauchamp Family LLC** |
| 3.21  **Eleven Eight, LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.19**<br>☐ Schedule G _____<br>**Bank of America, N.A.** |
| 3.22  **Eleven Eight, LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.36**<br>☐ Schedule G _____<br>**Frontier** |
| 3.23  **Faith Page LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.56**<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.24  **Faith Page LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.38**<br>☐ Schedule G _____<br>**Golden Spectrum Property, LLC** |
| 3.25  **Faith Page LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.21**<br>☐ Schedule G _____<br>**Bank of America, N.A.** |
| 3.26  **Faith Page LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.81**<br>☐ Schedule G _____<br>**World Pay** |

Debtor 1   **Shamicka Lawrence**                                    Case number *(if known)*   **6:23-bk-15163-WJ**

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.27  **Joyful Wellness, LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.28  **Joyful Wellness, LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**Macerich Buenaventura L.P.** |
| 3.29  **Joyful Wellness, LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**Bank of America, N.A.** |
| 3.30  **Joyful Wellness, LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.79__<br>☐ Schedule G _____<br>**World Pay** |
| 3.31  **Joyful Wellness, LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>**Ventura County Tax Collector** |
| 3.32  **Joyfully Gifted, Inc.**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.54__<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.33  **Joyfully Gifted, Inc.**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**American Express** |
| 3.34  **Joyfully Gifted, Inc.**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Capital One  N.A** |

---

| Debtor 1 | Shamicka Lawrence | Case number (if known) | 6:23-bk-15163-WJ |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.35  **Joyfully Gifted, Inc.**
11801 Pierce St., Suite 200
Riverside, CA 92505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
**Bank of America, N.A.**

---

3.36  **Joyfully Gifted, Inc.**
11801 Pierce St., Suite 200
Riverside, CA 92505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.66___
☐ Schedule G _____
**Small Business Administration**

---

3.37  **Joyfully Gifted, Inc.**
11801 Pierce St., Suite 200
Riverside, CA 92505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.67___
☐ Schedule G _____
**Small Business Administration**

---

3.38  **Joyfully Gifted, Inc.**
11801 Pierce St., Suite 200
Riverside, CA 92505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**Bank of America, N.A.**

---

3.39  **Lawrence Girls, LLC**
11801 Pierce St., Suite 200
Riverside, CA 92505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
**Essex Monarch Santa Monica**

---

3.40  **Lawrence Girls, LLC**
11801 Pierce St., Suite 200
Riverside, CA 92505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.68___
☐ Schedule G _____
**Small Business Administration**

---

3.41  **Trinity Fifteen, LLC**
11801 Pierce St.
Riverside, CA 92505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.58___
☐ Schedule G _____
**Small Business Administration**

---

3.42  **Trinity Fifteen, LLC**
11801 Pierce St.
Riverside, CA 92505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.25___
☐ Schedule G _____
**Bridgeport Marketplace, LLC**

---

Debtor 1  **Shamicka Lawrence**                                        Case number *(if known)*  **6:23-bk-15163-WJ**

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.43 **Trinity Fifteen, LLC**<br>11801 Pierce St.<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Bank of America, N.A.** |
| 3.44 **Trinity Fifteen, LLC**<br>11801 Pierce St.<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**AT&T** |
| 3.45 **Trinity Fifteen, LLC**<br>11801 Pierce St.<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.80__<br>☐ Schedule G _____<br>**World Pay** |
| 3.46 **West Coast Baby, LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.47 **West Coast Baby, LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.20__<br>☐ Schedule G _____<br>**Bank of America, N.A.** |
| 3.48 **West Coast Baby, LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.69__<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.49 **West Coast Baby, LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**ROIC California LLC** |
| 3.50 **West Coast Queens, LLC**<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>**World Pay** |

Official Form 106H                        Schedule H: Your Codebtors                        Page 7 of 7

**Fill in this information to identify your case:**

Debtor 1          **Shamicka Lawrence**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    **CENTRAL DISTRICT OF CALIFORNIA**

Case number    **6:23-bk-15163-WJ**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| Employment status | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | Entrepreneur | Entrepreneur |
| Employer's name | | Joyfully Gifted, Inc. | Self Employed |
| Employer's address | | 11364 Estate Court<br>Riverside, CA 92503 | |
| How long employed there? | | 4 | 6 |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1   **Shamicka Lawrence**  _____   Case number (*if known*)   **6:23-bk-15163-WJ**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 0.00 |
| **5.** | **List all payroll deductions:** | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ 0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| **8.** | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 7,649.52 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 | + $ 0.00 |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 7,649.52 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 | + $ 7,649.52 = $ 7,649.52 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data*, if it applies   12. $ 7,649.52

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Shamicka Lawrence** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **6:23-bk-15163-WJ** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and   ☐ Yes.   Fill out this information for
   Debtor 2.                              each dependent..............

   Do not state the
   dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know
the value of such assistance and have included it on *Schedule I: Your Income*
(Official Form 106I).

**Your expenses**

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. $ | 780.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. $ | 640.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. $ | 400.00 |
| 4d.   Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1   **Shamicka Lawrence**                          Case number (if known)   **6:23-bk-15163-WJ**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 1,600.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 400.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 400.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 800.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 300.00 |
| 11. | **Medical and dental expenses** | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 300.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 500.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 0.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 2,908.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other: Specify:   Non-Debtor Spouse's separate expenses. See Attachment.** | 21. +$ | 8,300.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 17,428.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 17,428.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 7,649.52 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 17,428.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -9,778.48 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.   Explain here: **(1) Debtor's non-debtor spouse maintains his own separate residence which he owned since prior to 2017 marriage and (2) has additional monthly expenses see attachment.**

### In re Shamicka Lawrence
### USBC Case No. 6:23-bk-15163-WJ

Non-Debtor Spouse Income and Expenses
Attachment to Schedule I and Schedule J21

## Schedule I

**Non-Debtor Spouse Income**

Income of Non-Debtor Spouse derives from his wholly owned logistics company ACE Elite Services Inc., which has gross income of about $43,500 from which he nets $7,649.53 after payments to subcontractors ($30,450) and business vehicle leases ($4,889), but before payment of the expenses listed below..[1]

## Schedule J

**Non-Debtor Spouse Expenses**

Non-Debtor Spouse leases a condominium from which ACE Elite Services Inc. operates and which is used for such business purposes. Rent on the condominium is $4,500 and associated utilities are $1,800 per month. See footnote No. 1.

| | |
|---|---|
| Income from operation of business | $7,649.52 |
| Rental of condominium (Business) | $4,500.00 |
| Utilities (Business) | $1,800.00 |
| TV/Phone & Internet (Condominium) | $700.00 |
| Parking (Condominium) | $300.00 |
| Food/Medical/Etc. | $1,000.00 |
| **Total Expenses:** | **$8,300.00** |
| **Total Income:** | **$7,649.52** |
| **Total monthly net income** | **$-650.48** |

---

[1] Debtor and non-debtor spouse married in 2022. Each has maintained their financial affairs separately, and Debtor has no personal knowledge of her husband's financial affairs, and has neither reviewed nor had access to documents regarding same. All information regarding non-debtor spouse financial affairs was provided by non-debtor spouse.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Shamicka Lawrence** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **6:23-bk-15163-WJ** | | |
| (if known) | | | |

☐ Check if this is an amended filing

**Official Form 106Dec**
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____

Shamicka Lawrence     Signature of Debtor 2
Signature of Debtor 1

Date  **November ___, 2023**     Date _____

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

000061

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Shamicka Lawrence** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | **6:23-bk-15163-WJ** | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $38,997.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Shamicka Lawrence** _____    Case number *(if known)*    **6:23-bk-15163-WJ**

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year:** (January 1 to December 31, 2022 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $52,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2021 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $52,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|

---

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ **No.**    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

■ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.**    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | **Shamicka Lawrence** | Case number *(if known)* | **6:23-bk-15163-WJ** |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title / Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Creditors Adjustment Bureau, Inc. vs. West Coast Baby, LLC, et al. 20CHLC12017 | Civil - Collections | Los Angeles Superior Court Chatsworth Courthouse 9425 Penfield Ave. Chatsworth, CA 91311 | ☒ Pending ☐ On appeal ☐ Concluded |
| Essex Monarch Santa Monica Apartments, L.P. v. Lawrence Girls, LLC, et al. 22SMCV00559 | Civil - Collection | Los Angeles Superior Court Santa Monica Courthouse 1725 Main Street Santa Monica, CA 90401 | ☐ Pending ☐ On appeal ☒ Concluded |
| ROIC California v. West Coast Baby, et al. 56-2020-00543906-CU-BC-VTA | Civil | Ventura Superior Court 800 S. Victoria Avenue Ventura, CA 93009 | ☒ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property / Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor 1 | **Shamicka Lawrence** | Case number *(if known)* | **6:23-bk-15163-WJ** |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

- ■ No
- ☐ Yes

### Part 5:    List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

- ☐ No
- ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |
| **Iyanna Lawrence** | **Bracelet** | **5/2023** | **$2,000.00** |
| Person's relationship to you: **Daughter** | | | |
| **Amara Lawrence** | **Bracelet** | **07/2023** | **$2,000.00** |
| Person's relationship to you: **Daughter** | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Charity's Name** | | | |
| **Address (Number, Street, City, State and ZIP Code)** | | | |

### Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | | |

### Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **FLP Law Group LLP** **1875 Century Park East, Suite 2230** **Los Angeles, CA 90067** **www.flpllp.com** | **Bankruptcy legal services - Money** | **08/21/2023** | **$14,067.50** |

Debtor 1   **Shamicka Lawrence** _____   Case number (*if known*)   **6:23-bk-15163-WJ**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| FLP Law Group LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, CA 90067 | **Other legal services - Money** | **11/10/2022** | **$7,000.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Joyfully Gifted, Inc.<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505<br><br>Sole Owner | **$10,000.00** | **Capital contribution.** | **08/22/2023** |
| Joyfully Gifted, Inc.<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505<br><br>Sole Owner | **$4,000.00** | **Capital contribution.** | **08/24/2023** |
| Joyfully Gifted, Inc.<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505<br><br>Sole Owner | **$1,000.00** | **Capital contribution.** | **09/15/2023** |
| Joyfully Gifted, Inc.<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505<br><br>Sole Owner | **$3,000.00** | **Capital contribution.** | **11/02/2023** |
| Coastal Massage Oxnard Inc.<br>11801 Pierce Street, Suite 200<br>Oxnard, CA 93036<br><br>Sole Owner | **$8,000.00** | **Capital contribution.** | **09/06/2023** |

| Debtor 1 | **Shamicka Lawrence** | | Case number *(if known)* | **6:23-bk-15163-WJ** |
|---|---|---|---|---|

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |
| **Coastal Massage Oxnard, Inc.** 11801 Pierce St., Suite 200 Riverside, CA 92505 | **$8,000.00** | **Capital contribution.** | **09/15/2023** |
| **Sole Owner** | | | |
| **Coastal Massage Channel Islands Harbor, Inc.** 11801 Pierce St., Suite 200 Riverside, CA 92505 | **$8,000.00** | **Capital contribution.** | **09/15/2023** |
| **Sole Owner** | | | |
| **5077 Lankershim Health Associates, LLC** 11801 Pierce St., Suite 200 Riverside, CA 92505 | **$15,000.00** | **Capital contribution.** | **09/06/2023** |
| **Sole Owner** | | | |
| **5077 Lankershim Health Associates, LLC** 11801 Pierce St., Suite 200 Riverside, CA 92505 | **$5,000.00** | **Capital contribution.** | **10/04/2023** |
| **Sole Owner** | | | |
| **5077 Lankershim Health Associates, LLC** 11801 Pierce St., Suite 200 Riverside, CA 92505 | **$1,000.00** | **Capital contribution.** | **11/02/2023** |
| **Sole Owner** | | | |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor 1 | **Shamicka Lawrence** | | Case number *(if known)* | **6:23-bk-15163-WJ** |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution<br>**Address (Number, Street, City, State and ZIP Code)** | Who else had access to it?<br>**Address (Number, Street, City, State and ZIP Code)** | Describe the contents | Do you still have it? |
|---|---|---|---|
| Bank of America<br>10297 Magnolia Ave.<br>Riverside, CA 92503 | None | Empty | ☐ No<br>☑ Yes |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address (Number, Street, City, State and ZIP Code)** | Who else has or had access to it?<br>**Address (Number, Street, City, State and ZIP Code)** | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9:   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes.  Fill in the details.

| Owner's Name<br>**Address (Number, Street, City, State and ZIP Code)** | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address (Number, Street, City, State and ZIP Code)** | Governmental unit<br>**Address (Number, Street, City, State and ZIP Code)** | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address (Number, Street, City, State and ZIP Code)** | Governmental unit<br>**Address (Number, Street, City, State and ZIP Code)** | Environmental law, if you know it | Date of notice |
|---|---|---|---|

| Debtor 1 | **Shamicka Lawrence** | Case number (*if known*)   **6:23-bk-15163-WJ** |
|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed | |
|---|---|---|---|
| **Beautiful Girls, LLC** 11801 Pierce St., Suite 200 Riverside, CA 92505 | Day Spa Craig Martin | EIN: From-To | 61-1861227 04/2018 - Present |
| **Faith Page, LLC** 11801 Pierce St., Suite 200 Riverside, CA 92505 | Day Spa Craig Martin | EIN: From-To | 38-4053663 04/2018 - Present |
| **Trinity Fifteen, LLC** 11801 Pierce St., Suite 200 Riverside, CA 92505 | Day Spa Craig Martin | EIN: From-To | 32-0548503 04/2018 - Present |
| **Joyfully Gifted, Inc.** 11801 Pierce St., Suite 200 Riverside, CA 92505 | Day Spa Craig Martin | EIN: From-To | 81-2074487 04/2018 - Present |
| **Eleven Eight, LLC** 11801 Pierce St., Suite 200 Riverside, CA 92505 | Day Spa Craig Martin | EIN: From-To | 30-1010209 04/2018 - Present |
| **West Coast Baby, LLC** 11801 Pierce St., Suite 200 Riverside, CA 92505 | Day Spa Craig Martin | EIN: From-To | 37-1873926 04/2018 - 07/2020 |
| **Joyful Wellness LLC** 11801 Pierce St., Suite 200 Riverside, CA 92505 | Day Spa Craig Martin | EIN: From-To | 30-1129681 12/2018 - 07/2023 |
| **Coastal Massage Ventura, Inc.** 11801 Pierce St., Suite 200 Riverside, CA 92505 | Day Spa Craig Martin | EIN: From-To | 46-2280077 01/2019 -07/2023 |

Debtor 1   Shamicka Lawrence                                     Case number (if known)   6:23-bk-15163-WJ

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | Name of accountant or bookkeeper | Dates business existed |
| Coastal Massage Oxnard Inc. 11801 Pierce Street, Suite 200 Oxnard, CA 93036 | Day Spa Craig Martin | EIN: 46-2291333 From-To 01/2019 - Present |
| Coastal Massage Channel Islands Harbor, Inc. 11801 Pierce St., Suite 200 Riverside, CA 92505 | Day Spa Craig Martin | EIN: 38-3901365 From-To 01/2019 - Present |
| Lawrence Girls, LLC 11801 Pierce St., Suite 200 Riverside, CA 92505 | Day Spa Craig Martin | EIN: 84-3767953 From-To 12/2019 - 12/2022 |
| West Coast Queens, LLC 11801 Pierce St., Suite 200 Riverside, CA 92505 | Day Spa Craig Martin | EIN: 85-1646880 From-To 12/2021 - 12/2022 |
| 5077 Lankershim Health Associates, LLC 11801 Pierce St., Suite 200 Riverside, CA 92505 | Day Spa Craig Martin | EIN: 81-1965117 From-To 12/2021 - Present |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
■ Yes. Fill in the details below.

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Small Business Administration 409 3rd Street SW Washington, DC 20024 | December, 2021 |
| Misc. statements to various landlords | TBD |

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____                    _____
Shamicka Lawrence                                 Signature of Debtor 2
Signature of Debtor 1

Date   November 17, 2023                           Date   _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 9

Debtor 1    **Shamicka Lawrence**                                    Case number *(if known)*    **6:23-bk-15163-WJ**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Marc A. Lieberman**<br>**1875 Century Park East, Ste 2230**<br>**Los Angeles, CA 90067**<br>**(310) 284-7350**<br>**157318 CA**<br>**(310) 432-5999**<br>**marc.lieberman@flpllp.com** | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   **Shamicka Lawrence**<br><br>                         Debtor(s). | Case No.: **6:23-bk-15163-WJ**<br>CHAPTER: 7<br><br>**DEBTOR'S ATTORNEY'S<br>DISCLOSURE OF COMPENSATION<br>ARRANGEMENT IN INDIVIDUAL<br>CHAPTER 7 CASE**<br>[LBR 2090-1(a)(3)] |

1. **Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a), FRBP 2016(b), and LBR 2090-1(a)(3) and (4), I disclose that:

    a. I am the attorney for the Debtor.

    b. Compensation that was paid to me, within one year before the petition was filed, or was agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case, is as follows:

        i. For legal services, I have agreed to accept ☐ an hourly rate of $_____ or a ■ flat fee of $ __13,729.50__

        ii. Prior to filing this disclosure I have received $__13,729.50__

        iii. The balance due is $0.00

2. **Source of Compensation Paid Postpetition (Postpetition Compensation).**

    a. **Already Paid.** The source(s) of the Postpetition Compensation paid to me was:

        ■ Debtor    ☐ Other (specify):

    b. **To be Paid.** The source(s) of the Postpetition Compensation to be paid to me is:

        ■ Debtor    ☐ Other (specify):

3. **Sharing of Compensation Paid Postpetition.**

    ■ I have not agreed to share Postpetition Compensation with any other person unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

    ☐ I have agreed to share Postpetition Compensation with other person or persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10). Attached as Exhibit A is a copy of the agreement and a list of the names of the people sharing in the Postpetition Compensation.

4. **Limited Scope of Services.** A limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. In return for the fee disclosed above, I have agreed to provide the required legal services indicated below in

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 1                         **F 2090-1.CH7.ATTY.COMP.DISCLSR**

paragraph "a", and, if any are indicated, the additional services checked in paragraph "4.b".

a.    **Services required to be provided:**
    i.   Analysis of the Debtor's financial situation, and advice to the Debtor in determining whether to file a bankruptcy petition;
    ii.  Preparation and filing of any petition, lists, schedules and statements and any other required case commencement documents; and
    iii. Representation of the Debtor at the initial § 341(a) meeting of creditors.
b.    ☐ **Additional legal services I will provide:**
    i.   ☐ Any proceeding related to relief from stay motions.
    ii.  ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.
    iii. ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.
    iv.  ☐ Reaffirmation of a debt.
    v.   ☐ Any lien avoidance under 11 U.S.C. § 522(f)
    vi.  ☐ Other (specify):

5.    If in the future I agree to represent the Debtor in additional matters, I will complete and file the Attorney's Disclosure of Postpetition Compensation, LBR form F 2016-1.4.ATTY.COMP.DISCLSR.

---

**DECLARATION OF ATTORNEY FOR THE DEBTOR**

    I declare under penalty of perjury that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case

Date:    **November 17, 2023**

_____
Signature of attorney for the Debtor
**Marc A. Lieberman**
Printed name of attorney
**FLP Law Group LLP**
Printed name of law firm

---

**DECLARATION OF THE DEBTOR**

    I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 4a, and the additional services (if any) that are checked off in paragraph 4b above, and that I/we am representing myself/ourselves for any other proceedings unless a new agreement is reached with an attorney.

Date:    **November 17, 2023**                    Date: _____

_____               _____
Signature of Debtor 1                            Signature of Debtor 2 (Joint Debtor) (if applicable)
**Shamicka Lawrence**
Printed name of Debtor 1                          Printed name of Debtor 2

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re  **Shamicka Lawrence** _____  Case No.  **6:23-bk-15163-WJ**
                                    Debtor(s)              Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____  $  _____ **13,729.50**

   Prior to the filing of this statement I have received _____  $  _____ **13,729.50**

   Balance Due _____  $  _____ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Pre-filing counseling, filing fee, pre and post credit counseling on-line courses and other costs.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtor in any relief from stay actions or any other adversary proceedings, 2004 exams, objections to claims, and contested matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 17, 2023** _____            _____
*Date*                                              **Marc A. Lieberman**
                                                    *Signature of Attorney*
                                                    **FLP Law Group LLP**
                                                    **1875 Century Park East, Ste 2230**
                                                    **Los Angeles, CA 90067**
                                                    **(310) 284-7350   Fax: (310) 432-5999**
                                                    **marc.lieberman@flpllp.com**
                                                    *Name of law firm*

<table>
<tr><td>

**Fill in this information to identify your case:**

Debtor 1 __**Shamicka Lawrence**__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Central District of California__

Case number __**6:23-bk-15163-WJ**__
(if known)

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

                                                                 **Debtor 1**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm $ _____ | Copy here -> $ _____ | $ _____ |

6. **Net income from rental and other real property**

                                                                  **Debtor 1**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property $ _____ | Copy here -> $ _____ | $ _____ |

| | | |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |

Debtor 1    **Shamicka Lawrence** _____    Case number (if known)    **6:23-bk-15163-WJ** _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
|  | $ _____ | $ _____ |

8. **Unemployment compensation**
Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

    For you _____ $ _____
    For your spouse _____ $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

    $ _____    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

    _____    $ _____    $ _____
    _____    $ _____    $ _____

    Total amounts from separate pages, if any.    + $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

    $ _____    + $ _____    = $ _____
                                          Total current monthly income

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11 _____ Copy line 11 here⇒    $ _____

           Multiply by 12 (the number of months in a year)    x 12

    12b. The result is your annual income for this part of the form    12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.    _____

    Fill in the number of people in your household.    _____

    Fill in the median family income for your state and size of household. _____    13. $ _____
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
           Go to Part 3. Do NOT fill out or file Official Form 122A-2.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
           Go to Part 3 and fill out Form 122A–2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____
    **Shamicka Lawrence**
    Signature of Debtor 1

Date    **November** ____, **2023**
    MM / DD / YYYY

| Debtor 1 | **Shamicka Lawrence** | Case number (*if known*) | **6:23-bk-15163-WJ** |

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Shamicka Lawrence** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | **6:23-bk-15163-WJ** |

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |
| --- | --- |

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
| --- | --- |

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

     ☐ No.   Go to line 3.

     ☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

     ☐ No.   Complete Form 122A-1. Do not submit this supplement.

     ☐ Yes.  Check any one of the following categories that applies:

       ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

       ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

       ☐ **I am performing a homeland defense activity for at least 90 days.**

       ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

       If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

       If your exclusion period ends before your case is closed, you may have to file an amended form later.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Shamicka Lawrence** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **6:23-bk-15163-WJ** |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Mercedes - Benz Financial Services**<br><br>Description of property securing debt: **2021 Mercedes G-Wagon 17,198 miles Co-owned with Coastal Massage Oxnard Inc. which made down payment.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **Debtor to remain current on installment payments.** | ☐ No<br><br>■ Yes |
| Creditor's name: **U.S. Bank**<br><br>Description of property securing debt: **2022 Tesla X 15,150 miles Down payment and monthly payments made by Coastal Massage Oxnard, Inc.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **Debtor to remain current on installment payments.** | ☐ No<br><br>■ Yes |

**Part 2:    List Your Unexpired Personal Property Leases**
For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended.

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

Debtor 1   __Shamicka Lawrence_____      Case number (if known)  __6:23-bk-15163-WJ___

You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

**Part 3:   Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____          X _____
   Shamicka Lawrence                           Signature of Debtor 2
   Signature of Debtor 1

   Date   __November ___, 2023___             Date _____

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 2