| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Marc A. Lieberman<br>1875 Century Park East, Ste 2230<br>Los Angeles, CA 90067<br>(310) 284-7350 Fax: (310) 432-5999<br>157318 CA<br>marc.lieberman@flpllp.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Shamicka Lawrence<br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-15163-WJ<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

   ☑ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date: November ___, 2023        Shamicka Lawrence        _____
                                Printed name of Debtor 1   Signature of Debtor 1

JOYFULLY GIFTED, INC.
11364 ESTATES CT
RIVERSIDE, CA 92503

Barrett Business Services, Inc.
2555 Townsgate Road Suite 120
Westlake Village, CA 91361
FEIN: 52-0812977 TELE: 805/917-9700

**Employee** C36297 SHAMICKA S LAWRENCE    xxx-xx-3240    910837
**Status / Allow** S / 4  **Emp Type** Salary  **Check #** 0026594871
**Payment Date** 09-01-2023  **Period** 08-14-2023 - 08-27-2023

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| DENTAL PT | 17.16 | 291.72 | |
| VISION PT | 8.72 | 148.24 | |
| FEDERAL TAX | 124.82 | 2249.86 | 35560.04 |
| MEDICARE | 28.62 | 515.62 | 35560.04 |
| SOC SECURITY | 122.39 | 2204.72 | 35560.04 |
| CA INCOME TAX | 36.89 | 665.73 | 35560.04 |
| CA DISABILITY | 17.77 | 320.09 | 35560.04 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| Main | SALARY | 25.0000 | 80.00 | 2000.00 | 80.00 |

Total Gross Pay / Hours Worked    2,000.00    80.00

| PTO Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|
| SICK | 72.00 | 0.00 | 0.00 | 72.00 |
| CACVD22 | 0.00 | 0.00 | 0.00 | 0.00 |

| Direct Deposit Type | Account | Amount |
|---|---|---|
| C | 64024 | 1643.63 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 2,000.00 | 36,000.00 |
| Gross Pay | 2,000.00 | 36,000.00 |
| Net Pay | 1,643.63 | 29,604.02 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** Main 11364 ESTATES CT RIVERSIDE CA 92503 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

2555 Townsgate Road Suite 120
Westlake Village, CA 91361

09-01-2023

0026594871

AMOUNT    ** VOID **

Non-negotiable

**Non-Negotiable**

SHAMICKA S LAWRENCE
11364 ESTATES CT
RIVERSIDE, CA 92503

---

2555 Townsgate Road Suite 120
Westlake Village, CA 91361

SHAMICKA S LAWRENCE
11364 ESTATES CT
RIVERSIDE, CA 92503

910837    JOYFULLY GIFTED, INC.

JOYFULLY GIFTED, INC.
11364 ESTATES CT
RIVERSIDE, CA 92503

Barrett Business Services, Inc.
2555 Townsgate Road Suite 120
Westlake Village, CA 91361
FEIN: 52-0812977  TELE: 805/917-9700

**Employee** C36297 SHAMICKA S LAWRENCE         xxx-xx-3240      910837
**Status / Allow** S / 4   **Emp Type** Salary   **Check #** 0026734226
**Payment Date** 09-15-2023   **Period** 08-28-2023 - 09-10-2023

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| DENTAL PT | 17.16 | 308.88 | |
| VISION PT | 8.72 | 156.96 | |
| FEDERAL TAX | 124.82 | 2374.68 | 37534.16 |
| MEDICARE | 28.63 | 544.25 | 37534.16 |
| SOC SECURITY | 122.40 | 2327.12 | 37534.16 |
| CA INCOME TAX | 36.89 | 702.62 | 37534.16 |
| CA DISABILITY | 17.77 | 337.86 | 37534.16 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| Main | SALARY | 25.0000 | 80.00 | 2000.00 | 80.00 |

Total Gross Pay / Hours Worked    2,000.00    80.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK | 72.00 | 0.00 | 0.00 | 72.00 |
| | CACVD22 | 0.00 | 0.00 | 0.00 | 0.00 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 64024 | 1643.61 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 2,000.00 | 38,000.00 |
| Gross Pay | 2,000.00 | 38,000.00 |
| Net Pay | 1,643.61 | 31,247.63 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** Main 11364 ESTATES CT RIVERSIDE CA 92503 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

0026734226

2555 Townsgate Road Suite 120
Westlake Village, CA 91361

09-15-2023

AMOUNT

** VOID **

Non-negotiable

**Non-Negotiable**

SHAMICKA S LAWRENCE
11364 ESTATES CT
RIVERSIDE, CA 92503

2555 Townsgate Road Suite 120
Westlake Village, CA 91361

SHAMICKA S LAWRENCE
11364 ESTATES CT
RIVERSIDE, CA 92503

910837    JOYFULLY GIFTED, INC.

**JOYFULLY GIFTED, INC.**
11364 ESTATES CT
RIVERSIDE, CA 92503

**Barrett Business Services, Inc.**
2555 Townsgate Road Suite 120
Westlake Village, CA 91361
FEIN: 52-0812977  TELE: 805/917-9700

| Employee | C36297 SHAMICKA S LAWRENCE | | xxx-xx-3240 | 910837 |
|---|---|---|---|---|
| Status / Allow | S / 4 | Emp Type Salary | Check # 0026877992 | |
| Payment Date | 09-29-2023 | Period 09-11-2023 - 09-24-2023 | | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| VISION PT | 0.00 | 156.96 | |
| DENTAL PT | 0.00 | 308.88 | |
| FEDERAL TAX | 127.92 | 2502.60 | 39534.16 |
| MEDICARE | 29.00 | 573.25 | 39534.16 |
| SOC SECURITY | 124.00 | 2451.12 | 39534.16 |
| CA INCOME TAX | 38.60 | 741.22 | 39534.16 |
| CA DISABILITY | 18.00 | 355.86 | 39534.16 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| Main | SALARY | 25.0000 | 80.00 | 2000.00 | 80.00 |

Total Gross Pay / Hours Worked    2,000.00    80.00

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | SICK | 72.00 | 0.00 | 0.00 | 72.00 |
| | CACVD22 | 0.00 | 0.00 | 0.00 | 0.00 |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 64024 | 1662.48 |

| | Current | YTD |
|---|---|---|
| Gross Wages | 2,000.00 | 40,000.00 |
| Gross Pay | 2,000.00 | 40,000.00 |
| Net Pay | 1,662.48 | 32,910.11 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** Main 11364 ESTATES CT RIVERSIDE CA 92503 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

2555 Townsgate Road Suite 120
Westlake Village, CA 91361

0026877992

09-29-2023

AMOUNT
** VOID **

Non-negotiable

Non-Negotiable

SHAMICKA S LAWRENCE
11364 ESTATES CT
RIVERSIDE, CA 92503

---

2555 Townsgate Road Suite 120
Westlake Village, CA 91361

SHAMICKA S LAWRENCE
11364 ESTATES CT
RIVERSIDE, CA 92503

910837    JOYFULLY GIFTED, INC.

**JOYFULLY GIFTED, INC.**
11364 ESTATES CT
RIVERSIDE, CA 92503

**Barrett Business Services, Inc.**
2555 Townsgate Road Suite 120
Westlake Village, CA 91361
FEIN: 52-0812977  TELE: 805/917-9700

| Employee | C36297 SHAMICKA S LAWRENCE | | | XXX-XX-3240 | 910837 |
|---|---|---|---|---|---|
| Status / Allow | S / 4 | Emp Type | Salary | Check # | 0012947671 |
| Payment Date | 10-13-2023 | Period | 09-25-2023 - 10-08-2023 | | |

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| DENTAL PT | 17.16 | 326.04 | |
| VISION PT | 8.72 | 165.68 | |
| FEDERAL TAX | 124.82 | 2627.42 | 41508.28 |
| MEDICARE | 28.62 | 601.87 | 41508.28 |
| SOC SECURITY | 122.39 | 2573.51 | 41508.28 |
| CA INCOME TAX | 36.89 | 778.11 | 41508.28 |
| CA DISABILITY | 17.77 | 373.63 | 41508.28 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| Main | SALARY | 25.0000 | 80.00 | 2000.00 | 80.00 |

Total Gross Pay / Hours Worked    2,000.00    80.00

| PTO Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|
| SICK | 72.00 | 0.00 | 0.00 | 72.00 |
| CACVD22 | 0.00 | 0.00 | 0.00 | 0.00 |

| Direct Deposit Type | Account | Amount |
|---|---|---|

| | Current | YTD |
|---|---|---|
| Gross Wages | 2,000.00 | 42,000.00 |
| Gross Pay | 2,000.00 | 42,000.00 |
| Net Pay | 1,643.63 | 34,553.74 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** Main 11364 ESTATES CT RIVERSIDE CA 92503 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

0012947671
10-13-2023          11-24/1210(8)

2555 Townsgate Road Suite 120
Westlake Village, CA 91361

*******1643.63

Non-negotiable

SHAMICKA S LAWRENCE
11364 ESTATES CT
RIVERSIDE, CA 92503

---

2555 Townsgate Road Suite 120
Westlake Village, CA 91361

SHAMICKA S LAWRENCE
11364 ESTATES CT
RIVERSIDE, CA 92503

910837        JOYFULLY GIFTED, INC.

```
                    JOYFULLY GIFTED, INC.                              Barrett Business Services, Inc.
                    11364 ESTATES CT                                   2555 Townsgate Road Suite 120
                    RIVERSIDE, CA 92503                                Westlake Village, CA 91361
                                                                       FEIN: 52-0812977  TELE: 805/917-9700
Employee     C36297 SHAMICKA S LAWRENCE         XXX-XX-3240     910837
Status/Allow S / 4    Emp Type Salary          Check # 0012993685       Description      Amount    Y-T-D    Taxable
Payment Date 10-27-2023  Period 10-09-2023 - 10-22-2023                 DENTAL PT          17.16   343.20
                                                                        VISION PT           8.72   174.40
                                                                        FEDERAL TAX       124.82  2752.24  43482.40
Location  Description        Rate    Hours/   Amount   HRSWRK           MEDICARE           28.62   630.49  43482.40
                                     Units                              SOC SECURITY      122.40  2695.91  43482.40
Main      SALARY          25.0000    80.00    2000.00   80.00           CA INCOME TAX      36.89   815.00  43482.40
                                                                        CA DISABILITY      17.77   391.40  43482.40
```

```
          Total Gross Pay / Hours Worked    2,000.00    80.00
                        Start                                                           Current         YTD
PTO    Type    Balance  Earned  Taken  Avail   Direct  Type  Account  Amount   Gross Wages  2,000.00  44,000.00
       SICK    72.00    0.00    0.00   72.00   Deposit                         Gross Pay    2,000.00  44,000.00
       CACVD22 0.00     0.00    0.00   0.00                                    Net Pay      1,643.62  36,197.36
```

Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.

** Main 11364 ESTATES CT RIVERSIDE CA 92503 **

MvQuery Version: BBSI_SS_CHECKS_REG

                                                                    0012993685
                                          10-27-2023                11-24/1210(8)

2555 Townsgate Road Suite 120
Westlake Village, CA 91361
                                                              *******1643.62

Non-negotiable

SHAMICKA S LAWRENCE
11364 ESTATES CT
RIVERSIDE, CA 92503

2555 Townsgate Road Suite 120
Westlake Village, CA 91361

                SHAMICKA S LAWRENCE
                11364 ESTATES CT
                RIVERSIDE, CA 92503

910837    JOYFULLY GIFTED, INC.