**In re Shamica Lawrence**

**USBC Case No. 6:23-bk-15163-WJ**

**Additional Creditors**

Attorneys for ROIC California, LLC
Sam Yebri, Esq.
Alexander M. Merino, Esq.
Merino Yebri LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Attorneys for Creditors Adjustment Bureau, Inc.
Kenneth J. Freed, Esq.
Law Offices of Kenneth J. Freed
14226 Ventura Blvd.
Sherman Oaks, CA 91423

Attorneys for Essex Monarch Santa Monica Apartments, L.P.
Jamie Altman Buggy
Harvest LLP
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024

14652-8 Ventura, LLC
Attn: Row Zadeh
14652 Ventura Blvd.
Los Angeles, CA 91403

ROIC California LLC
MS 631099
PO Box 3953
Seattle, WA 98124-3953

Golden Spectrum Property LLC
c/o Shin Yen Management Inc.
Attn: Brian Ho
3808 Grand Ave., Suite B
Chino, CA 91710

Bridgeport Marketplace, LLC
Attn: Dale Donohoe
28338 Constellation Road, Suite 900
Valencia, CA 91355

Simi Gold Center
6006 Reseda Blvd.
Tarzana, CA 91356

The Collection at Riverpark
Centercal Properties, LLC
2751 Park View Court, Suite 261
Oxnard, CA 93036

Essex
PO Box 82752
Goleta, CA 93118-5752

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

Frontier
PO Box 211579
Eagan, MN 55121-2879

Na Shaun Neal
3756 Santa Rosalia Dr., Suite 326
Los Angeles, CA 90008

City of Ventura
Business Tax Office
501 Poli St., Rm 107
Ventura, CA 93001

City of Los Angeles
Office of Financial Special Desk Unit
200 N. Spring St., Rm 101
Los Angeles, CA 90012

World Pay Merchant Services
PO Box 639726
Cincinnati, OH 45263-9726

Ventura County Tax Collector
800 S. Victoria Ave.
Ventura, CA 93009

Siria Amador
c/o Nick Badii, Esq.
Lawyers for Employee &
Consumer Rights APC
3500 W. Olive Ave., 3rd Floor
Burbank, CA 91505