**Marc A. Lieberman, Esq. (SBN 157318)**
marc.lieberman@flpllp.com
**Alan W. Forsley, Esq. (SBN 180958)**
alan.forsley@flpllp.com
**FLP LAW GROUP LLP**
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone:   (310) 284-7350
Facsimile:    (310) 432-5999

Attorneys for Debtor Shamicka Lawrence

UNITED STATE BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>SHAMICKA LAWRENCE,<br><br>                              Debtor. | Case No.  6:23-bk-15163-WJ<br><br>Chapter 7<br><br>**SUPPLEMENTAL PROOF OF SERVICE RE: NOTICE OF CHAPTER 7 BANKRUPTCY CASE DOCKET NUMBER 4** |

1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FLP LAW GROUP LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 BANKRUPTCY CASE, DOCKET NUMBER 4** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

II. **SERVED BY UNITED STATES MAIL**:
On (*date*) **November 17, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 20, 2023 | ADELAIDA HERNANDEZ | *(signed)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

Case 6:23-bk-15163-WJ    Doc 15    Filed 11/20/23    Entered 11/20/23 14:47:58    Desc
Main Document    Page 3 of 4

**In re Shamica Lawrence**

**USBC Case No. 6:23-bk-15163-WJ**

**Additional Creditors**

Attorneys for ROIC California, LLC
Sam Yebri, Esq.
Alexander M. Merino, Esq.
Merino Yebri LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Attorneys for Creditors Adjustment Bureau, Inc.
Kenneth J. Freed, Esq.
Law Offices of Kenneth J. Freed
14226 Ventura Blvd.
Sherman Oaks, CA 91423

Attorneys for Essex Monarch Santa Monica Apartments, L.P.
Jamie Altman Buggy
Harvest LLP
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024

14652-8 Ventura, LLC
Attn: Row Zadeh
14652 Ventura Blvd.
Los Angeles, CA 91403

ROIC California LLC
MS 631099
PO Box 3953
Seattle, WA 98124-3953

Golden Spectrum Property LLC
c/o Shin Yen Management Inc.
Attn: Brian Ho
3808 Grand Ave., Suite B
Chino, CA 91710

Bridgeport Marketplace, LLC
Attn: Dale Donohoe
28338 Constellation Road, Suite 900
Valencia, CA 91355

Simi Gold Center
6006 Reseda Blvd.
Tarzana, CA 91356

The Collection at Riverpark
Centercal Properties, LLC
2751 Park View Court, Suite 261
Oxnard, CA 93036

Essex
PO Box 82752
Goleta, CA 93118-5752

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

Frontier
PO Box 211579
Eagan, MN 55121-2879

Na Shaun Neal
3756 Santa Rosalia Dr., Suite 326
Los Angeles, CA 90008

City of Ventura
Business Tax Office
501 Poli St., Rm 107
Ventura, CA 93001

City of Los Angeles
Office of Financial Special Desk Unit
200 N. Spring St., Rm 101
Los Angeles, CA 90012

World Pay Merchant Services
PO Box 639726
Cincinnati, OH 45263-9726

Ventura County Tax Collector
800 S. Victoria Ave.
Ventura, CA 93009

Siria Amador
c/o Nick Badii, Esq.
Lawyers for Employee &
Consumer Rights APC
3500 W. Olive Ave., 3rd Floor
Burbank, CA 91505