D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
ARTURO M. CISNEROS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re | Case No. 6:23-bk-15163-WJ |
|---|---|
| SHAMICKA LAWRENCE, | Chapter 7 |
| Debtor. | NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY MARSHACK HAYS WOOD LLP AS GENERAL COUNSEL |
| | [NO HEARING REQUIRED] |

TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Arturo M. Cisneros, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Shamicka Lawrence ("Debtor"), has filed an application ("Application") for entry of an order authorizing the employment of Marshack Hays Wood LLP ("Firm"), as Trustee's and the Estate's general counsel in this case pursuant to 11 U.S.C. § 327.

Trustee requires assistance of counsel to:

- Investigate, analyze, and advise on the Estate's interest in Estate assets;
- To obtain any orders or judgments necessary to enforce and vindicate the Estate's interest in real and personal property assets;
- Investigate possible avoidance actions and litigation claims, including claims to deny the Debtor's discharge;

1

- Review the claims register and, if advisable, object to creditor claims, or negotiate with creditors and lienholders, where necessary.

In addition, the Firm may be required to assist Trustee in the following matters:

- To represent Trustee in any proceeding or hearing in the Bankruptcy Court and in any action where the rights of the Estate or Trustee may be litigated or affected;

- To conduct examinations of Debtor, witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, applications, motions, complaints and orders; and

- To perform any and all other legal services incident and necessary for the smooth administration of this bankruptcy case.

The Firm will render services to Trustee at the Firm's regular hourly rates, which may be adjusted from time to time. The Firm's current hourly billing rates are as follows:

| Partners | Rates | Of Counsel | Rates | Paralegals | Rates |
|---|---|---|---|---|---|
| Richard A. Marshack | $690 | Kristine A. Thagard | $590 | Pamela Kraus | $290 |
| D. Edward Hays | $690 | Matthew W. Grimshaw | $590 | Chanel Mendoza | $290 |
| David A. Wood | $550 | Chad V. Haes | $550 | Layla Buchanan | $290 |
| Laila Masud | $460 | Associates | Rates | Cynthia Bastida | $290 |
|  |  | Tinho Mang | $430 | Kathleen Frederick | $260 |
|  |  | Bradford N. Barnhardt | $360 |  |  |
|  |  | Sarah R. Hasselberger | $340 |  |  |

The Firm will be compensated from assets of the Estate, if any, and will not be compensated absent the Estate's receipt or recovery of such assets. The Firm has received no retainer for the services to be performed in this case and has agreed that no retainer will be paid. The Firm understands that its compensation in this case is subject to approval by the Bankruptcy Court. In compliance with 11 U.S.C. §§ 330 and 331, the Firm intends to file interim and final applications for allowance of fees and reimbursement of costs as and when appropriate. The Firm has advised the Trustee that the Firm has not shared or agreed to share any compensation to be received in this case with any other person, except among partners of the Firm.

Based on the foregoing, Trustee believes that the Firm is a "disinterested person" within the meaning of Bankruptcy Code § 101(14).

/ / /

1  The complete scope and terms of the employment are detailed in the Application a copy of
2  which can be obtained by contacting D. Edward Hays and Tinho Mang whose contact information
3  is listed in the top left-hand corner of this Notice. The Application is based on 11 U.S.C § 327 and
4  the Firm intends to seek compensation pursuant to 11 U.S.C. §§ 330 and 331.

5  PLEASE TAKE FURTHER NOTICE that any response and request for hearing as to the
6  proposed employment must be in the form as required by Local Bankruptcy Rules ("LBR") 2014-
7  1(b), 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court no later than fourteen
8  days (14) from the date of service of this Notice, plus an additional three days unless this Notice
9  was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any
10 response must be served on D. Edward Hays and Tinho Mang at the address indicated above and
11 must also be served on the Office of the United States Trustee, 3801 University Ave., Suite 720,
12 Riverside, CA 92501. Failure to timely respond may be deemed as acceptance of the proposed
13 employment. *See*, LBR 9013-1(h).

15  DATED: December 14, 2023              MARSHACK HAYS WOOD LLP

17                                        By: */s/ D. Edward Hays*
                                              D. EDWARD HAYS
18                                            TINHO MANG
                                              Attorneys for Arturo Cisneros,
19                                            Chapter 7 Trustee for the Bankruptcy Estate of
                                              Shamicka Lawrence

3
NOTICE OF APPLICATION TO EMPLOY MARSHACK HAYS WOOD LLP AS GENERAL COUNSEL
4856-6858-9717,v.1/1003-034

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF CHAPTER 7 TRUSTEE APPLICATION TO EMPLOY MARSHACK HAYS WOOD LLP AS GENERAL COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 14, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **CHAPTER 7 TRUSTE ARTURO CISNEROS (TR):** Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
- **ATTORNEY FOR DEBTOR SHAMICKA LAWRENCE:** Marc A Lieberman marc.lieberman@flpllp.com, safa.saleem@flpllp.com, addy@flpllp.com
- **US TRUSTEE:** United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **December 14, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
SHAMICKA LAWRENCE
11364 ESTATES COURT
RIVERSIDE, CA 92503

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 14, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE CENTRAL GUIDE SUPPLEMENT TO LBR 5005-2(d), SERVING A JUDGE'S COPY OF DOCUMENTS, §2.2(c), A NON-HEARING MOTION WHEN THE RESPONSE DEADLINE HAS NOT PASSED SHOULD NOT BE SERVED UPON THE JUDGE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 14, 2023 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**: CONTINUED:

| | | |
|---|---|---|
| **SECURED CREDITOR**<br>MERCEDES - BENZ FINANCIAL SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 685<br>ROANOKE, TX 76262-0685 | **SECURED CREDITOR**<br>US BANK<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229 | **SECURED CREDITOR**<br>US BANK<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 2188<br>OSHKOSH, WI 54903 |
| **CREDITOR**<br>14652-8 VENTURA, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>17245 LUVERNE PL<br>ENCINO, CA 91316-3933 | **CREDITOR**<br>14652-8 VENTURA, LLC<br>ATTN: ROW ZADEH<br>14652 VENTURA BLVD<br>LOS ANGELES, CA 91403-3686 | **CREDITOR**<br>ADT<br>ATTN: BANKRUPTCY<br>1501 W YAMATO RD<br>BOCA RATON, FL 33431-4438 |
| **CREDITOR**<br>AMERICAN EXPRESS<br>C/O BECKET AND LEE<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | **CREDITOR**<br>AQUA CLEAR, INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1235 FLYN RD #408<br>CAMARILLO, CA 93012-6214 | **CREDITOR**<br>AT&T<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 5014<br>CAROL STREAM, IL 60197-5014 |
| **CREDITOR**<br>AVALON BAY COMMUNITIES, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 215568<br>TAMPA, FL 33622 | **CREDITOR**<br>BANK OF AMERICA, N.A.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 15168<br>WILMINGTON, DE 19850-5168 | **CREDITOR**<br>BEAUCHAMP FAMILY LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>10700 SANTA MONICA BLVD, SUITE 215<br>LOS ANGELES, CA 90025-6588 |
| **CREDITOR**<br>BRIDGEPORT MARKETPLACE, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>25134 RYE CANYON LOOP, #300<br>VALENCIA, CA 91355-5031 | **CREDITOR**<br>BRIDGEPORT MARKETPLACE, LLC<br>ATTN: DALE DONOHOE<br>28338 CONSTELLATION ROAD, SUITE 900<br>VALENCIA, CA 91355-5098 | **CREDITOR**<br>CAPITAL ONE<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 5155<br>NORCROSS, GA 30091 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

**CREDITOR**
CAPITAL ONE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

**CREDITOR**
CAPITAL ONE / NEIMAN MARCUS / BERGDORF GOODMAN
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

**CREDITOR**
CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON, DE 19850

**CREDITOR**
CITY OF LOS ANGELES, OFFICE OF FINANCE
PO BOX 53233
LOS ANGELES, CA 90053-0233

**CREDITOR**
CITY OF LOS ANGELES, OFFICE OF FINANCE
200 N SPRING ST, RM 101, CITY HALL
LOS ANGELES, CA 90012-3224

**CREDITOR**
CITY OF VENTURA
BUSINESS TAX OFFICE
501 POLI ST, RM 107
VENTURA, CA 93001-2632

**CREDITOR**
COUNTY OF LOS ANGELES DEPARTMENT OF TREASURER & TAX COLLECTOR
PO BOX 514818
LOS ANGELES, CA 90051-4818

**CREDITOR**
CREDITORS ADJUSTMENT BUREAU, INC
C/O KENNETH J FREED, ESQ
LAW OFFICES OF KENNETH J. FREED
14226 VENTURA BLVD
SHERMAN OAKS, CA 91423-2715

**CREDITOR**
DONAHUE SCHRIBER REALTY GROUP, LP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
200 E BAKER ST, SUITE 100
COSTA MESA, CA 92626-4551

**CREDITOR**
ESSEX
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 82752
GOLETA, CA 93118-2681

**CREDITOR**
ESSEX MONARCH SANTA MONICA APARTMENTS, LP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1100 PARK PL, STE 200
SAN MATEO, CA 94403-7107

**CREDITOR**
ESSEX MONARCH SANTA MONICA APARTMENTS, LP
C/O JAMIE ALTMAN BUGGY
HARVEST LLP
10940 WILSHIRE BLVD, SUITE 1600
LOS ANGELES, CA 90024-3910

**CREDITOR**
FRONTIER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 211579
EAGAN, MN 55121-2879

**CREDITOR**
GLEN MARCH
1 CENTURY DR, #32A
LOS ANGELES, CA 90067-3413

**CREDITOR**
GOLDEN SPECTRUM PROPERTY LLC
C/O SHIN YEN MANAGEMENT INC
ATTN: BRIAN HO
3808 GRAND AVE, SUITE B
CHINO, CA 91710-5496

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                    F 9013-3.1.PROOF.SERVICE

**CREDITOR**
GOLDEN SPECTRUM PROPERTY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
4016 GRAND AVE, SUITE B
CHINO, CA 91710-5491

**CREDITOR**
JEFFREY D MONTEZ, ESQ
BOWER & ASSOCIATES, APLC
PO BOX 11748
NEWPORT BEACH, CA 92658-5040

**CREDITOR**
JPMORGAN CHASE BANK, NA
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE, FLOOR 01
MONROE LA 71203-4774

**CREDITOR**
LUMEN / CENURY LINK
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 52187
PHOENIX, AZ 85072-2187

**CREDITOR**
MACERICH BUENAVENTURA LP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
401 WILSHIRE BLVD, SUITE 700
SANTA MONICA, CA 90401-1452

**CREDITOR**
MASSAGE ENVY FRANCHISING, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
14350 N 87TH STREET, SUITE 200
SCOTTSDALE, AZ 85260-2660

**CREDITOR**
NA SHAUN NEAL
3756 SANTA ROSALIA DR, SUITE 326
LOS ANGELES, CA 90008-3615

**CREDITOR**
NAVY FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22119-3000

**CREDITOR**
REGUS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE STREET, SUITE 200
RIVERSIDE, CA 92505-4400

**CREDITOR**
ROIC CALIFORNIA LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
MS 631099
PO BOX 3953
SEATTLE, WA 98124-3953

**CREDITOR**
ROIC CALIFORNIA, LLC
C/O SAM YEBRI, ESQ
MERINO YEBRI LLP
1925 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067-2722

**CREDITOR**
SAFE AND SOUND SECURITY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
18545 TOPHAM STREET, UNIT G
RESEDA, CA 91335-6880

**CREDITOR**
SIMI GOLD CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
292 S LA CIENEGA BLVD, #3308
BEVERLY HILLS, CA 90211-3330

**CREDITOR**
SIMI GOLD CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
6006 RESEDA BLVD
TARZANA, CA 91356-1507

**CREDITOR**
SIRIA AMADOR
C/O NICK BADII, ESQ
LAWYERS FOR EMPLOYEE & CONSUMER RIGHTS APC
3500 W OLIVE AVE, 3RD FLOOR
BURBANK, CA 91505-4628

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
SMALL BUSINESS ADMINISTRATION
409 3RD STREET SW
WASHINGTON, DC 20024-3212

**CREDITOR**
SOCM I, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
655 BREA CANYON RD
WALNUT, CA 91789-3078

**CREDITOR**
SOUTHERN CAL GAS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX C
MONTEREY PARK, CA 91754-0932

**CREDITOR**
SPECTRIO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 890271
CHARLOTTE, NC 28289-0271

**CREDITOR**
STRATEGEM INVESTMENTS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
410 S JUANITA AVENUE
REDONDO BEACH, CA 90277-3824

**CREDITOR**
THE COLLECTION AT RIVERPARK
C/O CENTERCAL PROPERTIES, LLC
2751 PARK VIEW COURT, SUITE 261
OXNARD, CA 93036-5451

**CREDITOR**
THE DARVISH FIRM, APC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
12424 WILSHIRE BOULEVARD, SUITE 1115
LOS ANGELES, CA 90025-1071

**CREDITOR**
VENTURA COUNTY TAX COLLECTOR
800 S VICTORIA AVE
VENTURA, CA 93009-0002

**CREDITOR**
WORLD PAY MERCHANT SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 639726
CINCINNATI, OH 45263-9726

**CO-DEBTOR**
5077 LANKERSHIM HEALTH ASSOCIATES, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
BEAUTIFUL GIRLS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
COASTAL MASSAGE CHANNEL ISLANDS HARBOR, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
COASTAL MASSAGE OXNARD, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
COASTAL MASSAGE VENTURA INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
ELEVEN EIGHT, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**CO-DEBTOR**
FAITH PAGE LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
JOYFUL WELLNESS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
JOYFULLY GIFTED, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
LAWRENCE GIRLS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
TRINITY FIFTEEN, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-5191

**CO-DEBTOR**
WEST COAST BABY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

4861-9994-5111, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**