Eric Goldberg (Bar No. 157544)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, California 90067-4704
Tel:    310.595.3000
Fax:    310.595.3300
Email: eric.goldberg@us.dlapiper.com

Attorneys for Massage Envy Franchising, LLC

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| *In re* <br><br> SHAMICKA LAWRENCE, [1] <br><br> Debtor. | Case No. 6:23-bk-15163-WJ <br><br> Chapter 7 <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** <br><br> [NO HEARING REQUIRED] |

**PLEASE TAKE NOTICE** that Eric Goldberg of DLA Piper LLP (US) hereby enters his notice of appearance in the above-captioned bankruptcy case as counsel to Massage Envy Franchising, LLC ("Massage Envy") pursuant to Rule 2002(i) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and request that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the addresses, telephone numbers, facsimile numbers, and email addresses indicated:

---

[1] a/k/a Shamicka Gibbs or Shamicka Hill.

PERSONAL\902368603.1

Eric Goldberg (Bar No. 157544)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, California 90067-4704
Tel: 310.595.3000
Fax: 310.595.3300
Email: eric.goldberg@us.dlapiper.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to the above-captioned bankruptcy proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by U.S. mail, electronic mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance and Request for Special Notice is not intended to be, and it shall not be deemed or construed to be, a waiver or relinquishment of any right, including, but not limited to: (a) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (b) the right to trial by jury in any proceeding so triable in connection with this case or any related case, controversy, or proceeding; (c) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, or defenses to which Massage Envy may be entitled in law or in equity, all of which are hereby expressly reserved.

2

PERSONAL\902368603.1-

Dated: January 10, 2024
Los Angeles, CA

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Eric Goldberg*
Eric Goldberg (Bar No. 157544)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, California 90067-4704
Tel:    310.595.3000
Fax:    310.595.3300
Email:  eric.goldberg@us.dlapiper.com

*Attorneys for Massage Envy Franchising, LLC*

3

PERSONAL\902368603.1-