D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
A. Cisneros

**FILED & ENTERED**

**JAN 10 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:23-bk-15163-WJ |
| SHAMICKA LAWRENCE, | CHAPTER 7 |
| Debtor. | **ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO EMPLOY MARSHACK HAYS WOOD LLP AS GENERAL COUNSEL** |

Arturo M. Cisneros, the chapter 7 trustee ("Trustee") for the bankruptcy estate of Shamicka Lawrence, filed an application entitled "Chapter 7 Trustee's Application to Employ Marshack Hays Wood LLP as General Counsel; Declarations of Arturo M. Cisneros and D. Edward Hays In Support" on December 14, 2023 as docket #20.  No opposition having been filed, and good cause appearing, the Court hereby ORDERS that:

1. The Trustee is authorized to employ the firm of Marshack Hays Wood LLP ("Firm") as general counsel effective as of November 14, 2023.

1

2. All compensation to the Firm is subject to approval by the Court and no compensation shall be paid unless and until (a) the Firm files and serves an appropriate application in conformity with 11 U.S.C. §§ 330 & 331 and (b) the Court enters an order approving allowed fees and costs.

IT IS SO ORDERED.

###

Date: January 10, 2024

_____
Wayne Johnson
United States Bankruptcy Judge