D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
A. CISNEROS

**FILED & ENTERED**

**JAN 10 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

SHAMICKA LAWRENCE,

　　　　　　　Debtor.

Case No. 6:23-bk-15163-WJ

CHAPTER 7

**ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGE**

　　The Court has reviewed the "Stipulation For Extension of Deadline to Object to Discharge" filed on January 9, 2024 as docket #27. Good cause to appearing, the Court hereby ORDERS as follows:

　　1.　The deadline for the trustee and the Office of the United States Trustee to file an objection to discharge is hereby extended through and including April 5, 2024.

IT IS SO ORDERED.

Date: January 10, 2024

_____
Wayne Johnson
United States Bankruptcy Judge

1