United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-15163-WJ |
| Shamicka Lawrence | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 10, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

**Recip ID              Recipient Name and Address**
db                    +  Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503-0639

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024                    Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| D Edward Hays | on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Eric D Goldberg | on behalf of Interested Party Massage Envy Franchising  LLC eric.goldberg@dlapiper.com,  eric-goldberg-1103@ecf.pacerpro.com |
| Marc A Lieberman | on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com |

District/off: 0973-6                           User: admin                                    Page 2 of 2

Date Rcvd: Jan 10, 2024                        Form ID: pdf042                                Total Noticed: 1

Tinho Mang

    on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com
    tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (RS)

    ustpregion16.rs.ecf@usdoj.gov


TOTAL: 7

1  D. EDWARD HAYS, #162507
ehays@marshackhays.com
2  TINHO MANG, #322146
tmang@marshackhays.com
3  MARSHACK HAYS WOOD LLP
870 Roosevelt
4  Irvine, CA 92620
Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 7 Trustee,
A. CISNEROS

**FILED & ENTERED**

JAN 10 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

8           UNITED STATES BANKRUPTCY COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10                  RIVERSIDE DIVISION

11  In re:                          Case No. 6:23-bk-15163-WJ

12  SHAMICKA LAWRENCE,              CHAPTER 7

13              Debtor.             **ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGE**

17      The Court has reviewed the "Stipulation For Extension of Deadline to Object to Discharge"

18  filed on January 9, 2024 as docket #27.  Good cause to appearing, the Court hereby ORDERS as

19  follows:

20      1.      The deadline for the trustee and the Office of the United States Trustee to file an

21  objection to discharge is hereby extended through and including April 5, 2024.

22  IT IS SO ORDERED.

24   Date: January 10, 2024

_____
Wayne Johnson
United States Bankruptcy Judge

1