A. Cisneros
Email: amctrustee@mclaw.org
3403 Tenth Street, Suite 714
Riverside, CA 92501
Telephone:    (951) 328-3124
Telecopier:    (951) 682-9707

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re:                                            ) Case No. 6:23-bk-15163-WJ
                                                  )
SHAMICKA LAWRENCE,                                )
                                                  ) Chapter 7
                                                  )
          Debtor.                                 ) **NOTIFICATION OF ASSET CASE**
                                                  )
                                                  )
                                                  )
                                                  ) {No Hearing Required}
                                                  )

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

A. Cisneros, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

Dated: January 30, 2024

_____
A. CISNEROS
Chapter 7 Trustee