**United States Bankruptcy Court**
**Central District of California**

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Shamicka Lawrence<br>**SSN:** xxx−xx−3240<br>**EIN:** N/A<br>aka Shamicka Gibbs<br><br>11364 Estates Court<br>Riverside, CA 92503 | **BANKRUPTCY NO.** 6:23−bk−15163−WJ<br>**CHAPTER** 7 |

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before May 6, 2024**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: January 30, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015            **38 /**