A. CISNEROS, Trustee
3403 Tenth Street, Suite 714
Riverside, California 92501
Phone: (951) 682-9705
Fax: (951) 252-1032
Email: arturo@mclaw.org

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHAMICKA LAWRENCE,<br><br>Debtor. | Case No. 6:23-bk-15163-WJ<br><br>Chapter 7<br><br>**TRUSTEE'S NOTICE OF INTENT TO EMPLOY REAL ESTATE BROKER**<br><br>[11364 Estates Court, Riverside, CA 92503]<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rules 2014-1 (b)(1)] |

**TO ALL CREDITORS AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that A. Cisneros, the duly appointed and qualified Chapter 7 Trustee ("Applicant" or "Trustee"), for the bankruptcy estate of Shamicka Lawrence ("Estate"), pursuant to 11 U.S.C. §§ 327, and subject to 11 U.S.C. § 328(a), will file concurrently herewith an application for an order authorizing him to employ Brian Thompson ("Broker") of Winterstone Real Estate and Development as a real estate broker. In compliance with Local Bankruptcy Rule 2014-1(b)(3), Applicant hereby provides the following information regarding the Application to Employ ("Application"):

1

Notice of Trustee's Intent to Employ

### I. THE IDENTIFICATION OF THE PROFESSIONAL, PURPOSE, AND SCOPE OF EMPLOYMENT.

This case was commenced on November 3, 2023, by the filing of a Voluntary Petition under Chapter 7 of the Bankruptcy Code. Thereafter, Applicant was appointed Chapter 7 Trustee.

Shamicka Lawrence ("Debtor") identified ownership of the real property located at 11364 Estates Court, Riverside, CA 92503 ("Property") in her schedules. Based on Applicant's consultation with a real estate professional and the condition of the Property, the Applicant has agreed to list the Property at $1,900,000. Applicant has determined that it will be necessary to employ Broker to market and sell the Property in order to pay claims of creditors and expenses of administration.

### II. ARRANGEMENT FOR COMPENSATION.

Broker has not received, nor will he receive, any retainer from Applicant or the Estate. Broker will accept, as compensation, such commission from the sale of the Property pursuant to the Listing Agreement and subject to Court approval. The Listing Agreement concerning the Property provides for a reduced sales commission of 5% and 4% if Broker represents both the seller and buyer.

### III. PROCEDURE FOR OBTAINING A COPY OF THE APPLICATION.

A copy of the Application is available upon written request by contacting Mayra Johnson, Trustee Administrator, 3403 Tenth Street, Suite 714, Riverside, CA 92501, telephone number: (951) 682-9705, facsimile: (951) 682-9707, e-mail: mjohnson@mclaw.org

### IV. PROCEDURE FOR OBJECTING AND/OR RESPONDING TO THE APPLICATION TO EMPLOY.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the proposed employment, you need not take further action. Pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any opposition to the Application and request for hearing must be filed with the Court in the form required by Local Bankruptcy Rule 9013-1(f)(1) and served upon (1) counsel for Trustee, at the email address of Tinho Mang, Esq. tmang@marshackhays.com; (2) A. Cisneros, chapter 7 trustee at the address indicated in the upper-left hand corner of the first page of this document; and (3) the Office of the United States Trustee

///

///

Notice of Trustee's Intent to Employ

within 14 days from the date of the service of this notice. Failure to timely file and serve an opposition, response or request for hearing may be deemed consent to the relief sought in the Application.

DATED: January 29, 2024

Respectfully Requested,

A. CISNEROS
Chapter 7 Trustee for the Estate of Shamicka Lawrence

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3403 Tenth Street, Suite 714, Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (specify): **TRUSTEE'S NOTICE OF INTENT TO EMPLOY REAL ESTATE BROKER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 30, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Interested Party:** Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
**Interested Party:** Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
**Trustee's Counsel:** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
**Debtor's Counsel:** Marc A Lieberman    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
**Trustee's Counsel:** Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
**OUST:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (date) **January 30, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:** Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503
**BROKER:** Brian Thompson, Winterstone Real Estate and Development, 23792 Rockfield Blvd., Ste. 101, Lake Forest, CA 92680

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 30, 2024 | Mayra Johnson | /s/ Mayra Johnson |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**SERVICE LIST (CONTINUED FROM PREVIOUS PAGE)**
Re: *Trustee's Notice of Intent to Employ Real Estate Broker*

**Service Via U.S. Mail CONT.:**

ADT - Attn. Bankruptcy
1501 W. Yamato Rd.
Boca Raton, FL 33431-4438

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355-0701

Aqua Clear, Inc.
1235 Flyn Rd. #408
Camarillo, CA 93012-6214

Bank of America, N.A.
PO Box 15168
Wilmington, DE 19850-5168

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

(p)OFFICE OF FINANCE CITY OF LOS ANGELES
200 N SPRING ST RM 101
CITY HALL
LOS ANGELES CA 90012-3224

County of Los Angeles
Dept. of Treasurer & Tax Collector
PO Box 514818
Los Angeles, CA 90051-4818

Glen March
1 Century Dr., #32A
Los Angeles, CA 90067-3413

Lumen/Cenury Link
PO Box 52187
Phoenix, AZ 85072-2187

Navy Federal Credit Union
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119-3000

Regus
11801 Pierce Street
Suite 200
Riverside, CA 92505-4400

Small Business Administration
409 3rd Street SW
Washington, DC 20024-3212

Southern Cal Gas
PO Box C
Monterey Park, CA 91754-0932

(p)THE DARVISH FIRM APC
12424 WILSHIRE BOULEVARD
SUITE 1115
LOS ANGELES CA 90025-1071