**Marc Lieberman**

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Wednesday, January 31, 2024 1:48 PM |
| **To:** | Marc Lieberman |
| **Subject:** | U.S. Bankruptcy Court, Central District of California - Undeliverable Notice, In re: Shamicka Lawrence, Case Number: 23-15163, WJ, Ref: [p-207369054] |
| **Attachments:** | B_P62315163ntcpdiv0142.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

February 1, 2024

From: United States Bankruptcy Court, Central District of California

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Shamicka Lawrence, Case Number 23-15163, WJ

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Riverside Division**
**3420 Twelfth Street,**
**Riverside, CA 92501-3819**

Undeliverable Address:
Courtesy NEF

Role type/cr id: intp
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Undeliverable Address:
Massage Envy Franchising, LLC

Role type/cr id: intp
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Agent for Service of Process: 3260 N. Hayden Rd., #210, Scottsdale, AZ 85251

Undeliverable Address:
Kenneth J. Freed, Esq.
Law Offices of Kenneth J. Freed
14226 Ventura Blvd.
Sherman Oaks, CA 91423

Role type/cr id: 41762194
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

4340 Fulton Ave., Floor 3, Sherman Oaks, CA 91423-6262

_____          1-31-2024
Signature of Debtor or Debtor's Attorney          Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**