United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-15163-WJ |
| Shamicka Lawrence | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 30, 2024 | Form ID: ntcpdiv | Total Noticed: 66 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503-0639 |
| 41762196 | + | 14652-8 Ventura, LLC, Attn: Row Zadeh, 14652 Ventura Blvd., Los Angeles, CA 91403-3686 |
| 41745364 | + | 14652-8 Ventura, LLC, 17245 Luverne Pl., Encino, CA 91316-3933 |
| 41745365 | + | 5077 Lankershim Health, Associates, LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745366 | + | ADT - Attn. Bankruptcy, 1501 W. Yamato Rd., Boca Raton, FL 33431-4438 |
| 41745368 | + | Aqua Clear, Inc., 1235 Flyn Rd. #408, Camarillo, CA 93012-6214 |
| 41745369 | | Avalon Bay Communities, Inc., PO Box 215568, Tampa, FL 33622 |
| 41745371 | + | Beauchamp Family LLC, 10700 Santa Monica Blvd., Suite 215, Los Angeles, CA 90025-6588 |
| 41745372 | + | Beautiful Girls, LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41762199 | + | Bridgeport Marketplace, LLC, Attn: Dale Donohoe, 28338 Constellation Road, Suite 900, Valencia, CA 91355-5098 |
| 41745373 | + | Bridgeport Marketplace, LLC, 25134 Rye Canyon Loop, #300, Valencia, CA 91355-5031 |
| 41745378 | + | Coastal Massage Channel Islands, Harbor, Inc., 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745379 | + | Coastal Massage Oxnard, Inc., 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745380 | + | Coastal Massage Ventura Inc., 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745382 | + | Donahue Schriber Realty Group, L.P., 200 E. Baker St., Suite 100, Costa Mesa, CA 92626-4551 |
| 41745383 | + | Eleven Eight, LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41762204 | + | Essex, PO Box 82752, Goleta, CA 93118-2681 |
| 41745384 | + | Essex Monarch Santa Monica, Apartments, L.P., 1100 Park Pl., Ste. 200, San Mateo, CA 94403-7107 |
| 41745385 | + | Faith Page LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41762206 | | Frontier, PO Box 211579, Eagan, MN 55121-2879 |
| 41745386 | + | Glen March, 1 Century Dr., #32A, Los Angeles, CA 90067-3413 |
| 41762198 | + | Golden Spectrum Property LLC, c/o Shin Yen Management Inc., Attn: Brian Ho, 3808 Grand Ave., Suite B, Chino, CA 91710-5496 |
| 41745387 | + | Golden Spectrum Property, LLC, 4016 Grand ave., Suite B, Chino, CA 91710-5491 |
| 41762195 | + | Jamie Altman Buggy, Harvest LLP, 10940 Wilshire Blvd., Suite 1600, Los Angeles, CA 90024-3910 |
| 41745388 | + | Jeffrey D. Montez, Esq., Bower & Associates, APLC, PO Box 11748, Newport Beach, CA 92658-5040 |
| 41745389 | + | Joyful Wellness, LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745390 | + | Joyfully Gifted, Inc., 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745391 | + | Lawrence Girls, LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41745392 | | Lumen/Cenury Link, PO Box 52187, Phoenix, AZ 85072-2187 |
| 41745393 | + | Macerich Buenaventura L.P., 401 Wilshire Blvd., Suite 700, Santa Monica, CA 90401-1452 |
| 41762207 | + | Na Shaun Neal, 3756 Santa Rosalia Dr., Suite 326, Los Angeles, CA 90008-3615 |
| 41762197 | | ROIC California LLC, MS 631099, PO Box 3953, Seattle, WA 98124-3953 |
| 41745397 | + | Regus, 11801 Pierce Street, Suite 200, Riverside, CA 92505-4400 |
| 41745401 | + | SOCM I, LLC, 655 Brea Canyon Rd., Walnut, CA 91789-3078 |
| 41745398 | + | Safe and Sound Security, 18545 Topham Street, Unit G, Reseda, CA 91335-6880 |
| 41762193 | + | Sam Yebri, Esq., Alexander M. Merino, Esq., Merino Yebri LLP, 1925 Century Park East, Suite 2100, Los Angeles, CA 90067-2722 |
| 41745399 | + | Simi Gold Center, 292 S. La Cienega Blvd., #3308, Beverly Hills, CA 90211-3330 |
| 41762201 | + | Simi Gold Center, 6006 Reseda Blvd., Tarzana, CA 91356-1507 |
| 41762212 | + | Siria Amador, c/o Nick Badii, Esq., Lawyers for Employee &, Consumer Rights APC, 3500 W. Olive Ave., 3rd Floor Burbank, CA 91505-4628 |
| 41745402 | + | Southern Cal Gas, PO Box C, Monterey Park, CA 91754-0932 |
| 41745403 | | Spectrio, PO Box 890271, Charlotte, NC 28289-0271 |
| 41745404 | + | Strategem Investments, LLC, 410 S. Juanita Avenue, Redondo Beach, CA 90277-3824 |
| 41762202 | + | The Collection at Riverpark, Centercal Properties, LLC, 2751 Park View Court, Suite 261, Oxnard, CA 93036-5451 |
| 41745406 | + | Trinity Fifteen, LLC, 11801 Pierce St., Riverside, CA 92505-5191 |

Case 6:23-bk-15163-WJ    Doc 43    Filed 02/01/24    Entered 02/01/24 21:21:54    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: ntcpdiv | Total Noticed: 66 |

| | | |
|---|---|---|
| 41762211 | + | Ventura County Tax Collector, 800 S. Victoria Ave., Ventura, CA 93009-0002 |
| 41745408 | + | West Coast Baby, LLC, 11801 Pierce St., Suite 200, Riverside, CA 92505-4400 |
| 41762210 | | World Pay Merchant Services, PO Box 639726, Cincinnati, OH 45263-9726 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: arturo.cisneros@txitrustee.com | Jan 31 2024 00:52:00 | Arturo Cisneros (TR), 3403 Tenth Street, Suite 714, Riverside, CA 92501 |
| smg | | EDI: EDD.COM | Jan 31 2024 05:46:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jan 31 2024 05:46:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41762205 | | EDI: ATTWIREBK.COM | Jan 31 2024 05:46:00 | AT&T, PO Box 5014, Carol Stream, IL 60197-5014 |
| 41745367 | + | Email/PDF: bncnotices@becket-lee.com | Jan 31 2024 01:07:00 | American Express, c/o Becket and Lee, Po Box 3001, Malvern, PA 19355-0701 |
| 41745370 | | EDI: BANKAMER2 | Jan 31 2024 05:46:00 | Bank of America, N.A., PO Box 15168, Wilmington, DE 19850-5168 |
| 41745374 | | EDI: CAPITALONE.COM | Jan 31 2024 05:46:00 | Capital One N.A, Bankruptcy Department, P.O. Box 5155, Norcross, GA 30091 |
| 41745375 | + | EDI: CAPITALONE.COM | Jan 31 2024 05:46:00 | Capital One/Neiman Marcus/, Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 41762208 | + | Email/Text: aviets@ci.ventura.ca.us | Jan 31 2024 00:53:00 | City of Ventura, Business Tax Office, 501 Poli St., Rm 107, Ventura, CA 93001-2632 |
| 41745381 | | Email/Text: bankruptcy@ttc.lacounty.gov | Jan 31 2024 00:52:00 | County of Los Angeles, Dept. of Treasurer & Tax Collector, PO Box 514818, Los Angeles, CA 90051-4818 |
| 41745376 | | EDI: JPMORGANCHASE | Jan 31 2024 05:46:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 41745394 | + | Email/Text: jcryder@massageenvy.com | Jan 31 2024 00:53:00 | Massage Envy Franchising, LLC, 14350 N. 87th Street, Suite 200, Scottsdale, AZ 85260-2660 |
| 41745395 | + | EDI: MERCEDES | Jan 31 2024 05:46:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 41745396 | + | EDI: NFCU.COM | Jan 31 2024 05:46:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 41745377 | | Email/Text: finance.bankruptcy@lacity.org | Jan 31 2024 00:52:00 | City of Los Angeles, Office of Finance, PO Box 53233, Los Angeles, CA 90053-0233 |
| 41762209 | | Email/Text: finance.bankruptcy@lacity.org | Jan 31 2024 00:52:00 | City of Los Angeles, Office of Financial Special Desk Unit, 200 N. Spring St., Rm 101, Los Angeles, CA 90012 |
| 41745400 | + | Email/Text: bankruptcynotices@sba.gov | Jan 31 2024 00:52:00 | Small Business Administration, 409 3rd Street SW, Washington, DC 20024-3212 |
| 41745405 | | Email/Text: Elan@Darvishfirm.com | Jan 31 2024 00:52:00 | The Darvish Firm, APC, 12424 Wilshire Boulevard, Suite 1115, Los Angeles, CA 90025 |
| 41745407 | | EDI: USBANKARS.COM | Jan 31 2024 05:46:00 | U.S. Bank, PO Box 2188, Oshkosh, WI 54903 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| intp | | Massage Envy Franchising, LLC |
| 41762194 | ##+ | Kenneth J. Freed, Esq., Law Offices of Kenneth J. Freed, 14226 Ventura Blvd., Sherman Oaks, CA 91423-2715 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| D Edward Hays | on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Eric D Goldberg | on behalf of Interested Party Massage Envy Franchising  LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Marc A Lieberman | on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com |
| Tinho Mang | on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 7

## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Shamicka Lawrence
**SSN:** xxx−xx−3240
**EIN:** N/A
aka Shamicka Gibbs

11364 Estates Court
Riverside, CA 92503

**BANKRUPTCY NO.** 6:23−bk−15163−WJ
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before May 6, 2024**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: January 30, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**38 /**