D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
ARTURO M. CISNEROS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>SHAMICKA LAWRENCE,<br><br>Debtor. | Case No. 6:23-bk-15163-WJ<br><br>Chapter 7<br><br>STIPULATION REGARDING TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE BROKER<br><br>[APPLICATION DOCKET NO. 39] |

TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This stipulation is entered into between Arturo M. Cisneros, in his capacity as the duly appointed and acting Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Shamicka Lawrence ("Debtor"), and Robert Lawrence, solely in his capacity as trustee of The Lawrence Children's Trust u/t/a dated May 6, 2014 ("Children's Trust"), through undersigned counsel, regarding the following:

**Recitals**

A.    On November 3, 2023, Debtor filed a voluntary petition under Chapter 7 of Title 11 the United States Code commencing the above-captioned Bankruptcy Case. Arturo M. Cisneros is the duly appointed and acting Chapter 7 Trustee of the Estate.

B.    Debtor and the Children's Trust are 50% title co-owners of real property commonly known as 11364 Estates Court, Riverside, CA 92503 ("Property").

C.    The beneficiaries of the Children's Trust are Debtor's adult daughters.

1

STIPULATION RE: REAL ESTATE BROKER APPLICATION

4856-9108-8511,v.1/1004-029

D. On January 30, 2024, as Docket No. 39, Trustee filed an application to employ Brian Thompson of Winterstone Real Estate and Development as the Estate's real estate broker ("Broker Application"). The Broker Application was filed on negative notice, and the deadline to file a response or opposition to the Broker Application is February 16, 2024.

E. The Children's Trust, as the 50% co-owner of the Property, does not consent to Trustee commencing any marketing efforts on the Property, and contends that Trustee has no authority to market and sell the Property, including the interests of the Children's Trust therein. Trustee and the Children's Trust are in the process of negotiating the Trustee's administration of the Property, including whether Trustee will need to file an adversary proceeding to sell co-owned property under 11 U.S.C. § 363(h), or whether the parties will be able to reach an agreement for a consensual method to liquidate the Estate's interest in the Property.

The Parties agree and STIPULATE as follows:

1. The Children's Trust has no opposition to the Broker Application for the sole limited purpose of authorizing Trustee to employ a real estate broker. Notwithstanding the entry of an order approving or granting the Broker Application, Trustee agrees that Trustee, Estate, and Brian Thompson of Winterstone Real Estate and Development are not authorized to, and shall not, in any way, advertise for sale or lease, or market, or solicit or seek any offers or expressions of interest concerning the Property unless and until either one of the following occurs: (i) the Children's Trust consents, in writing, to such advertisement, marketing or solicitation, or (ii) the Bankruptcy Court enters, pursuant to Bankruptcy Code § 363(h), a final unstayed judgment against Children's Trust authorizing the Estate's sale of the Children's Trust's interests in the Property.

2. The Children's Trust agrees that it shall not unreasonably restrict, during normal business hours, access to the Property by the Trustee and Trustee's agents, provided that Trustee provides the Children's Trust at least 48 hours notice.

3. The Children's Trust and Trustee do not waive, and hereby, reserve all rights.

///

///

///

4. This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

Dated: February 13, 2024            JEFFER MANGELS BUTLER & MITCHELL LLP

By: _____
THOMAS M. GEHER
Attorneys for Robert Lawrence, Trustee of the
LAWRENCE CHILDREN'S TRUST U/T/A
MAY 6, 2014

Dated: February __, 2024            MARSHACK HAYS WOOD LLP

By: __/s/ Tinho Mang_____
D. EDWARD HAYS
TINHO MANG
Attorneys for Chapter 7 Trustee,
ARTURO M. CISNEROS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **STIPULATION REGARDING TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE BROKER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 14, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **CHAPTER 7 TRUSTE ARTURO CISNEROS (TR):** Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
- **INTERESTED PARTY:** Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **INTERESTED PARTY:** Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **INTERESTED PARTY MASSAGE ENVY FRANCHISING, LLC:** Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEYS FOR TRUSTEE:** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.co
- **ATTORNEY FOR DEBTOR SHAMICKA LAWRENCE:** Marc A Lieberman marc.lieberman@flpllp.com, safa.saleem@flpllp.com, addy@flpllp.com
- **ATTORNEYS FOR TRUSTEE:** Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **US TRUSTEE:** United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **February 14, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**DEBTOR**
SHAMICKA LAWRENCE
11364 ESTATES COURT
RIVERSIDE, CA 92503

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 14, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**HONORABLE WAYNE E. JOHNSON – VIA OVERNIGHT MAIL**
**PRESIDING JUDGE'S COPY**
United States Bankruptcy Court, Central District of California
3420 Twelfth Street, Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 14, 2024 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**