A. CISNEROS, Trustee
3403 Tenth Street, Suite 714
Riverside, California 92501
Phone: (951) 682-9705
Fax: (951) 252-1032
Email: arturo@mclaw.org

Chapter 7 Trustee

**FILED & ENTERED**

**FEB 28 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch      DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-15163-WJ |
| SHAMICKA LAWRENCE, | CHAPTER 7 |
| Debtor. | **ORDER AUTHORIZING TRUSTEE TO EMPLOY BRIAN THOMPSON OF WINTERSTONE REAL ESTATE AND DEVELOPMENT AS REAL ESTATE BROKER** |
| | [11364 Estates Court, Riverside, CA 92503] |

1

Arturo Cisneros, the chapter 7 trustee for the bankruptcy estate of Shamicka Lawrence, filed the "Trustee's Application to Employ Real Estate Broker; Declaration of Brian Thompson in Support Thereof" on January 30, 2024 as docket #39. No one has filed opposition.

Therefore, good cause appearing, the Court hereby ORDERS as follows.

1. The trustee is authorized to employ Brian Thompson of Winterstone Real Estate and Development as his real estate broker to assist the Trustee in the marketing and sale of the real property located at 11364 Estates Court, Riverside, CA 92503.

2. All compensation to the broker is subject to approval by the Court and no compensation shall be paid unless and until the broker files and serves an appropriate fee request and obtains an order approving the request.

IT IS SO ORDERED.

###

Date: February 28, 2024

Wayne Johnson
United States Bankruptcy Judge