United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 23-15163-WJ

Shamicka Lawrence                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503-0639 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024               Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| D Edward Hays | on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Eric D Goldberg | on behalf of Interested Party Massage Envy Franchising  LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Marc A Lieberman | on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com |

District/off: 0973-6                         User: admin                         Page 2 of 2
Date Rcvd: Feb 28, 2024                 Form ID: pdf042                  Total Noticed: 1

Thomas M Geher
           on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com

Tinho Mang
           on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com
           tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (RS)
           ustpregion16.rs.ecf@usdoj.gov


TOTAL: 8

A. CISNEROS, Trustee
3403 Tenth Street, Suite 714
Riverside, California 92501
Phone: (951) 682-9705
Fax: (951) 252-1032
Email: arturo@mclaw.org

Chapter 7 Trustee

FILED & ENTERED

FEB 28 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHAMICKA LAWRENCE,<br><br>                              Debtor. | Case No.: 6:23-bk-15163-WJ<br><br>CHAPTER 7<br><br>**ORDER AUTHORIZING TRUSTEE TO EMPLOY BRIAN THOMPSON OF WINTERSTONE REAL ESTATE AND DEVELOPMENT AS REAL ESTATE BROKER**<br><br>[11364 Estates Court, Riverside, CA 92503] |

1

1    Arturo Cisneros, the chapter 7 trustee for the bankruptcy estate of Shamicka Lawrence,

2    filed the "Trustee's Application to Employ Real Estate Broker; Declaration of Brian Thompson in

3    Support Thereof" on January 30, 2024 as docket #39.  No one has filed opposition.

4    Therefore, good cause appearing, the Court hereby ORDERS as follows.

5    1.    The trustee is authorized to employ Brian Thompson of Winterstone Real Estate and

6    Development as his real estate broker to assist the Trustee in the marketing and sale of the real

7    property located at 11364 Estates Court, Riverside, CA 92503.

8    2.    All compensation to the broker is subject to approval by the Court and no

9    compensation shall be paid unless and until the broker files and serves an appropriate fee request

10    and obtains an order approving the request.

11    IT IS SO ORDERED.

12    ###

13

14

15

16

17

18

19

20

21

22

23

24    Date: February 28, 2024

25    Wayne Johnson
      United States Bankruptcy Judge

26

27

28

2