A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>SHAMICKA LAWRENCE<br><br>Debtor. | Case No. 6:23-bk-15163 WJ<br><br>Chapter 7<br><br>NOTICE OF TRUSTEE'S APPICATION TO EMPLOY HAHN FIFE & COMPANY, LLP, AS ACCOUNTANTS<br><br>[No Hearing Necessary] |

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that A. Cisneros ("Trustee" or "Applicant") is filing concurrently herewith an application to employ Hahn Fife & Company, LLP ("Hahn Fife") as his accountants in the above-captioned bankruptcy proceeding effective March 1, 2024 and pursuant to 11 U.S.C. § 327.

The scope of Hahn Fife's employment will include, but may not be limited to financial records review, review the Debtor's books and records, forensic accounting including the review and analysis of the Debtor's business operations prior to the filing of the bankruptcy and preparation of any required estate income tax returns.

1

A copy of the Application may be obtained upon written request to the Trustee, A. Cisneros, at 3403 Tenth Street, Ste. 714, Riverside, California 92501. Hahn Fife will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. Section 330; and agrees to accept as compensation such sums us the Court may allow pursuant to 11 U.S.C. Section 330.

Except as provided in the Application, to the best of Trustee's knowledge, and based upon the statement of disinterestedness filed concurrently therewith, Hahn Fife is disinterested within the meaning of 11 U.S.C. Section 327(a) and 101(14).

Hahn Fife agrees to the terms and conditions of employment in the Application, and is willing to accept compensation and reimbursement of expenses in such amounts that the Court may award. Hahn Fife understands that its compensation may be modified under 11 U.S.C. Section 330, if so warranted. No retainer has been paid or is being proposed to be paid.

PLEASE TAKE FURTHER NOTICE pursuant to Local Bankruptcy Rule 2014-1 (b)(3)(B) that any response and request for hearing on the Application must be in the form required by Local Bankruptcy Rule 9013-1(f), and filed with the Clerk of the United States Bankruptcy located at 3420 Twelfth Street, Riverside, CA 92501, no later than fourteen (14) days from the date of service of this notice, plus an additional three (3) days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). The Trustee will set a hearing date and send out notice thereto if any such response is timely received. No hearing will be held if no response and request for hearing is received.

Dated: March 7, 2024

A. Cisneros, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 E. COLORADO BLVD., 5TH FLOOR, PASADENA, CA 91106

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __3-12-24__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Arturo Cisneros (TR)**  amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Alan W Forsley**  alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy@flpllp.com
- **Thomas M Geher**  tmg@jmbm.com, bt@jmbm.com; tmg@ecf.courtdrive.com
- **Eric D Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **Marc A Lieberman**  marc.lieberman@flpllp.com, safa.saleem@flpllp.com, addy@flpllp.com
- **Tinho Mang**  tmang@marshackhays.com, tmang@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **United States Trustee (RS)**  ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __3-12-24__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / Shamicka Lawrence / 11364 Estates Court / Riverside, CA 92503

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3-12-24 | Martha Quintero | *Martha Quintero* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-6
Case 6:23-bk-15163-WJ
Central District of California
Riverside
Sun Mar  3 16:59:09 PST 2024

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

14652-8 Ventura, LLC
17245 Luverne Pl.
Encino, CA 91316-3933

14652-8 Ventura, LLC
Attn: Row Zadeh
14652 Ventura Blvd.
Los Angeles, CA 91403-3686

5077 Lankershim Health
Associates, LLC
11801 Pierce St., Suite 200
Riverside, CA 92505-4400

ADT - Attn. Bankruptcy
1501 W. Yamato Rd.
Boca Raton, FL 33431-4438

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355-0701

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Aqua Clear, Inc.
1235 Flyn Rd. #408
Camarillo, CA 93012-6214

Avalon Bay Communities, Inc.
PO Box 215568
Tampa, FL 33622

Bank of America, N.A.
PO Box 15168
Wilmington, DE 19850-5168

Beauchamp Family LLC
10700 Santa Monica Blvd., Suite 215
Los Angeles, CA 90025-6588

Beautiful Girls, LLC
11801 Pierce St., Suite 200
Riverside, CA 92505-4400

Bridgeport Marketplace, LLC
25134 Rye Canyon Loop, #300
Valencia, CA 91355-5031

Bridgeport Marketplace, LLC
Attn: Dale Donohoe
28338 Constellation Road, Suite 900
Valencia, CA 91355-5098

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One/Neiman Marcus/
Bergdorf Goodm
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

(p)OFFICE OF FINANCE   CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

City of Ventura
Business Tax Office
501 Poli St., Rm 107
Ventura, CA 93001-2632

Coastal Massage Channel Islands
Harbor, Inc.
11801 Pierce St., Suite 200
Riverside, CA 92505-4400

Coastal Massage Oxnard, Inc.
11801 Pierce St., Suite 200
Riverside, CA 92505-4400

Coastal Massage Ventura Inc.
11801 Pierce St., Suite 200
Riverside, CA 92505-4400

County of Los Angeles
Dept. of Treasurer & Tax Collector
PO Box 514818
Los Angeles, CA 90051-4818

Donahue Schriber Realty Group, L.P.
200 E. Baker St., Suite 100
Costa Mesa, CA 92626-4551

Eleven Eight, LLC
11801 Pierce St., Suite 200
Riverside, CA 92505-4400

Essex
PO Box 82752
Goleta, CA 93118-2681

Essex Monarch Santa Monica
Apartments, L.P.
1100 Park Pl., Ste. 200
San Mateo, CA 94403-7107

| | | |
|---|---|---|
| Faith Page LLC<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505-4400 | Frontier<br>PO Box 211579<br>Eagan, MN 55121-2879 | Glen March<br>1 Century Dr., #32A<br>Los Angeles, CA 90067-3413 |
| Golden Spectrum Property LLC<br>c/o Shin Yen Management Inc.<br>Attn: Brian Ho<br>3808 Grand Ave., Suite B<br>Chino, CA 91710-5496 | Golden Spectrum Property, LLC<br>4016 Grand ave., Suite B<br>Chino, CA 91710-5491 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>& Crane LLP<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Jamie Altman Buggy<br>Harvest LLP<br>10940 Wilshire Blvd., Suite 1600<br>Los Angeles, CA 90024-3910 | Jeffrey D. Montez, Esq.<br>Bower & Associates, APLC<br>PO Box 11748<br>Newport Beach, CA 92658-5040 | Joyful Wellness, LLC<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505-4400 |
| Joyfully Gifted, Inc.<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505-4400 | Kenneth J. Freed, Esq.<br>Law Offices of Kenneth J. Freed<br>4340 Fulton Ave, Floor 3<br>Sherman Oaks CA 91423-6262 | Lawrence Girls, LLC<br>11801 Pierce St., Suite 200<br>Riverside, CA 92505-4400 |
| Lumen/Cenury Link<br>PO Box 52187<br>Phoenix, AZ 85072-2187 | Macerich Buenaventura L.P.<br>401 Wilshire Blvd., Suite 700<br>Santa Monica, CA 90401-1452 | Massage Envy Franchising, LLC<br>14350 N. 87th Street<br>Suite 200<br>Scottsdale, AZ 85260-2660 |
| Massage Envy Franchising, LLC<br>Agent for Service of Process<br>3260 N. Hayden Rd #210<br>Scottsdale AZ 85251-6651 | Mercedes - Benz Financial Services<br>Attn: Bankruptcy<br>P.O. Box 685<br>Roanoke, TX 76262-0685 | Na Shaun Neal<br>3756 Santa Rosalia Dr., Suite 326<br>Los Angeles, CA 90008-3615 |
| Navy Federal Credit Union<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 | ROIC California LLC<br>MS 631099<br>PO Box 3953<br>Seattle, WA 98124-3953 |
| ROIC California, LLC<br>c/o Merino Yebri LLP<br>1925 Century Park E Ste 2100<br>Los Angeles, CA 90067-2722 | Regus<br>11801 Pierce Street<br>Suite 200<br>Riverside, CA 92505-4400 | SOCM I, LLC<br>655 Brea Canyon Rd.<br>Walnut, CA 91789-3078 |
| Safe and Sound Security<br>18545 Topham Street<br>Unit G<br>Reseda, CA 91335-6880 | Sam Yebri, Esq.<br>Alexander M. Merino, Esq.<br>Merino Yebri LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067-2722 | Simi Gold Center<br>292 S. La Cienega Blvd., #3308<br>Beverly Hills, CA 90211-3330 |
| Simi Gold Center<br>6006 Reseda Blvd.<br>Tarzana, CA 91356-1507 | Siria Amador<br>c/o Nick Badii, Esq.<br>Lawyers for Employee &<br>Consumer Rights APC<br>3500 W. Olive Ave., 3rd Floor<br>Burbank, CA 91505-4628 | Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20024-3212 |

Southern Cal Gas
PO Box C
Monterey Park, CA 91754-0932

Spectrio
PO Box 890271
Charlotte, NC 28289-0271

Strategem Investments, LLC
410 S. Juanita Avenue
Redondo Beach, CA 90277-3824


The Collection at Riverpark
Centercal Properties, LLC
2751 Park View Court, Suite 261
Oxnard, CA 93036-5451

(p)THE DARVISH FIRM  APC
12424 WILSHIRE BOULEVARD SUITE 1115
LOS ANGELES CA 90025-1071

Trinity Fifteen, LLC
11801 Pierce St.
Riverside, CA 92505-5191


(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Small Business Administration/CESC
14925 Kingsport Road
Ft. Worth, TX 76155-2243

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255


Ventura County Tax Collector
Attn: Bankruptcy
800 S. Victoria Ave.
Ventura, CA 93009-1290

West Coast Baby, LLC
11801 Pierce St., Suite 200
Riverside, CA 92505-4400

World Pay Merchant Services
PO Box 639726
Cincinnati, OH 45263-9726


(p)ARTURO CISNEROS  TR
3403 TENTH STREET SUITE 714
RIVERSIDE CA 92501-3641

Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630-2868

Marc A Lieberman
FLP Law Group LLP
1875 Century Park E Ste 2230
Los Angeles, CA 90067-2522


Shamicka Lawrence
11364 Estates Court
Riverside, CA 92503-0639


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Capital One  N.A
Bankruptcy Department
P.O. Box 5155
Norcross, GA 30091

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

City of Los Angeles
Office of Finance
PO Box 53233
Los Angeles, CA 90053-0233


(d)City of Los Angeles
Office of Financial Special Desk Unit
200 N. Spring St., Rm 101
Los Angeles, CA 90012

The Darvish Firm, APC
12424 Wilshire Boulevard
Suite 1115
Los Angeles, CA 90025

U.S. Bank
PO Box 2188
Oshkosh, WI 54903


Arturo Cisneros (TR)
3403 Tenth Street, Suite 714
Riverside, CA 92501