D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
A. Cisneros

**FILED & ENTERED**

**MAR 29 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:23-bk-15163-WJ |
| SHAMICKA LAWRENCE, | CHAPTER 7 |
| Debtor. | **ORDER EXTENDING THE DEADLINE TO OBJECT TO DISCHARGE** |

The Court has reviewed the "Second Stipulation For Extension of Deadline to Object to Discharge" filed on March 29, 2024, as docket #57. Good cause appearing, the Court hereby ORDERS as follows:

1. The deadline for trustee and the Office of the United States Trustee to file an objection to discharge is hereby extended through and including June 5, 2024.

IT IS SO ORDERED.

Date: March 29, 2024

_____
Wayne Johnson
United States Bankruptcy Judge

1