United States Bankruptcy Court

Central District of California

In re:                                                                    Case No. 23-15163-WJ

Shamicka Lawrence                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                                    Page 1 of 2
Date Rcvd: Mar 29, 2024                       Form ID: pdf042                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

**Recip ID          Recipient Name and Address**
db              +  Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503-0639

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| D Edward Hays | on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Eric D Goldberg | on behalf of Interested Party Massage Envy Franchising  LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Marc A Lieberman | on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com |

District/off: 0973-6      User: admin      Page 2 of 2

Date Rcvd: Mar 29, 2024      Form ID: pdf042      Total Noticed: 1

Thomas M Geher

     on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com

Tinho Mang

     on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com
     tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (RS)

     ustpregion16.rs.ecf@usdoj.gov


TOTAL: 8

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  TINHO MANG, #322146
   tmang@marshackhays.com
3  MARSHACK HAYS WOOD LLP
   870 Roosevelt
4  Irvine, CA 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 7 Trustee,
   A. Cisneros

**FILED & ENTERED**

**MAR 29 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  RIVERSIDE DIVISION

11  In re:                                Case No. 6:23-bk-15163-WJ

12  SHAMICKA LAWRENCE,                    CHAPTER 7

13        Debtor.
                                          **ORDER EXTENDING THE DEADLINE**
14                                        **TO OBJECT TO DISCHARGE**

15

16

17        The Court has reviewed the "Second Stipulation For Extension of Deadline to Object to

18  Discharge" filed on March 29, 2024, as docket #57. Good cause appearing, the Court hereby

19  ORDERS as follows:

20        1.    The deadline for trustee and the Office of the United States Trustee to file an

21  objection to discharge is hereby extended through and including June 5, 2024.

22  IT IS SO ORDERED.

23

24   Date: March 29, 2024
                                          _____
25                                        Wayne Johnson
                                          United States Bankruptcy Judge
26

27

28

                                  1