D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
ARTURO M. CISNEROS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re | Case No. 6:23-bk-15163-WJ |
|---|---|
| SHAMICKA LAWRENCE, | Chapter 7 |
| Debtor. | NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER COMPELLING DEBTOR AND ANY OTHER OCCUPANTS TO VACATE AND TURN OVER REAL PROPERTY AND AUTHORIZING ISSUANCE OF WRIT OF ASSISTANCE |
| | Date:     April 30, 2024<br>Time:    1:00 p.m.<br>Ctrm:    304<br>Location: 3420 Twelfth Street<br>         Riverside, CA 92501 |

TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on April 23, 2024, at 1:00 p.m., in Courtroom 304, in the above-entitled court, before the Honorable Wayne Johnson, Arturo M. Cisneros, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Shamicka Lawrence ("Debtor"), will move the Court regarding a motion ("Motion") seeking an order compelling turnover of the residential real property commonly known as 11364 Estates Court, Riverside, California 92503 APN: 136-050-035 ("Property"). The Trustee is not confident that Debtor will timely vacate the Property, given Debtor's substantial undervaluation of the Property in her

1  schedules, and claimed homestead exemption equal to approximately half of the scheduled value of
2  the Property. Trustee requires an enforceable order granting possession as to the Debtor in order to
3  give assurances to a future buyer that possession of the Property can be delivered to a buyer upon the
4  close of escrow.
5      The Motion is based upon this Notice, the Declaration of Arturo M. Cisneros, memorandum
6  of points and authorities, the pleadings and files in the Debtor's bankruptcy case, and upon such
7  further oral and documentary evidence as may be presented to the Court. If you do not oppose the
8  motion described above, then you need take no further action.
9      PLEASE TAKE FURTHER NOTICE that any opposition or other responsive pleadings must
10 be in the form as required by Rules 9013-1(f) and (o) of the Local Bankruptcy Rules and filed with
11 the Clerk of the above-entitled Court no later than fourteen days (14) prior to the hearing on the
12 Motion. You must also serve a copy of your objection upon D. Edward Hays and Tinho Mang no
13 later than fourteen (14) days prior to the date of the hearing on the Motion at the mailing address
14 indicated in the upper left corner of the first page of this motion, and upon the Office of the United
15 States Trustee at 3801 University Ave., Suite 720, Riverside, CA 92501. Any failure to timely file
16 and serve an opposition may result in a waiver of any such opposition and the Court may enter an
17 order granting the motion without further notice.

DATED: April 9, 2024                MARSHACK HAYS WOOD LLP

                                    By: /s/ Tinho Mang
                                        D. EDWARD HAYS
                                        TINHO MANG
                                        Attorneys for Arturo M. Cisneros,
                                        Chapter 7 Trustee for the Bankruptcy Estate of
                                        Shamicka Lawrence

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER COMPELLING DEBTOR AND ANY OTHER OCCUPANTS TO VACATE AND TURN OVER REAL PROPERTY AND AUTHORIZING ISSUANCE OF WRIT OF ASSISTANCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **April 9, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On  **April 9, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **April 9, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
HONORABLE WAYNE JOHNSON
UNITED STATES BANKRUPTCY COURT
3420 Twelfth Street, Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 9, 2024 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **TRUSTEE: Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **INTERESTED PARTY COURTESY NEF: Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **INTERESTED PARTY COURTESY NEF: Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY MASSAGE ENFY FRANCHISING: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR TRUSTEE: D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEBTOR: Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR TRUSTEE: Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **U.S. TRUSTEE: United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: continued:

| DEBTOR | INTERESTED PARTY | SECURED CREDITOR |
|---|---|---|
| SHAMICKA LAWRENCE<br>11364 ESTATES COURT<br>RIVERSIDE, CA 92503-0639 | ALL OCCUPANTS AND/OR TENANTS OCCUPYING THE REAL PROPERTY AT:<br>11364 ESTATES COURT<br>RIVERSIDE, CA 92503-0639 | MERCEDES - BENZ FINANCIAL SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 685<br>ROANOKE, TX 76262-0685 |
| **SECURED CREDITOR**<br>US BANK<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229 | **SECURED CREDITOR**<br>US BANK<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 2188<br>OSHKOSH, WI 54903 | **CREDITOR**<br>14652-8 VENTURA, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>17245 LUVERNE PL<br>ENCINO, CA 91316-3933 |
| **CREDITOR**<br>14652-8 VENTURA, LLC<br>ATTN: ROW ZADEH<br>14652 VENTURA BLVD<br>LOS ANGELES, CA 91403-3686 | **CREDITOR**<br>ADT<br>ATTN: BANKRUPTCY<br>1501 W YAMATO RD<br>BOCA RATON, FL 33431-4438 | **CREDITOR**<br>AMERICAN EXPRESS<br>C/O BECKET AND LEE<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

**CREDITOR / POC ADDRESS**
AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE

**CREDITOR**
AQUA CLEAR, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1235 FLYN RD #408
CAMARILLO, CA 93012-6214

**CREDITOR**
AT&T
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 5014
CAROL STREAM, IL 60197-5014

**CREDITOR**
AVALON BAY COMMUNITIES, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 215568
TAMPA, FL 33622

**CREDITOR**
BANK OF AMERICA, N.A.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 15168
WILMINGTON, DE 19850-5168

**CREDITOR**
BEAUCHAMP FAMILY LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10700 SANTA MONICA BLVD, SUITE 215
LOS ANGELES, CA 90025-6588

**CREDITOR**
BRIDGEPORT MARKETPLACE, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
25134 RYE CANYON LOOP, #300
VALENCIA, CA 91355-5031

**CREDITOR**
BRIDGEPORT MARKETPLACE, LLC
ATTN: DALE DONOHOE
28338 CONSTELLATION ROAD, SUITE 900
VALENCIA, CA 91355-5098

**CREDITOR**
CAPITAL ONE
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 5155
NORCROSS, GA 30091

**CREDITOR**
CAPITAL ONE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

**CREDITOR**
CAPITAL ONE / NEIMAN MARCUS / BERGDORF GOODMAN
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

**CREDITOR / POC ADDRESS**
CAPITAL ONE N.A.
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

**CREDITOR**
CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON, DE 19850

**CREDITOR**
CITY OF LOS ANGELES, OFFICE OF FINANCE
PO BOX 53233
LOS ANGELES, CA 90053-0233

**CREDITOR**
CITY OF LOS ANGELES, OFFICE OF FINANCE
200 N SPRING ST, RM 101, CITY HALL
LOS ANGELES, CA 90012-3224

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

**CREDITOR**
CITY OF VENTURA
BUSINESS TAX OFFICE
501 POLI ST, RM 107
VENTURA, CA 93001-2632

**CREDITOR**
COUNTY OF LOS ANGELES
DEPARTMENT OF TREASURER & TAX COLLECTOR
PO BOX 514818
LOS ANGELES, CA 90051-4818

**CREDITOR**
CREDITORS ADJUSTMENT BUREAU, INC
C/O KENNETH J FREED, ESQ
LAW OFFICES OF KENNETH J. FREED
14226 VENTURA BLVD
SHERMAN OAKS, CA 91423-2715

**NEW ADDR 2-1-24 DK 41**
**CREDITOR**
CREDITORS ADJUSTMENT BUREAU, INC
C/O KENNETH J FREED, ESQ
LAW OFFICES OF KENNETH J. FREED
4340 FULTON AVE., FLOOR 3
SHERMAN OAKS, CA 91423-6262

**CREDITOR**
DONAHUE SCHRIBER REALTY GROUP, LP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
200 E BAKER ST, SUITE 100
COSTA MESA, CA 92626-4551

**CREDITOR**
ESSEX
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 82752
GOLETA, CA 93118-2681

**CREDITOR**
ESSEX MONARCH SANTA MONICA APARTMENTS, LP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1100 PARK PL, STE 200
SAN MATEO, CA 94403-7107

**CREDITOR**
ESSEX MONARCH SANTA MONICA APARTMENTS, LP
C/O JAMIE ALTMAN BUGGY HARVEST LLP
10940 WILSHIRE BLVD, SUITE 1600
LOS ANGELES, CA 90024-3910

**CREDITOR**
FRONTIER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 211579
EAGAN, MN 55121-2879

**CREDITOR**
GLEN MARCH
1 CENTURY DR, #32A
LOS ANGELES, CA 90067-3413

**CREDITOR**
GOLDEN SPECTRUM PROPERTY LLC
C/O SHIN YEN MANAGEMENT INC
ATTN: BRIAN HO
3808 GRAND AVE, SUITE B
CHINO, CA 91710-5496

**CREDITOR**
GOLDEN SPECTRUM PROPERTY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
4016 GRAND AVE, SUITE B
CHINO, CA 91710-5491

**CREDITOR**
JEFFREY D MONTEZ, ESQ
BOWER & ASSOCIATES, APLC
PO BOX 11748
NEWPORT BEACH, CA 92658-5040

**CREDITOR**
JPMORGAN CHASE BANK, NA
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE, FLOOR 01
MONROE LA 71203-4774

**CREDITOR / POC ADDRESS**
JPMORGAN CHASE BANK, NA
S/B/M/T CHASE BANK USA NA
C/O ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON, FL 33487

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**CREDITOR**
LUMEN / CENURY LINK
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 52187
PHOENIX, AZ 85072-2187

**CREDITOR**
MACERICH BUENAVENTURA LP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
401 WILSHIRE BLVD, SUITE 700
SANTA MONICA, CA 90401-1452

**CREDITOR**
MASSAGE ENVY FRANCHISING, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
14350 N 87TH STREET, SUITE 200
SCOTTSDALE, AZ 85260-2660

**NEW ADDR 2-1-24 DK 41**
**CREDITOR**
MASSAGE ENVY FRANCHISING, LLC
AGENT FOR SERVICE OF PROCESS:
3260 N HAYDEN RD.,, #210
SCOTTSDALE, AZ 85251

**CREDITOR**
NA SHAUN NEAL
3756 SANTA ROSALIA DR, SUITE 326
LOS ANGELES, CA 90008-3615

**CREDITOR**
NAVY FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22119-3000

**CREDITOR**
REGUS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE STREET, SUITE 200
RIVERSIDE, CA 92505-4400

**CREDITOR / POC ADDRESS**
ROIC CALIFORNIA LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
MS 631099
PO BOX 3953
SEATTLE, WA 98124-3953

**CREDITOR**
ROIC CALIFORNIA, LLC
C/O SAM YEBRI, ESQ
MERINO YEBRI LLP
1925 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067-2722

**CREDITOR**
SAFE AND SOUND SECURITY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
18545 TOPHAM STREET, UNIT G
RESEDA, CA 91335-6880

**CREDITOR**
SIMI GOLD CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
292 S LA CIENEGA BLVD, #3308
BEVERLY HILLS, CA 90211-3330

**CREDITOR**
SIMI GOLD CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
6006 RESEDA BLVD
TARZANA, CA 91356-1507

**CREDITOR**
SIRIA AMADOR
C/O NICK BADII, ESQ
LAWYERS FOR EMPLOYEE & CONSUMER RIGHTS APC
3500 W OLIVE AVE, 3RD FLOOR
BURBANK, CA 91505-4628

**CREDITOR**
SMALL BUSINESS ADMINISTRATION
409 3RD STREET SW
WASHINGTON, DC 20024-3212

**CREDITOR**
SOCM I, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
655 BREA CANYON RD
WALNUT, CA 91789-3078

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**CREDITOR**
SOUTHERN CAL GAS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX C
MONTEREY PARK, CA 91754-0932

**CREDITOR**
SPECTRIO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 890271
CHARLOTTE, NC 28289-0271

**CREDITOR**
STRATEGEM INVESTMENTS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
410 S JUANITA AVENUE
REDONDO BEACH, CA 90277-3824

**CREDITOR**
THE COLLECTION AT RIVERPARK
C/O CENTERCAL PROPERTIES, LLC
2751 PARK VIEW COURT, SUITE 261
OXNARD, CA 93036-5451

**CREDITOR**
THE DARVISH FIRM, APC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
12424 WILSHIRE BOULEVARD, SUITE 1115
LOS ANGELES, CA 90025-1071

**CREDITOR / POC ADDRESS**
THE DARVISH FIRM, APC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10990 WILSHIRE BLVD., SUITE 800
LOS ANGELES, CA 90024

**CREDITOR / POC ADDRESS**
U.S. SMALL BUSINESS ADMINISTRATION / CESC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
14925 KINGSPORT ROAD
FT WORTH, TX 76155

**CREDITOR**
VENTURA COUNTY TAX COLLECTOR
800 S VICTORIA AVE
VENTURA, CA 93009-0002

**CREDITOR**
WORLD PAY MERCHANT SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 639726
CINCINNATI, OH 45263-9726

**CO-DEBTOR**
5077 LANKERSHIM HEALTH ASSOCIATES, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
BEAUTIFUL GIRLS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
COASTAL MASSAGE CHANNEL ISLANDS HARBOR, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
COASTAL MASSAGE OXNARD, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
COASTAL MASSAGE VENTURA INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
ELEVEN EIGHT, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                               **F 9013-3.1.PROOF.SERVICE**

**CO-DEBTOR**
FAITH PAGE LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
JOYFUL WELLNESS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
JOYFULLY GIFTED, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
LAWRENCE GIRLS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
TRINITY FIFTEEN, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-5191

**CO-DEBTOR**
WEST COAST BABY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

4855-3266-7059

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**