DONALD T. FIFE
Hahn Fife & Company, LLP
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106
(626) 792-0855 Phone
(626) 792-0879 Fax
*dfife@hahnfife.com*

**FILED & ENTERED**

APR 10 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **gooch** DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:23-bk-15163 WJ |
| SHAMICKA LAWRENCE, | CHAPTER 7 |
| Debtor. | **ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANT** |

1  Arturo Cisneros ("Trustee"), the chapter 7 trustee for the bankruptcy estate of Shamicka
2  Lawrence, filed an application to employ Hahn Fife & Company as his accountant [docket #53] in
3  this case. No one filed any opposition to the application and the deadline to do so has passed.
4  Therefore, good cause appearing, the Court hereby ORDERS:

5  1. The Trustee is authorized, pursuant to 11 U.S.C. § 327 and Rule 2014(a) of the
6  Federal Rules of Bankruptcy Procedure, to employ Hahn Fife & Company ("Firm") to represent the
7  Trustee in this case as his accountant effective as of March 1, 2024.

8  2. All compensation to the Firm is subject to approval by the Court and no
9  compensation shall be paid unless and until (a) the Firm files and serves an appropriate application
10 in conformity with 11 U.S.C. §§ 330 & 331 and (b) the Court enters an order approving allowed fees
11 and costs.

12 IT IS SO ORDERED.

13                                                     ###

Date: April 10, 2024

Wayne Johnson
United States Bankruptcy Judge