D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
ARTURO M. CISNEROS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>SHAMICKA LAWRENCE,<br><br>Debtor. | Case No. 6:23-bk-15163-WJ<br><br>Chapter 7<br><br>NOTICE OF ERRATA RE: DATE OF HEARING OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER COMPELLING DEBTOR AND ANY OTHER OCCUPANTS TO VACATE AND TURN OVER REAL PROPERTY AND AUTHORIZING ISSUANCE OF WRIT OF ASSISTANCE<br><br>Date of Hearing<br>Date:      April 30, 2024<br>Time:      1:00 p.m.<br>Ctrm:      304<br>Location: 3420 Twelfth Street<br>                 Riverside, CA 92501 |

TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE

OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Arturo M. Cisneros, in his capacity as Chapter 7 Trustee of

the Bankruptcy Estate of Shamicka Lawrence, filed a Notice of Motion for Order Compelling

Debtor and Any Other Occupants to Vacate and Turn Over Real Property and Authorizing Issuance

of Writ of Assistance, on April 9, 2024, as Docket No. 62 ("Notice").

/ / /

/ / /

1
NOTICE OF ERRATA

4889-8980-4982,v.1/1003-034

The first page of the Notice contained two different dates for the date of the hearing. Specifically, the caption of the Notice stated that the hearing was to be held on April 30, 2024. On the other hand, the first sentence of the Notice inadvertently referenced the date of the hearing as April 23, 2024. **For the sake of clarity, the** correct date of the hearing is **April 30, 2024**.

DATED: April 10, 2024                    MARSHACK HAYS WOOD LLP


                                          By: */s/ Tinho Mang*
                                               D. EDWARD HAYS
                                               TINHO MANG
                                               Attorneys for Arturo M. Cisneros,
                                               Chapter 7 Trustee for the Bankruptcy Estate of
                                               Shamicka Lawrence

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF ERRATA RE: DATE OF HEARING OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER COMPELLING DEBTOR AND ANY OTHER OCCUPANTS TO VACATE AND TURN OVER REAL PROPERTY AND AUTHORIZING ISSUANCE OF WRIT OF ASSISTANCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 10, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**: On **April 10, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 10, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
HONORABLE WAYNE JOHNSON
UNITED STATES BANKRUPTCY COURT
3420 Twelfth Street, Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 10, 2024 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **TRUSTEE: Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **INTERESTED PARTY COURTESY NEF: Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **INTERESTED PARTY COURTESY NEF: Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY MASSAGE ENFY FRANCHISING: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR TRUSTEE: D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEBTOR: Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR TRUSTEE: Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **U.S. TRUSTEE: United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov


2. **SERVED BY UNITED STATES MAIL**: continued:

| DEBTOR | INTERESTED PARTY | SECURED CREDITOR |
|---|---|---|
| SHAMICKA LAWRENCE<br>11364 ESTATES COURT<br>RIVERSIDE, CA 92503-0639 | ALL OCCUPANTS AND/OR TENANTS OCCUPYING THE REAL PROPERTY AT:<br>11364 ESTATES COURT<br>RIVERSIDE, CA 92503-0639 | MERCEDES - BENZ FINANCIAL SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 685<br>ROANOKE, TX 76262-0685 |
| **SECURED CREDITOR**<br>US BANK<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229 | **SECURED CREDITOR**<br>US BANK<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 2188<br>OSHKOSH, WI 54903 | **CREDITOR**<br>14652-8 VENTURA, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>17245 LUVERNE PL<br>ENCINO, CA 91316-3933 |
| **CREDITOR**<br>14652-8 VENTURA, LLC<br>ATTN: ROW ZADEH<br>14652 VENTURA BLVD<br>LOS ANGELES, CA 91403-3686 | **CREDITOR**<br>ADT<br>ATTN: BANKRUPTCY<br>1501 W YAMATO RD<br>BOCA RATON, FL 33431-4438 | **CREDITOR**<br>AMERICAN EXPRESS<br>C/O BECKET AND LEE<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| **CREDITOR / POC ADDRESS** <br> AMERICAN EXPRESS NATIONAL BANK <br> C/O BECKET AND LEE | **CREDITOR** <br> AQUA CLEAR, INC <br> ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS <br> 1235 FLYN RD #408 <br> CAMARILLO, CA 93012-6214 | **CREDITOR** <br> AT&T <br> ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS <br> PO BOX 5014 <br> CAROL STREAM, IL 60197-5014 |
|---|---|---|
| **CREDITOR** <br> AVALON BAY COMMUNITIES, INC. <br> ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS <br> PO BOX 215568 <br> TAMPA, FL 33622 | **CREDITOR** <br> BANK OF AMERICA, N.A. <br> ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS <br> PO BOX 15168 <br> WILMINGTON, DE 19850-5168 | **CREDITOR** <br> BEAUCHAMP FAMILY LLC <br> ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS <br> 10700 SANTA MONICA BLVD, SUITE 215 <br> LOS ANGELES, CA 90025-6588 |
| **CREDITOR** <br> BRIDGEPORT MARKETPLACE, LLC <br> ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS <br> 25134 RYE CANYON LOOP, #300 <br> VALENCIA, CA 91355-5031 | **CREDITOR** <br> BRIDGEPORT MARKETPLACE, LLC <br> ATTN: DALE DONOHOE <br> 28338 CONSTELLATION ROAD, SUITE 900 <br> VALENCIA, CA 91355-5098 | **CREDITOR** <br> CAPITAL ONE <br> ATTN: BANKRUPTCY DEPARTMENT <br> PO BOX 5155 <br> NORCROSS, GA 30091 |
| **CREDITOR** <br> CAPITAL ONE <br> ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS <br> PO BOX 30285 <br> SALT LAKE CITY, UT 84130-0285 | **CREDITOR** <br> CAPITAL ONE / NEIMAN MARCUS / BERGDORF GOODMAN <br> ATTN: BANKRUPTCY <br> PO BOX 30285 <br> SALT LAKE CITY, UT 84130-0285 | **CREDITOR / POC ADDRESS** <br> CAPITAL ONE N.A. <br> BY AMERICAN INFOSOURCE AS AGENT <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 |
| **CREDITOR** <br> CHASE CARD SERVICES <br> ATTN: BANKRUPTCY <br> PO BOX 15298 <br> WILMINGTON, DE 19850 | **CREDITOR** <br> CITY OF LOS ANGELES, OFFICE OF FINANCE <br> PO BOX 53233 <br> LOS ANGELES, CA 90053-0233 | **CREDITOR** <br> CITY OF LOS ANGELES, OFFICE OF FINANCE <br> 200 N SPRING ST, RM 101, CITY HALL <br> LOS ANGELES, CA 90012-3224 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

**CREDITOR**
CITY OF VENTURA
BUSINESS TAX OFFICE
501 POLI ST, RM 107
VENTURA, CA 93001-2632

**CREDITOR**
COUNTY OF LOS ANGELES
DEPARTMENT OF TREASURER & TAX COLLECTOR
PO BOX 514818
LOS ANGELES, CA 90051-4818

**CREDITOR**
CREDITORS ADJUSTMENT BUREAU, INC
C/O KENNETH J FREED, ESQ
LAW OFFICES OF KENNETH J. FREED
14226 VENTURA BLVD
SHERMAN OAKS, CA 91423-2715

**NEW ADDR 2-1-24 DK 41**
**CREDITOR**
CREDITORS ADJUSTMENT BUREAU, INC
C/O KENNETH J FREED, ESQ
LAW OFFICES OF KENNETH J. FREED
4340 FULTON AVE., FLOOR 3
SHERMAN OAKS, CA 91423-6262

**CREDITOR**
DONAHUE SCHRIBER REALTY GROUP, LP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
200 E BAKER ST, SUITE 100
COSTA MESA, CA 92626-4551

**CREDITOR**
ESSEX
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 82752
GOLETA, CA 93118-2681

**CREDITOR**
ESSEX MONARCH SANTA MONICA APARTMENTS, LP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1100 PARK PL, STE 200
SAN MATEO, CA 94403-7107

**CREDITOR**
ESSEX MONARCH SANTA MONICA APARTMENTS, LP
C/O JAMIE ALTMAN BUGGY HARVEST LLP
10940 WILSHIRE BLVD, SUITE 1600
LOS ANGELES, CA 90024-3910

**CREDITOR**
FRONTIER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 211579
EAGAN, MN 55121-2879

**CREDITOR**
GLEN MARCH
1 CENTURY DR, #32A
LOS ANGELES, CA 90067-3413

**CREDITOR**
GOLDEN SPECTRUM PROPERTY LLC
C/O SHIN YEN MANAGEMENT INC
ATTN: BRIAN HO
3808 GRAND AVE, SUITE B
CHINO, CA 91710-5496

**CREDITOR**
GOLDEN SPECTRUM PROPERTY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
4016 GRAND AVE, SUITE B
CHINO, CA 91710-5491

**CREDITOR**
JEFFREY D MONTEZ, ESQ
BOWER & ASSOCIATES, APLC
PO BOX 11748
NEWPORT BEACH, CA 92658-5040

**CREDITOR**
JPMORGAN CHASE BANK, NA
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE, FLOOR 01
MONROE LA 71203-4774

**CREDITOR / POC ADDRESS**
JPMORGAN CHASE BANK, NA
S/B/M/T CHASE BANK USA NA
C/O ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON, FL 33487

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

**CREDITOR**
LUMEN / CENURY LINK
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 52187
PHOENIX, AZ 85072-2187

**CREDITOR**
MACERICH BUENAVENTURA LP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
401 WILSHIRE BLVD, SUITE 700
SANTA MONICA, CA 90401-1452

**CREDITOR**
MASSAGE ENVY FRANCHISING, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
14350 N 87TH STREET, SUITE 200
SCOTTSDALE, AZ 85260-2660

**NEW ADDR 2-1-24 DK 41**
**CREDITOR**
MASSAGE ENVY FRANCHISING, LLC
AGENT FOR SERVICE OF PROCESS:
3260 N HAYDEN RD.,, #210
SCOTTSDALE, AZ 85251

**CREDITOR**
NA SHAUN NEAL
3756 SANTA ROSALIA DR, SUITE 326
LOS ANGELES, CA 90008-3615

**CREDITOR**
NAVY FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22119-3000

**CREDITOR**
REGUS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE STREET, SUITE 200
RIVERSIDE, CA 92505-4400

**CREDITOR / POC ADDRESS**
ROIC CALIFORNIA LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
MS 631099
PO BOX 3953
SEATTLE, WA 98124-3953

**CREDITOR**
ROIC CALIFORNIA, LLC
C/O SAM YEBRI, ESQ
MERINO YEBRI LLP
1925 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067-2722

**CREDITOR**
SAFE AND SOUND SECURITY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
18545 TOPHAM STREET, UNIT G
RESEDA, CA 91335-6880

**CREDITOR**
SIMI GOLD CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
292 S LA CIENEGA BLVD, #3308
BEVERLY HILLS, CA 90211-3330

**CREDITOR**
SIMI GOLD CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
6006 RESEDA BLVD
TARZANA, CA 91356-1507

**CREDITOR**
SIRIA AMADOR
C/O NICK BADII, ESQ
LAWYERS FOR EMPLOYEE & CONSUMER RIGHTS APC
3500 W OLIVE AVE, 3RD FLOOR
BURBANK, CA 91505-4628

**CREDITOR**
SMALL BUSINESS ADMINISTRATION
409 3RD STREET SW
WASHINGTON, DC 20024-3212

**CREDITOR**
SOCM I, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
655 BREA CANYON RD
WALNUT, CA 91789-3078

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**CREDITOR**
SOUTHERN CAL GAS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX C
MONTEREY PARK, CA 91754-0932

**CREDITOR**
SPECTRIO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 890271
CHARLOTTE, NC 28289-0271

**CREDITOR**
STRATEGEM INVESTMENTS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
410 S JUANITA AVENUE
REDONDO BEACH, CA 90277-3824

**CREDITOR**
THE COLLECTION AT RIVERPARK
C/O CENTERCAL PROPERTIES, LLC
2751 PARK VIEW COURT, SUITE 261
OXNARD, CA 93036-5451

**CREDITOR**
THE DARVISH FIRM, APC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
12424 WILSHIRE BOULEVARD, SUITE 1115
LOS ANGELES, CA 90025-1071

**CREDITOR / POC ADDRESS**
THE DARVISH FIRM, APC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10990 WILSHIRE BLVD., SUITE 800
LOS ANGELES, CA 90024

**CREDITOR / POC ADDRESS**
U.S. SMALL BUSINESS ADMINISTRATION / CESC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
14925 KINGSPORT ROAD
FT WORTH, TX 76155

**CREDITOR**
VENTURA COUNTY TAX COLLECTOR
800 S VICTORIA AVE
VENTURA, CA 93009-0002

**CREDITOR**
WORLD PAY MERCHANT SERVICES
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 639726
CINCINNATI, OH 45263-9726

**CO-DEBTOR**
5077 LANKERSHIM HEALTH ASSOCIATES, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
BEAUTIFUL GIRLS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
COASTAL MASSAGE CHANNEL ISLANDS HARBOR, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
COASTAL MASSAGE OXNARD, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
COASTAL MASSAGE VENTURA INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
ELEVEN EIGHT, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **CO-DEBTOR**<br>FAITH PAGE LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 | **CO-DEBTOR**<br>JOYFUL WELLNESS, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 | **CO-DEBTOR**<br>JOYFULLY GIFTED, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 |
| **CO-DEBTOR**<br>LAWRENCE GIRLS, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 | **CO-DEBTOR**<br>TRINITY FIFTEEN, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-5191 | **CO-DEBTOR**<br>WEST COAST BABY, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 |

4855-3266-7059

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**