United States Bankruptcy Court
Central District of California

In re:  Case No. 23-15163-WJ
Shamicka Lawrence  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 2
Date Rcvd: Apr 10, 2024     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

**Recip ID    Recipient Name and Address**
db    + Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503-0639

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:

**Name    Email Address**

Alan W Forsley
    on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Arturo Cisneros (TR)
    amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

D Edward Hays
    on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Eric D Goldberg
    on behalf of Interested Party Massage Envy Franchising  LLC eric.goldberg@dlapiper.com,
    eric-goldberg-1103@ecf.pacerpro.com

Marc A Lieberman
    on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Thomas M Geher

District/off: 0973-6 User: admin Page 2 of 2
Date Rcvd: Apr 10, 2024 Form ID: pdf042 Total Noticed: 1

on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com

Tinho Mang

on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com
tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 8

DONALD T. FIFE
Hahn Fife & Company, LLP
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106
(626) 792-0855 Phone
(626) 792-0879 Fax
*dfife@hahnfife.com*

**FILED & ENTERED**

APR 10 2024

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

SHAMICKA LAWRENCE,

Debtor.

Case No.  6:23-bk-15163 WJ

CHAPTER 7

**ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANT**

Arturo Cisneros ("Trustee"), the chapter 7 trustee for the bankruptcy estate of Shamicka Lawrence, filed an application to employ Hahn Fife & Company as his accountant [docket #53] in this case. No one filed any opposition to the application and the deadline to do so has passed. Therefore, good cause appearing, the Court hereby ORDERS:

1. The Trustee is authorized, pursuant to 11 U.S.C. § 327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, to employ Hahn Fife & Company ("Firm") to represent the Trustee in this case as his accountant effective as of March 1, 2024.

2. All compensation to the Firm is subject to approval by the Court and no compensation shall be paid unless and until (a) the Firm files and serves an appropriate application in conformity with 11 U.S.C. §§ 330 & 331 and (b) the Court enters an order approving allowed fees and costs.

IT IS SO ORDERED.

###

Date: April 10, 2024

Wayne Johnson
United States Bankruptcy Judge