D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
ARTURO M. CISNEROS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>SHAMICKA LAWRENCE,<br><br>Debtor. | Case No. 6:23-bk-15163-WJ<br><br>Chapter 7<br><br>REPLY IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION TO COMPEL TURNOVER OF REAL PROPERTY<br><br>[MOTION DOCKET NO. 61]<br><br>Date:   April 30, 2024<br>Time:   1:00 p.m.<br>Ctrm:   304<br>Address: 3420 Twelfth Street<br>              Riverside, CA 92501 |

TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE

OFFICE OF THE UNITED STATES TRUSTEE, DEBTOR, AND ALL INTERESTED PARTIES:

Arturo M. Cisneros, solely in his capacity as the chapter 7 trustee ("Trustee") of Shamicka

Lawrence ("Debtor"), files this reply in support of Trustee's motion to compel turnover of real

property commonly known as 11364 Estates Ct., Riverside, CA ("Property"), which motion was filed

on April 9, 2024, as Docket No. 61 ("Motion").

**1.    Reply**

Debtor does not substantively oppose the Motion insofar as Trustee's request for an

enforceable order to compel turnover of the Property. Instead, Debtor requests a different move-out

date and submits declaratory evidence to suggest that she will be unable to timely vacate the Property

1

REPLY IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION TO COMPEL TURNOVER OF REAL PROPERTY
4854-2593-3752,v.1

in accordance with the timeline requested by Trustee (i.e. vacate by May 15, 2024), because her husband Antwuan Hill is too busy to assist her.

For Debtor to vacate the Property by May 15, 2024, it is not necessary that she remove all items of personal property. All that is necessary for Debtor to vacate the Property is that she leave the Property. If Debtor leaves behind items of personal property, she may make arrangements with Trustee to retrieve such items. Trustee will also note that Debtor's explanation for why she is unable to leave the Property by May 15, 2024 fails to explain why Debtor's brother Donnell is unable to assist her – Debtor's declaration does not make any mention of her brother Donnell, who also resides at the Property, and does not explain why Donnell cannot assist with any of the difficulties stated by Debtor. *Cf.* Motion [Dk. 61] at 4:16. Debtor has been on notice since no later than April 8, 2024, that Trustee was asking for a May 15, 2024 date to vacate the Property. Moreover, Debtor has been in constant communication with Trustee's broker who has clearly informed her of Trustee's intent to sell the Property, under which Debtor would necessarily have to leave (including that on ***January 19, 2024 , which is nearly four months prior to the move-out deadline requested by Trustee***, Debtor rejected Trustee's equity buyback offer and stated that she would cooperate with sale efforts by the Trustee).

Trustee will be filing a motion to sell the Property for a starting bid of $1,700,000 and setting a hearing for May 21, 2024 to approve the sale of the Property and potentially conduct an auction if any overbids are obtained. There is no requirement that Debtor be permitted to remain in the Property until the conclusion of the auction, and indeed if the Property is vacant on the sale date, this may further increase the value of the home such that an immediate sale and immediate close of the sale may occur without the need to remove any occupants. Trustee respectfully requests that the Motion be granted, without modification.

Dated: April 23, 2024                                MARSHACK HAYS WOOD LLP

                                                     By: */s/ Tinho Mang*
                                                         D. EDWARD HAYS
                                                         TINHO MANG
                                                         Attorneys for Chapter 7 Trustee,
                                                         ARTURO M. CISNEROS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **REPLY IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION TO COMPEL TURNOVER OF REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 23, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **April 23, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 23, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
HONORABLE WAYNE JOHNSON
UNITED STATES BANKRUPTCY COURT
3420 Twelfth Street, Suite 384 /
Courtroom 304
Riverside, CA 92501-3819

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 23, 2024 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **TRUSTEE: Arturo Cisneros (TR)**   amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **INTERESTED PARTY COURTESY NEF: Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **INTERESTED PARTY COURTESY NEF: Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY MASSAGE ENFY FRANCHISING: Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR TRUSTEE: D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEBTOR: Marc A Lieberman**   marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR TRUSTEE: Tinho Mang**   tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **U.S. TRUSTEE: United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** CONTINUED:

| **VIA OVERNIGHT MAIL DEBTOR**<br>SHAMICKA LAWRENCE AND ALL OCCUPANTS AND/OR TENANTS OCCUPYING THE REAL PROPERTY AT:<br>11364 ESTATES COURT<br>RIVERSIDE, CA 92503-0639 | **VIA OVERNIGHT MAIL INTERESTED PARTY**<br>HAHN FIFE & COMPANY<br>1055 E. COLORADO BLVD #5<br>PASADENA, CA 91106 | **VIA OVERNIGHT MAIL INTERESTED PARTY**<br>WINTERSTONE REAL ESTATE DEVELOPMENT<br>23792 ROCKFIELD BLVD., STE 101<br>LAKE FOREST, CA 92630 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**