1  D. EDWARD HAYS, #162507
ehays@marshackhays.com
2  TINHO MANG, #322146
tmang@marshackhays.com
3  MARSHACK HAYS WOOD LLP
870 Roosevelt
4  Irvine, California 92620
Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 7 Trustee,
ARTURO M. CISNEROS
7

8                  UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

10  | In re | Case No. 6:23-bk-15163-WJ |
11  | SHAMICKA LAWRENCE, | Chapter 7 |
12  | Debtor. | TRUSTEE'S NOTICE OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS; (C) SUBJECT TO OVERBIDS; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER § 363(M) |

Date:      May 21, 2024
Time:      1:00 p.m.
Ctrm:      304
Address: 3420 Twelfth Street
              Riverside, CA 92501

20  TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE

21  OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

22          PLEASE TAKE NOTICE that on May 21, 2024, at 1:00 p.m., in Courtroom 304, located at

23  3420 Twelfth Street, Riverside, CA  92501, a hearing will be held on Arturo M. Cisneros, solely in

24  his capacity as the duly appointed, qualified, and acting Chapter 7 trustee ("Trustee") of the

25  bankruptcy estate ("Estate") of Shamicka Lawrence ("Debtor"), motion for order authorizing the

26  sale of real property ("Motion") located at and commonly known as 11364 Estates Court, Riverside,

27  California 92503 ("Property").

28  / / /

NOTICE OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY
4890-1814-3155,v.1

A Chapter 7 Trustee may sell assets of a bankruptcy estate if there is a sound business purpose. Property of the Estate includes Debtor's co-ownership interest in the Property, and Trustee has negotiated terms for a consensual sale of the Property with the co-owner. Because the sale price is estimated to be sufficient to pay Debtor's homestead exemption in full and net more than $150,000 for the Estate, Trustee requests that the Court grant the motion and approve the sale.

The Motion will be heard by the Court on the date and time listed on page one of this notice.

## **Information Required Pursuant To Local Bankruptcy Rule 6004-1(c)(3):**

(A)    The date, time, and place of the hearing: May 21, 2024, 1:00 p.m., Ctrm: 304, located at 3420 Twelfth Street, Riverside, CA 92501;

(B)    Buyers: Jonathan Alarcon and Cindy Herrera, subject to overbid;

(C)    Description of the property to be sold: real property commonly known as 11364 Estates Court, Riverside, California 92503, Assessor's Parcel Number: 136-050-035;

(D)    The terms and conditions of the proposed sale, including the price and all contingencies: The proposed sale is as-is, where-is, without any warranties or representations, to the Buyer (or Successful Bidder) pursuant to the terms and conditions as set forth in the Purchase and Sale Agreement and related documents ("PSA"). As more specifically provided in the PSA and Motion, the Property is sold with all faults, and subject to overbid. Bid price by Buyers is $1,700,00.00 with a $52,500.00 deposit, which procedures are described in greater detail below.

(E)    The Trustee proposes to sell the Property free and clear of monetary liens, encumbrances, and interests, and distribute the sale proceeds in the following manner:

There are no recorded liens against the Property. Trustee proposes to pay any outstanding property taxes, commissions, costs of sale (*i.e.* escrow, title, transfer fees, etc.) from escrow upon closing. All other proceeds will be disbursed as set forth in the PSA.

(F)    Whether the proposed sale is subject to higher and better bids: Yes. See below overbid procedure.

## **Overbid Procedure**

To maximize the benefit to the Estate, Trustee requests this sale be subject to overbid, pursuant to the procedures outlined below:

NOTICE OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY
4890-1814-3155,v.1

1.      Any person or entity interested in purchasing the Property must serve Trustee and his counsel with an initial bid in conformance with these provisions ("Overbid"), such that any qualifying overbid is actually received no later than the commencement of the scheduled hearing on the sale motion ("Bid Deadline").

2.      Any entity that submits a timely, conforming Overbid shall be deemed a "Qualified Bidder" and may bid for the Property at the hearing. Only Qualified Bidders may participate in the Auction.

3.      Any Overbid must remain open until the conclusion of the auction ("Auction") of the Property to be held at the hearing on this Motion.

4.      Any Overbid must provide for a minimum purchase price of at least $1,725,000 (*i.e.* $25,000 more than the accepted offer from Buyers).

5.      Any Overbid must be for the Property "as is," "where is," and "with all faults" and shall not contain any financing, due diligence, or any other contingency including any termination fee, or any similar fee or expense reimbursement, and must agree to substantially the same terms as set forth in the PSA.

6.      Any Overbid must be accompanied by a deposit of $52,500.00 in certified funds, which funds shall be nonrefundable if the bid is determined by the Court to be the highest and best bid for the Property ("Best Bid"), and proof satisfactory to Trustee that such bidder has sufficient funds to complete the sale.

7.      If Trustee receives a timely, conforming Overbid for the Property, the Court will permit Trustee to conduct an auction of such property at the hearing, in which all Qualified Bidders may participate. The Auction shall be governed by the following procedures: (a) All Qualified Bidders shall be deemed to have consented to the core jurisdiction of the Bankruptcy Court and to have waived any right to jury trial in connection with any disputes relating to the Auction or the sale of the Property; (b) The minimum bidding increment during the Auction shall be $10,000.00; (c) Bidding shall commence at the best bid presently received and accepted by Trustee; and (d) the Court will resolve any disputes over whether Trustee has accepted the best bid ("Successful Bidder").

NOTICE OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY
4890-1814-3155,v.1

8.    The Successful Bidder must pay, at the closing, all amounts reflected in the Best Bid in cash and such other consideration as agreed upon.

9.    Any bidder other than the Successful Bidder may be deemed, upon their consent, as the Back-Up Bidder who may be substituted for the Successful Bidder without further court order in the event that the Successful Bidder fails to close escrow, at a set price.

Trustee believes that the requested overbid procedures, including the minimum initial overbid of $1,725,000.00 and the minimum bidding increments of $25,000 is reasonable, and the bidding procedures including the minimum overbid and the bidding increments will not chill bidding.

(G)    Consideration to be received by the Estate:  $156,814.00, or more, subject to overbid, as provided in the Motion and above.

(H)    Commissions: Broker, defined in the Motion, commission equal to 5% of the sale price, to be divided between seller's broker and buyer's broker according to customary practices;

(I)    The estimated (a) property taxes for this sale: Pursuant to the Title Report, estimated property taxes are $9,581.34.

(J)    The date by which an objection must be filed and served: May 7, 2024.

## Additional Information and Objections to the Motion

The complete scope and terms of the relief are detailed in the Motion, a copy of which can be obtained by contacting D. Edward Hays and Tinho Mang whose contact information is listed in the top left-hand corner of the first page of this Notice. If you do not oppose the Motion described above, you need take no further action.

However, if you object to the Motion, pursuant to Rule 9013-1 of the Local Bankruptcy Rules ("LBR"), any opposition must be filed with the court no later than fourteen (14) days prior to the date of the hearing on the Motion. You must file your opposition with the Clerk of the United States Bankruptcy Court. You must also serve a copy of your objection upon D. Edward Hays and Tinho Mang no later than 14 days prior to the date of the hearing on the Motion at the mailing address indicated in the upper left corner of the first page of this motion, and upon the Office of the United States Trustee at 3801 University Avenue, Suite 730, Riverside, CA  92501. Any failure to

NOTICE OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY

1  timely file and serve an opposition may result in a waiver of any such opposition and the court may

2  enter an order granting the motion without further notice.

3

4   Dated: April 24, 2024                     MARSHACK HAYS WOOD LLP

5

6                                             By: */s/ Tinho Mang*
                                                  D. EDWARD HAYS
7                                                 TINHO MANG
                                                  Attorneys for Chapter 7 Trustee,
8                                                 ARTURO M. CISNEROS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY
4890-1814-3155,v.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S NOTICE OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY: (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS; (C) SUBJECT TO OVERBIDS; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER § 363(M)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 24, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**: On **April 24, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 24, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL:**
HONORABLE WAYNE JOHNSON
UNITED STATES BANKRUPTCY COURT
3420 Twelfth Street, Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| April 24, 2024 | Chanel Mendoza | */s/ Chanel Mendoza* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                **F 9013-3.1.PROOF.SERVICE**

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **TRUSTEE: Arturo Cisneros (TR)**   amctrustee@mclaw.org,
  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **INTERESTED PARTY COURTESY NEF: Alan W Forsley**   alan.forsley@flpllp.com,
  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **ATTORNEY FOR LAWRENCE CHILDREN'S TRUST UTA MAY 6, 2014: Thomas M Geher**   tmg@jmbm.com,
  bt@jmbm.com;tmg@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY MASSAGE ENFY FRANCHISING: Eric D
  Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR TRUSTEE: D Edward Hays**   ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEBTOR: Marc A Lieberman**   marc.lieberman@flpllp.com,
  safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR TRUSTEE: Tinho Mang**   tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **U.S. TRUSTEE: United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

**2**. **SERVED BY UNITED STATES MAIL**: (CONTINUED)

**DEBTOR**
SHAMICKA LAWRENCE
11364 ESTATES COURT
RIVERSIDE, CA 92503-0639

**INTERESTED PARTY**
ALL OCCUPANTS AND/OR
TENANTS OCCUPYING THE REAL
PROPERTY LOCATED AT:
11364 ESTATES COURT
RIVERSIDE, CA 92503-0639

**INTERESTED PARTY**
ROBERT LAWRENCE, TRUSTEE
LAWRENCE CHILDREN'S TRUST
U/D/T MAY 6, 2014
C/O NANCY BOXWELL, ESQ.
GANG TYRE RAMER BROWN &
PASSMAN
132 S RODEO DR, BEVERLY
HILLS, CA 90212

**SECURED CREDITOR**
RIVERSIDE COUNTY TAX
COLLECTOR
ATTN: MATTHEW JENNINGS
TREASURER-TAX COLLECTOR
4080 LEMON ST, 4TH FLOOR
RIVERSIDE, CA 92501-3609

**SECURED CREDITOR**
MERCEDES - BENZ FINANCIAL
SERVICES
ATTN: BANKRUPTCY
PO BOX 685
ROANOKE, TX 76262-0685

**SECURED CREDITOR**
US BANK
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 5229
CINCINNATI, OH 45201-5229

**SECURED CREDITOR**
US BANK
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 2188
OSHKOSH, WI 54903

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
14652-8 VENTURA, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
17245 LUVERNE PL
ENCINO, CA 91316-3933

**RTD 4/19/24 UTF**
**CREDITOR**
14652-8 VENTURA, LLC
ATTN: ROW ZADEH
~~14652 VENTURA BLVD~~
~~LOS ANGELES, CA 91403-3686~~

**CREDITOR**
ADT
ATTN: BANKRUPTCY
1501 W YAMATO RD
BOCA RATON, FL 33431-4438

**CREDITOR**
AMERICAN EXPRESS
C/O BECKET AND LEE
PO BOX 3001
MALVERN, PA 19355-0701

**CREDITOR / POC ADDRESS**
AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE
PO BOX 3001
MALVERN, PA 19355-0701

**CREDITOR**
AQUA CLEAR, INC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1235 FLYN RD #408
CAMARILLO, CA 93012-6214

**CREDITOR**
AT&T
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 5014
CAROL STREAM, IL 60197-5014

**CREDITOR**
AVALON BAY COMMUNITIES, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 215568
TAMPA, FL 33622

**RTD 4/23/24 UTF**
**CREDITOR**
BANK OF AMERICA, N.A.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
~~PO BOX 15168~~
~~WILMINGTON, DE 19850-5168~~

**CREDITOR**
BEAUCHAMP FAMILY LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
10700 SANTA MONICA BLVD,
SUITE 215
LOS ANGELES, CA 90025-6588

**CREDITOR**
BRIDGEPORT MARKETPLACE, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
25134 RYE CANYON LOOP, #300
VALENCIA, CA 91355-5031

**CREDITOR**
BRIDGEPORT MARKETPLACE, LLC
ATTN: DALE DONOHOE
28338 CONSTELLATION ROAD,
SUITE 900
VALENCIA, CA 91355-5098

**RTD 1/10/24 UTF**
**CREDITOR**
CAPITAL ONE
ATTN: BANKRUPTCY
DEPARTMENT
~~PO BOX 5155~~
~~NORCROSS, GA 30091~~

**CREDITOR**
CAPITAL ONE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

**CREDITOR**
CAPITAL ONE / NEIMAN MARCUS /
BERGDORF GOODMAN
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR / POC ADDRESS**
CAPITAL ONE N.A.
BY AMERICAN INFOSOURCE AS
AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

**CREDITOR**
CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON, DE 19850

**CREDITOR**
CITY OF LOS ANGELES, OFFICE OF
FINANCE
PO BOX 53233
LOS ANGELES, CA 90053-0233

**CREDITOR**
CITY OF LOS ANGELES, OFFICE
OF FINANCE
200 N SPRING ST, RM 101, CITY
HALL
LOS ANGELES, CA 90012-3224

**CREDITOR**
CITY OF VENTURA
BUSINESS TAX OFFICE
501 POLI ST, RM 107
VENTURA, CA 93001-2632

**CREDITOR**
COUNTY OF LOS ANGELES
DEPARTMENT OF TREASURER &
TAX COLLECTOR
PO BOX 514818
LOS ANGELES, CA 90051-4818

**RTD 4/22/24 UTF**
**CREDITOR**
CREDITORS ADJUSTMENT
BUREAU, INC
C/O KENNETH J FREED, ESQ
LAW OFFICES OF KENNETH J.
FREED
~~14226 VENTURA BLVD~~
~~SHERMAN OAKS, CA 91423-2715~~

**NEW ADDR 2-1-24 DK 41**
**CREDITOR**
CREDITORS ADJUSTMENT BUREAU,
INC
C/O KENNETH J FREED, ESQ
LAW OFFICES OF KENNETH J. FREED
4340 FULTON AVE., FLOOR 3
SHERMAN OAKS, CA 91423-6262

**CREDITOR**
DONAHUE SCHRIBER REALTY
GROUP, LP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
200 E BAKER ST, SUITE 100
COSTA MESA, CA 92626-4551

**CREDITOR**
ESSEX
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 82752
GOLETA, CA 93118-2681

**CREDITOR**
ESSEX MONARCH SANTA MONICA
APARTMENTS, LP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1100 PARK PL, STE 200
SAN MATEO, CA 94403-7107

**CREDITOR**
ESSEX MONARCH SANTA MONICA
APARTMENTS, LP
C/O JAMIE ALTMAN BUGGY
HARVEST LLP
10940 WILSHIRE BLVD, SUITE 1600
LOS ANGELES, CA 90024-3910

**CREDITOR**
FRONTIER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 211579
EAGAN, MN 55121-2879

**CREDITOR**
GLEN MARCH
1 CENTURY DR, #32A
LOS ANGELES, CA 90067-3413

**CREDITOR**
GOLDEN SPECTRUM PROPERTY
LLC
C/O SHIN YEN MANAGEMENT INC
ATTN: BRIAN HO
3808 GRAND AVE, SUITE B
CHINO, CA 91710-5496

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
GOLDEN SPECTRUM PROPERTY,
LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
4016 GRAND AVE, SUITE B
CHINO, CA 91710-5491

**CREDITOR**
JEFFREY D MONTEZ, ESQ
BOWER & ASSOCIATES, APLC
PO BOX 11748
NEWPORT BEACH, CA 92658-5040

**CREDITOR**
JPMORGAN CHASE BANK, NA
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE, FLOOR 01
MONROE LA 71203-4774

**CREDITOR / POC ADDRESS**
JPMORGAN CHASE BANK, NA
S/B/M/T CHASE BANK USA NA
C/O ROBERTSON, ANSCHUTZ,
SCHNEID & CRANE LLP
6409 CONGRESS AVENUE, SUITE
100
BOCA RATON, FL 33487

**CREDITOR**
LUMEN / CENURY LINK
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 52187
PHOENIX, AZ 85072-2187

**CREDITOR**
MACERICH BUENAVENTURA LP
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
401 WILSHIRE BLVD, SUITE 700
SANTA MONICA, CA 90401-1452

**CREDITOR**
MASSAGE ENVY FRANCHISING,
LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
14350 N 87TH STREET, SUITE 200
SCOTTSDALE, AZ 85260-2660

**NEW ADDR 2-1-24 DK 41**
**CREDITOR**
MASSAGE ENVY FRANCHISING, LLC
AGENT FOR SERVICE OF PROCESS:
3260 N HAYDEN RD.,, #210
SCOTTSDALE, AZ 85251

**CREDITOR**
NA SHAUN NEAL
3756 SANTA ROSALIA DR, SUITE
326
LOS ANGELES, CA 90008-3615

**CREDITOR**
NAVY FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22119-3000

**CREDITOR**
REGUS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
11801 PIERCE STREET, SUITE 200
RIVERSIDE, CA 92505-4400

**CREDITOR / POC ADDRESS**
ROIC CALIFORNIA LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
MS 631099
PO BOX 3953
SEATTLE, WA 98124-3953

**CREDITOR**
ROIC CALIFORNIA, LLC
C/O SAM YEBRI, ESQ
MERINO YEBRI LLP
1925 CENTURY PARK EAST,
SUITE 2100
LOS ANGELES, CA 90067-2722

**CREDITOR**
SAFE AND SOUND SECURITY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
18545 TOPHAM STREET, UNIT G
RESEDA, CA 91335-6880

**CREDITOR**
SIMI GOLD CENTER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
292 S LA CIENEGA BLVD, #3308
BEVERLY HILLS, CA 90211-3330

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
SIMI GOLD CENTER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
6006 RESEDA BLVD
TARZANA, CA 91356-1507

**CREDITOR**
SIRIA AMADOR
C/O NICK BADII, ESQ
LAWYERS FOR EMPLOYEE &
CONSUMER RIGHTS APC
3500 W OLIVE AVE, 3RD FLOOR
BURBANK, CA 91505-4628

**CREDITOR**
SMALL BUSINESS
ADMINISTRATION
409 3RD STREET SW
WASHINGTON, DC 20024-3212

**CREDITOR**
SOCM I, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
655 BREA CANYON RD
WALNUT, CA 91789-3078

**CREDITOR**
SOUTHERN CAL GAS
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX C
MONTEREY PARK, CA 91754-0932

**CREDITOR**
SPECTRIO
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 890271
CHARLOTTE, NC 28289-0271

**CREDITOR**
STRATEGEM INVESTMENTS, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
410 S JUANITA AVENUE
REDONDO BEACH, CA 90277-3824

**CREDITOR**
THE COLLECTION AT RIVERPARK
C/O CENTERCAL PROPERTIES, LLC
2751 PARK VIEW COURT, SUITE 261
OXNARD, CA 93036-5451

**CREDITOR**
THE DARVISH FIRM, APC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
12424 WILSHIRE BOULEVARD,
SUITE 1115
LOS ANGELES, CA 90025-1071

**CREDITOR / POC ADDRESS**
THE DARVISH FIRM, APC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
10990 WILSHIRE BLVD., SUITE 800
LOS ANGELES, CA 90024

**CREDITOR / POC ADDRESS**
U.S. SMALL BUSINESS
ADMINISTRATION / CESC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
14925 KINGSPORT ROAD
FT WORTH, TX 76155

**CREDITOR**
VENTURA COUNTY TAX
COLLECTOR
800 S VICTORIA AVE
VENTURA, CA 93009-0002

**CREDITOR**
WORLD PAY MERCHANT
SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 639726
CINCINNATI, OH 45263-9726

**CO-DEBTOR**
5077 LANKERSHIM HEALTH
ASSOCIATES, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
BEAUTIFUL GIRLS, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**CO-DEBTOR**
COASTAL MASSAGE CHANNEL
ISLANDS HARBOR, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
COASTAL MASSAGE OXNARD, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
COASTAL MASSAGE VENTURA INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
ELEVEN EIGHT, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
FAITH PAGE LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
JOYFUL WELLNESS, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
JOYFULLY GIFTED, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
LAWRENCE GIRLS, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

**CO-DEBTOR**
TRINITY FIFTEEN, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-5191

**CO-DEBTOR**
WEST COAST BABY, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**