D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
ARTURO M. CISNEROS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:23-bk-15163-WJ |
| SHAMICKA LAWRENCE, | Chapter 7 |
| Debtor. | DECLARATION OF JONATHN ALARCON AND CINDY HERRERA IN SUPPORT OF MOTION FOR ORDER: AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 11364 ESTATES COURT, RIVERSIDE, CALIFORNIA 92503 (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS; (C) SUBJECT TO OVERBIDS; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER § 363(M) |
| | Date: May 21, 2024<br>Time: 1:00 p.m.<br>Ctrm: 304<br>Address: 3420 Twelfth Street<br>Riverside, Ca 92501 |

/ / /

/ / /

/ / /

/ / /

/ / /

1

DECLARATION OF BUYERS IN SUPPORT OF SALE MOTION

4876-6960-9139,v.1

TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTOR, AND ALL INTERESTED PARTIES:

  Arturo M. Cisneros ("Trustee"), solely in his capacity as the chapter 7 trustee of Shamicka Lawrence ("Debtor"), submits the attached declaration of buyers, Jonathan Alarcon and Cindy Herrera, in support of the Trustee's motion for authority to sell real property commonly known 11364 Estates Court, Riverside, California 92503 ("Property"), filed on May 1, 2024, as Dk. No. 73 ("Motion").

Dated: May 1, 2024       MARSHACK HAYS WOOD LLP

               By: */s/ Tinho Mang*
                 D. EDWARD HAYS
                 TINHO MANG
                 Attorneys for Chapter 7 Trustee,
                 ARTURO M. CISNEROS

## Declaration of Jonathan Alarcon and Cindy Herrera

I, JONATHAN ALARCON and CINDY HERRERA, declare as follows, for each of us individually:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge.

3. We have collectively made an offer for the purchase of the property located at 11364 Estates Court, Riverside, CA 92503 ("Property"), at the initial price of $1,700,000. This price was obtained after multiple rounds of negotiations with the seller, Arturo M. Cisneros, the Chapter 7 trustee ("Trustee"). We also made the initial deposit of $52,500.

4. I became aware of the Property through the public listing through my real estate agent. I toured the Property at an open house on March 23, 2024, and subsequently made an offer to purchase the Property.

5. To the best of my knowledge, I do not have any connection or relationship with the Trustee, the Debtor Shamicka Lawrence, Debtor's family members, the Lawrence Children's Trust u/t/a May 6, 2014, or any creditor of the Estate, or any of their attorneys or professionals, including but not limited to Trustee's broker Brian Thompson. I also have no connection with the presiding judge in this case and no connection with any person in the Office of the United States Trustee.

6. I did not receive any special treatment or consideration and have negotiated the purchase on an arms-length basis through my real estate agent.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05-01-, 2024

_____
JONATHAN ALARCON

Dated: 5/1, 2024

_____
CINDY HERRERA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **DECLARATION OF JONATHN ALARCON AND CINDY HERRERA IN SUPPORT OF MOTION FOR ORDER: AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 11364 ESTATES COURT, RIVERSIDE, CALIFORNIA 92503 (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS; (C) SUBJECT TO OVERBIDS; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER § 363(M)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 1, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **May 1, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 1, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
HONORABLE WAYNE JOHNSON
UNITED STATES BANKRUPTCY COURT
3420 Twelfth Street, Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 1, 2024 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                          F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **TRUSTEE: Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **INTERESTED PARTY COURTESY NEF: Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **ATTORNEY FOR LAWRENCE CHILDREN'S TRUST UTA MAY 6, 2014: Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY MASSAGE ENFY FRANCHISING: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR TRUSTEE: D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEBTOR: Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR TRUSTEE: Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **U.S. TRUSTEE: United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: (CONTINUED)

**DEBTOR**
SHAMICKA LAWRENCE
11364 ESTATES COURT
RIVERSIDE, CA 92503-0639

**INTERESTED PARTY**
ALL OCCUPANTS AND/OR TENANTS OCCUPYING THE REAL PROPERTY LOCATED AT:
11364 ESTATES COURT
RIVERSIDE, CA 92503-0639

**INTERESTED PARTY**
ROBERT LAWRENCE, TRUSTEE
LAWRENCE CHILDREN'S TRUST U/D/T MAY 6, 2014
C/O NANCY BOXWELL, ESQ.
GANG TYRE RAMER BROWN & PASSMAN
132 S RODEO DR, BEVERLY HILLS, CA 90212

**SECURED CREDITOR**
RIVERSIDE COUNTY TAX COLLECTOR
ATTN: MATTHEW JENNINGS
TREASURER-TAX COLLECTOR
4080 LEMON ST, 4TH FLOOR
RIVERSIDE, CA 92501-3609

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**