# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Tuesday, April 30, 2024**      **Hearing Room**    **304**

**1:00 PM**

**6:23-15163    Shamicka Lawrence**      **Chapter 7**

   **#3.00**    Hrg re motion for compelling debtor and any other occupants to vacate and turn over real property by May 15, 2024

               Docket     61

**Matter Notes:**

PRESENT:  T. MANG  |  A. CESWARIS
M. LIEBERMAN

(X) Motion granted.

( ) Motion denied.

( ) Fees And Costs Approved Pursuant To The Posted Ruling.

( ) Vacated. Matter is moot due to dismissal or conversion of case.

( ) Continued to _____

( ) Motion withdrawn.

(X) Prevailing party shall prepare an order.

( ) Chambers shall prepare an order.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| | |
|---|---|
| **Tuesday, April 30, 2024** | **Hearing Room  304** |

**1:00 PM**
**CONT...**    Shamicka Lawrence                                                                              Chapter 7

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Shamicka  Lawrence                                    Represented By
                                                      Marc A Lieberman

**Trustee(s):**

Arturo  Cisneros (TR)                                 Represented By
                                                      D Edward Hays
                                                      Tinho Mang