United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-15163-WJ |
| Shamicka Lawrence | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: May 01, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503-0639 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| D Edward Hays | on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daren M Schlecter | on behalf of Interested Party Courtesy NEF daren@schlecterlaw.com  assistant@schlecterlaw.com |
| Eric D Goldberg | on behalf of Interested Party Massage Envy Franchising  LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Marc A Lieberman | |

on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Thomas M Geher

on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com

Tinho Mang

on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com
tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 9

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
ARTURO M. CISNEROS

**FILED & ENTERED**

**MAY 01 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

SHAMICKA LAWRENCE,

               Debtor.

Case No. 6:23-bk-15163-WJ

CHAPTER 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO COMPEL TURNOVER OF REAL PROPERTY**

Hearing:
Date:  April 30, 2024
Time:  1:00 p.m.
Ctrm:  304

1  On April 30, 2024, at 1:00 p.m., the Court conducted a hearing regarding the motion of Arturo M. Cisneros, the chapter 7 trustee ("Trustee") for the bankruptcy estate of Shamicka Lawrence ("Debtor"), filed on April 9, 2024 as docket #61 ("Motion") seeking an order compelling turnover of the real property commonly known as 11364 Estates Court, Riverside, CA.  Marc Lieberman appeared on behalf of the Debtor.  Tinho Mang appeared on behalf of the Trustee, who was also present in the courtroom.

The Court having read and considered the Motion, the opposition and declarations filed by the debtor [docket #70], the Trustee's reply [docket #72], the statements and arguments on the record and good cause appearing, hereby ORDERS as follows:

1. The Motion is granted as modified on the record.  The Debtor shall vacate the real property commonly known as 11364 Estates Court, Riverside, CA ("Property") no later than May 31, 2024.  The Property shall be left in broom-swept condition.  The Debtor shall remove from the Property all occupants, all personal property, rubbish, and debris except as provided herein.  Debtor shall not remove any fixtures from the Property.

2. The Trustee has the right to possession of any and all items of personal property constituting property of the estate, irrespective of any claim of exemption on such assets.  By May 7, 2024, the Trustee may provide to the Debtor a written list of items which shall be turned over to the Trustee, in one of the following methods (a) the Debtor may leave such items at the Property when she vacates the Property or (b) the Debtor may surrender possession of such items to the Trustee.  If the Trustee agrees in writing to some other method of turnover, the Debtor may effectuate such agreed-upon method of turnover.

3. This order is enforceable pursuant to Local Bankruptcy Rule 7064-1(e).  If the Debtor fails to vacate the Property by May 31, 2024, the United States Marshals Service is authorized to effectuate an eviction of the Debtor and deliver possession of the Property to Trustee or his agents.  The Trustee is entitled to seek enforcement of this order by issuance of a writ of assistance to the Marshals.

4.     The United States Marshals Service is directed to assist the Trustee to enforce this order awarding possession.  The Trustee and his authorized agent(s) will act as substitute custodian of any and all items of personal property seized pursuant to this order and the U.S. Marshal shall have no liability arising from any acts, incidents, or occurrences in connection with the seizure of the personal property located at the subject real property arising in the ordinary authorized scope of duties of the U.S. Marshal (which acts do not include acts arising from negligent or intentional tortious conduct), including any third party claims and the U.S. Marshal shall be discharged of his or her duties and responsibilities for safekeeping of the seized goods.  The U.S. Marshal accomplishing such eviction or seizure shall use whatever reasonable force necessary to break open and enter the subject real property regardless of whether the premises or location is locked or unlocked, occupied or unoccupied and to inspect the contents of any room, closet, cabinet, vehicle, container, desk or documents.  Anyone interfering with the execution of this order is subject to arrest by law enforcement officials.

IT IS SO ORDERED.

###

Date: May 1, 2024

_____
Wayne Johnson
United States Bankruptcy Judge