D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
A. CISNEROS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>SHAMICKA LAWRENCE,<br><br>Debtor. | Case No. 6:23-bk-15163-WJ<br><br>Chapter 7<br><br>NOTICE OF TRUSTEE'S MOTION TO ABANDON ESTATE'S INTEREST IN TANGIBLE PERSONAL PROPERTY ASSETS LOCATED AT 11364 ESTATES COURT, RIVERSIDE, CA 92503<br><br>[No Hearing Required Unless Requested Per Local Bankruptcy Rule 6007-1 and 9013-1(o)] |

TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Arturo M. Cisneros, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Shamicka Lawrence ("Debtor"), has filed a motion ("Motion") for an order authorizing the abandonment of the Estate's interest, if any, in certain personal property assets located at the residential real property at 11364 Estates Court, Riverside, CA 92503 ("Property"), pursuant to 11 U.S.C. § 554 and Rule 6007-1 of the Local Bankruptcy Rules ("LBR").[1]

Under Section 554(a), a trustee may abandon any property of the estate that is burdensome or that is of inconsequential value and benefit to the estate. Trustee has determined that the tangible personal property located at 11364 Estates Court, Riverside, CA 92503 ("Property") is of little or no

---
[1] All terms not defined herein are used as they are defined in the Motion.

1

NOTICE OF MOTION TO APPROVE COMPROMISE

4861-7848-1980,v.1

value or benefit to the Estate or its creditors, to the extent explained herein (personal property does not include fixtures or the home theater items - which Debtor has agreed to leave at the Property irrespective of any arguments that such items are or are not fixtures). Trustee respectfully requests that the Court enter an order abandoning any and all interests of the Estate in the personal property assets located at the Property, with the exception of the items constituting the Property's home theater, and fixtures including the refrigerator and kitchen stove at the Property, which are built-in to the Property and cannot be removed.

Any party interested in obtaining a copy of the Motion which attaches a copy of the Agreement may contact Trustee's counsel, D. Edward Hays at ehays@marshackhays.com and Tinho Mang at tmang@marshackhays.com. The Motion is based upon this Notice, the Declaration of Arturo M. Cisneros, and evidence as may be presented to the Court. If you do not oppose the Motion described above, then you need take no further action.

PLEASE TAKE FURTHER NOTICE that any response and request for hearing as to the proposed settlement must be in the form as required by Rule 9013-1(f) and (o) of the Local Bankruptcy Rules ("LBR") and filed with the Clerk of the above-entitled Court. The deadline for any response and request for hearing is 14 days after the date of service of this Notice plus an additional 3 days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any response or request for hearing must be served on Marshack Hays LLP to the attention of D. Edward Hays and Tinho Mang at the address indicated above and served on the Office of the United States Trustee, 3801 University Ave., Suite 720, Riverside, CA 92501.  Failure to timely respond may be deemed as acceptance of the proposed compromise. *See* LBR 9013-1(h).

DATED: May 7, 2024    MARSHACK HAYS WOOD LLP

By: */s/ Tinho Mang*
    D. EDWARD HAYS
    TINHO MANG
    Attorneys for Chapter 7 Trustee,
    ARTURO M. CISNEROS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF TRUSTEE'S MOTION TO ABANDON ESTATE'S INTEREST IN TANGIBLE PERSONAL PROPERTY ASSETS LOCATED AT 11364 ESTATES COURT, RIVERSIDE, CA 92503** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 7, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 7, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
SHAMICKA LAWRENCE
11364 ESTATES COURT
RIVERSIDE, CA 92503-0639

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 7, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL:**
HONORABLE WAYNE JOHNSON
UNITED STATES BANKRUPTCY COURT
3420 Twelfth Street, Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 7, 2024 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                         F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   - **TRUSTEE: Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
   - **INTERESTED PARTY COURTESY NEF: Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
   - **ATTORNEY FOR LAWRENCE CHILDREN'S TRUST UTA MAY 6, 2014: Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
   - **ATTORNEY FOR INTERESTED PARTY MASSAGE ENFY FRANCHISING: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
   - **ATTORNEY FOR TRUSTEE: D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR DEBTOR: Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
   - **ATTORNEY FOR TRUSTEE: Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
   - **U.S. TRUSTEE: United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:

**SECURED CREDITOR**
MERCEDES - BENZ FINANCIAL SERVICES
ATTN: BANKRUPTCY
PO BOX 685
ROANOKE, TX 76262-0685

**SECURED CREDITOR**
US BANK
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 5229
CINCINNATI, OH 45201-5229

**SECURED CREDITOR**
US BANK
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 2188
OSHKOSH, WI 54903

**SECURED CREDITOR**
RIVERSIDE COUNTY TAX COLLECTOR
ATTN: MATTHEW JENNINGS, TREASURER-TAX COLLECTOR
4080 LEMON ST, 4TH FLOOR
RIVERSIDE, CA 92501-3609

**CREDITOR**
14652-8 VENTURA, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
17245 LUVERNE PL
ENCINO, CA 91316-3933

**RTD 4/19/24 UTF**
**CREDITOR**
14652-8 VENTURA, LLC
~~ATTN: ROW ZADEH~~
~~14652 VENTURA BLVD~~
~~LOS ANGELES, CA 91403-3686~~

**CREDITOR**
ADT
ATTN: BANKRUPTCY
1501 W YAMATO RD
BOCA RATON, FL 33431-4438

**CREDITOR**
AMERICAN EXPRESS
C/O BECKET AND LEE
PO BOX 3001
MALVERN, PA 19355-0701

**CREDITOR / POC ADDRESS**
AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE
PO BOX 3001
MALVERN, PA 19355-0701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
AQUA CLEAR, INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1235 FLYN RD #408
CAMARILLO, CA 93012-6214

**CREDITOR**
AT&T
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 5014
CAROL STREAM, IL 60197-5014

**CREDITOR**
AVALON BAY COMMUNITIES, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 215568
TAMPA, FL 33622

**RTD 4/23/24 UTF**
**CREDITOR**
BANK OF AMERICA, N.A.
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~PO BOX 15168~~
~~WILMINGTON, DE 19850-5168~~

**CREDITOR**
BEAUCHAMP FAMILY LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
10700 SANTA MONICA BLVD, SUITE 215
LOS ANGELES, CA 90025-6588

**CREDITOR**
BRIDGEPORT MARKETPLACE, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
25134 RYE CANYON LOOP, #300
VALENCIA, CA 91355-5031

**CREDITOR**
BRIDGEPORT MARKETPLACE, LLC
ATTN: DALE DONOHOE
28338 CONSTELLATION ROAD, SUITE 900
VALENCIA, CA 91355-5098

**RTD 1/10/24 UTF**
**CREDITOR**
CAPITAL ONE
~~ATTN: BANKRUPTCY DEPARTMENT~~
~~PO BOX 5155~~
~~NORCROSS, GA 30091~~

**CREDITOR**
CAPITAL ONE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

**CREDITOR**
CAPITAL ONE / NEIMAN MARCUS / BERGDORF GOODMAN
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

**CREDITOR / POC ADDRESS**
CAPITAL ONE N.A.
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

**CREDITOR**
CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON, DE 19850

**CREDITOR**
CITY OF LOS ANGELES, OFFICE OF FINANCE
PO BOX 53233
LOS ANGELES, CA 90053-0233

**CREDITOR**
CITY OF LOS ANGELES, OFFICE OF FINANCE
200 N SPRING ST, RM 101, CITY HALL
LOS ANGELES, CA 90012-3224

**CREDITOR**
CITY OF VENTURA
BUSINESS TAX OFFICE
501 POLI ST, RM 107
VENTURA, CA 93001-2632

**CREDITOR**
COUNTY OF LOS ANGELES
DEPARTMENT OF TREASURER & TAX COLLECTOR
PO BOX 514818
LOS ANGELES, CA 90051-4818

**RTD 4/22/24 UTF**
**CREDITOR**
CREDITORS ADJUSTMENT BUREAU, INC
~~C/O KENNETH J FREED, ESQ~~
~~LAW OFFICES OF KENNETH J. FREED~~
~~14226 VENTURA BLVD~~
~~SHERMAN OAKS, CA 91423-2715~~

**NEW ADDR 2-1-24 DK 41**
**CREDITOR**
CREDITORS ADJUSTMENT BUREAU, INC
C/O KENNETH J FREED, ESQ
LAW OFFICES OF KENNETH J. FREED
4340 FULTON AVE., FLOOR 3
SHERMAN OAKS, CA 91423-6262

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**CREDITOR**
DONAHUE SCHRIBER REALTY GROUP, LP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
200 E BAKER ST, SUITE 100
COSTA MESA, CA 92626-4551

**CREDITOR**
ESSEX
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 82752
GOLETA, CA 93118-2681

**CREDITOR**
ESSEX MONARCH SANTA MONICA APARTMENTS, LP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1100 PARK PL, STE 200
SAN MATEO, CA 94403-7107

**CREDITOR**
ESSEX MONARCH SANTA MONICA APARTMENTS, LP
C/O JAMIE ALTMAN BUGGY HARVEST LLP
10940 WILSHIRE BLVD, SUITE 1600
LOS ANGELES, CA 90024-3910

**CREDITOR**
FRONTIER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 211579
EAGAN, MN 55121-2879

**CREDITOR**
GLEN MARCH
1 CENTURY DR, #32A
LOS ANGELES, CA 90067-3413

**CREDITOR**
GOLDEN SPECTRUM PROPERTY LLC
C/O SHIN YEN MANAGEMENT INC
ATTN: BRIAN HO
3808 GRAND AVE, SUITE B
CHINO, CA 91710-5496

**CREDITOR**
GOLDEN SPECTRUM PROPERTY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
4016 GRAND AVE, SUITE B
CHINO, CA 91710-5491

**CREDITOR**
JEFFREY D MONTEZ, ESQ
BOWER & ASSOCIATES, APLC
PO BOX 11748
NEWPORT BEACH, CA 92658-5040

**CREDITOR**
JPMORGAN CHASE BANK, NA
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE, FLOOR 01
MONROE LA 71203-4774

**CREDITOR / POC ADDRESS**
JPMORGAN CHASE BANK, NA S/B/M/T CHASE BANK USA NA
C/O ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON, FL 33487

**CREDITOR**
LUMEN / CENURY LINK
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 52187
PHOENIX, AZ 85072-2187

**CREDITOR**
MACERICH BUENAVENTURA LP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
401 WILSHIRE BLVD, SUITE 700
SANTA MONICA, CA 90401-1452

**CREDITOR**
MASSAGE ENVY FRANCHISING, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
14350 N 87TH STREET, SUITE 200
SCOTTSDALE, AZ 85260-2660

**NEW ADDR 2-1-24 DK 41**
**CREDITOR**
MASSAGE ENVY FRANCHISING, LLC
AGENT FOR SERVICE OF PROCESS:
3260 N HAYDEN RD.,, #210
SCOTTSDALE, AZ 85251

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

**CREDITOR**
NA SHAUN NEAL
3756 SANTA ROSALIA DR, SUITE 326
LOS ANGELES, CA 90008-3615

**CREDITOR**
NAVY FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22119-3000

**CREDITOR**
REGUS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE STREET, SUITE 200
RIVERSIDE, CA 92505-4400

**CREDITOR / POC ADDRESS**
ROIC CALIFORNIA LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
MS 631099
PO BOX 3953
SEATTLE, WA 98124-3953

**CREDITOR**
ROIC CALIFORNIA, LLC
C/O SAM YEBRI, ESQ
MERINO YEBRI LLP
1925 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067-2722

**CREDITOR**
SAFE AND SOUND SECURITY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
18545 TOPHAM STREET, UNIT G
RESEDA, CA 91335-6880

**CREDITOR**
SIMI GOLD CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
292 S LA CIENEGA BLVD, #3308
BEVERLY HILLS, CA 90211-3330

**CREDITOR**
SIMI GOLD CENTER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
6006 RESEDA BLVD
TARZANA, CA 91356-1507

**CREDITOR**
SIRIA AMADOR
C/O NICK BADII, ESQ
LAWYERS FOR EMPLOYEE & CONSUMER RIGHTS APC
3500 W OLIVE AVE, 3RD FLOOR
BURBANK, CA 91505-4628

**CREDITOR**
SMALL BUSINESS ADMINISTRATION
409 3RD STREET SW
WASHINGTON, DC 20024-3212

**CREDITOR**
SOCM I, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
655 BREA CANYON RD
WALNUT, CA 91789-3078

**CREDITOR**
SOUTHERN CAL GAS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX C
MONTEREY PARK, CA 91754-0932

**CREDITOR**
SPECTRIO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 890271
CHARLOTTE, NC 28289-0271

**CREDITOR**
STRATEGEM INVESTMENTS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
410 S JUANITA AVENUE
REDONDO BEACH, CA 90277-3824

**CREDITOR**
THE COLLECTION AT RIVERPARK
C/O CENTERCAL PROPERTIES, LLC
2751 PARK VIEW COURT, SUITE 261
OXNARD, CA 93036-5451

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| **CREDITOR** | **CREDITOR / POC ADDRESS** | **CREDITOR / POC ADDRESS** |
|---|---|---|
| THE DARVISH FIRM, APC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>12424 WILSHIRE BOULEVARD, SUITE 1115<br>LOS ANGELES, CA 90025-1071 | THE DARVISH FIRM, APC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>10990 WILSHIRE BLVD., SUITE 800<br>LOS ANGELES, CA 90024 | U.S. SMALL BUSINESS ADMINISTRATION / CESC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>14925 KINGSPORT ROAD<br>FT WORTH, TX 76155 |
| **CREDITOR**<br>VENTURA COUNTY TAX COLLECTOR<br>800 S VICTORIA AVE<br>VENTURA, CA 93009-0002 | **CREDITOR**<br>WORLD PAY MERCHANT SERVICES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 639726<br>CINCINNATI, OH 45263-9726 | **CO-DEBTOR**<br>5077 LANKERSHIM HEALTH ASSOCIATES, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 |
| **CO-DEBTOR**<br>BEAUTIFUL GIRLS, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 | **CO-DEBTOR**<br>COASTAL MASSAGE CHANNEL ISLANDS HARBOR, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 | **CO-DEBTOR**<br>COASTAL MASSAGE OXNARD, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 |
| **CO-DEBTOR**<br>COASTAL MASSAGE VENTURA INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 | **CO-DEBTOR**<br>ELEVEN EIGHT, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 | **CO-DEBTOR**<br>FAITH PAGE LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 |
| **CO-DEBTOR**<br>JOYFUL WELLNESS, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 | **CO-DEBTOR**<br>JOYFULLY GIFTED, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 | **CO-DEBTOR**<br>LAWRENCE GIRLS, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>11801 PIERCE ST, SUITE 200<br>RIVERSIDE, CA 92505-4400 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**CO-DEBTOR**
TRINITY FIFTEEN, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-5191

**CO-DEBTOR**
WEST COAST BABY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
11801 PIERCE ST, SUITE 200
RIVERSIDE, CA 92505-4400

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                  **F 9013-3.1.PROOF.SERVICE**