D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 7 Trustee,
ARTURO M. CISNEROS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>SHAMICKA LAWRENCE,<br><br>Debtor. | Case No. 6:23-bk-15163-WJ<br><br>Chapter 7<br><br>ERRATA AND SUPPLEMENT TO TRUSTEE'S MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 11364 ESTATES COURT, RIVERSIDE, CA 92503<br><br>[Motion Docket No. 73]<br><br>Date: May 21, 2024<br>Time: 1:00 p.m.<br>Ctrm: 304 |

TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

    Arturo M. Cisneros, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Shamicka Lawrence ("Debtor"), files this supplement and errata to his motion ("Motion") to sell residential real property commonly known as 11364 Estates Court, Riverside, CA 92503 ("Property"), which motion was filed on April 24, 2024, as Docket No. 73. No party has timely filed an opposition or response to the Motion.

**1.    Errata to Page 5.**

Subsequent to the filing of the Motion, an interested party contacted Trustee that the Motion inadvertently contained a sentence fragment on Page 5, at the end of the paragraph beginning with "On April 11, 2024" on line 4. This paragraph should conclude with the sentence "By this Motion, Trustee seeks approval of the Marketing Stipulation in connection with the sale of the Property."

**2.    Supplemental declaration of Brian Thompson.**

Attached to the Motion was a slightly outdated declaration by Trustee's broker Brian Thompson. Attached hereto is an updated declaration by Brian Thompson which was executed prior to the filing of the Motion and was intended to be attached to the Motion. The updated declaration provides a corrected open house date ranges but does not differ from the declaration attached to the Motion in any other material way. Trustee will update the Court regarding any overbidders.

Dated: May 7, 2024        MARSHACK HAYS WOOD LLP

By: */s/ Tinho Mang*
    D.  EDWARD HAYS
    TINHO MANG
    Attorneys for Chapter 7 Trustee,
    ARTURO M. CISNEROS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **ERRATA AND SUPPLEMENT TO TRUSTEE'S MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 11364 ESTATES COURT, RIVERSIDE, CA 92503** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 13, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 13, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 13, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Honorable Wayne Johnson
United States Bankruptcy Court
3420 Twelfth Street, Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 13, 2024 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   - **TRUSTEE: Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
   - **INTERESTED PARTY COURTESY NEF: Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
   - **ATTORNEY FOR LAWRENCE CHILDREN'S TRUST UTA MAY 6, 2014: Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
   - **ATTORNEY FOR INTERESTED PARTY MASSAGE ENFY FRANCHISING: Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
   - **ATTORNEY FOR TRUSTEE: D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR DEBTOR: Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
   - **ATTORNEY FOR TRUSTEE: Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
   - **U.S. TRUSTEE: United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: (CONTINUED)

**DEBTOR**
SHAMICKA LAWRENCE
11364 ESTATES COURT
RIVERSIDE, CA 92503-0639

**INTERESTED PARTY**
ALL OCCUPANTS AND/OR TENANTS OCCUPYING THE REAL PROPERTY LOCATED AT:
11364 ESTATES COURT
RIVERSIDE, CA 92503-0639

**INTERESTED PARTY**
ROBERT LAWRENCE, TRUSTEE
LAWRENCE CHILDREN'S TRUST
U/D/T MAY 6, 2014
C/O NANCY BOXWELL, ESQ.
GANG TYRE RAMER BROWN & PASSMAN
132 S RODEO DR, BEVERLY HILLS, CA 90212

**SECURED CREDITOR**
RIVERSIDE COUNTY TAX COLLECTOR
ATTN: MATTHEW JENNINGS
TREASURER-TAX COLLECTOR
4080 LEMON ST, 4TH FLOOR
RIVERSIDE, CA 92501-3609

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**