# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Tuesday, May 21, 2024**                                                  **Hearing Room    304**

<u>1:00 PM</u>
**6:23-15163    Shamicka Lawrence**                                        **Chapter 7**

 **#4.00** Hrg re motion for order authorizing sale of real property: (A) Outside the ordinary course of business; (B) Free and clear of liens; (C) Subject to overbids; and (D) For determination of good faith purchaser

          Docket  73

**Matter Notes:**

 PRESENT: T. MANG
      A. CISNEROS
      T. GEHER

(X) Motion granted.

(  ) Motion denied.

(  ) Fees And Costs Approved Pursuant To The Posted Ruling.

(  ) Vacated. Matter is moot due to dismissal or conversion of case.

(  ) Continued to _____.

(  ) Motion withdrawn.

(X) Prevailing party shall prepare an order.

(  ) Chambers shall prepare an order.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| Tuesday, May 21, 2024 | Hearing Room 304 |

**1:00 PM**
**CONT...**  Shamicka Lawrence                                                                 Chapter 7

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Shamicka Lawrence                          Represented By
                                           Marc A Lieberman

**Trustee(s):**

Arturo Cisneros (TR)                       Represented By
                                           D Edward Hays
                                           Tinho Mang