D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
A. CISNEROS

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:23-bk-15163-WJ |
| SHAMICKA LAWRENCE, | Chapter 7 |
| Debtor. | **THIRD STIPULATION FOR EXTENSION OF DEADLINE TO OBJECT TO DISCHARGE** |
| | [NO HEARING REQUIRED] |

TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This stipulation ("Stipulation") is entered into between Arturo M. Cisneros, in his capacity as

Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Shamicka Lawrence

("Debtor"), Debtor, and the United States Trustee for the Central District of California, Region 16

("U.S. Trustee" and collectively, the "Parties"), with regard to the following:

## Recitals

A. On November 3, 2023 ("Petition Date"), Debtor filed a voluntary petition under

Chapter 7 of Title 11 of the United States Code, initiating the above-captioned bankruptcy case.

Arturo M. Cisneros (previously defined as "Trustee") was appointed as the Chapter 7 Trustee.

B. On May 8, 2024, Trustee concluded the meeting of creditors.

C. The current, stipulated extended deadline to object to discharge is June 5, 2024

("Discharge Deadline").

D. The U.S. Trustee is in the process of scheduling a Rule 2004 examination of the

Debtor and has requested a further extension of the deadline to file an objection to Debtor's

discharge. The U.S. Trustee has requested an examination date of August 22, 2024, and therefore

requests that the deadline be extended to accommodate the Rule 2004 examination.

The Parties agree and STIPULATE as follows:

1.     The deadline for Trustee and the U.S. Trustee to file an objection to discharge shall

be further extended through and including September 5, 2024 ("Extended Deadline"). The Extended

Deadline shall be applicable only to the Trustee and U.S. Trustee and no other party in interest.

2.     The Stipulation is without prejudice to any further extensions of the deadline to object

to discharge, to be made by further motion or stipulation.

3.     This Stipulation may be executed in one or more counterparts and facsimile or

electronic signatures may be used in filing this document with the Court.

Dated: May 31, 2024                      MARSHACK HAYS WOOD LLP

                                         By: */s/ Tinho Mang*
                                             D. EDWARD HAYS
                                             TINHO MANG
                                             Attorneys for Chapter 7 Trustee
                                             A. CISNEROS

Dated: May _ , 2024                      UNITED STATES TRUSTEE FOR THE
                                         CENTRAL DISTRICT OF CALIFORNIA,
                                         REGION 16


                                         By: *(See next page for signature)*
                                             Everett L. Green
                                             Trial Attorney

Dated: May _ , 2024

                                         By: *(See next page for signature)*
                                             SHAMICKA LAWRENCE, Debtor

STIPULATION TO EXTEND DEADLINE TO OBJECT TO DISCHARGE

Debtor and has requested a further extension of the deadline to file an objection to Debtor's

discharge. The U.S. Trustee has requested an examination date of August 22, 2024, and therefore

requests that the deadline be extended to accommodate the Rule 2004 examination.

The Parties agree and STIPULATE as follows:

1.      The deadline for Trustee and the U.S. Trustee to file an objection to discharge shall

be further extended through and including September 5, 2024 ("Extended Deadline"). The Extended

Deadline shall be applicable only to the Trustee and U.S. Trustee and no other party in interest.

2.      The Stipulation is without prejudice to any further extensions of the deadline to object

to discharge, to be made by further motion or stipulation.

3.      This Stipulation may be executed in one or more counterparts and facsimile or

electronic signatures may be used in filing this document with the Court.

Dated: May _ , 2024                          MARSHACK HAYS WOOD LLP

By: *(See previous page for signature)*
                                                 D. EDWARD HAYS
                                                 TINHO MANG
                                                 Attorneys for Chapter 7 Trustee
                                                 A. CISNEROS

Dated: May 31 , 2024                         UNITED STATES TRUSTEE FOR THE
                                             CENTRAL DISTRICT OF CALIFORNIA,
                                             REGION 16

By: _____
                                                 Everett L. Green
                                                 Trial Attorney

Dated: May _ , 2024

By: *(See next page for signature)*
                                                 SHAMICKA LAWRENCE, Debtor

STIPULATION TO EXTEND DEADLINE TO OBJECT TO DISCHARGE

1  Debtor and has requested a further extension of the deadline to file an objection to Debtor's

2  discharge. The U.S. Trustee has requested an examination date of August 22, 2024, and therefore

3  requests that the deadline be extended to accommodate the Rule 2004 examination.

4         The Parties agree and STIPULATE as follows:

5         1.      The deadline for Trustee and the U.S. Trustee to file an objection to discharge shall be

6  further extended through and including September 5, 2024 ("Extended Deadline"). The Extended

7  Deadline shall be applicable only to the Trustee and U.S. Trustee and no other party in interest.

8         2.      The Stipulation is without prejudice to any further extensions of the deadline to object

9  to discharge, to be made by further motion or stipulation.

10        3.      This Stipulation may be executed in one or more counterparts and facsimile or

11  electronic signatures may be used in filing this document with the Court.

12

13  Dated: May __ , 2024                    MARSHACK HAYS WOOD LLP

14                                          By: *(See previous page for signature)*
                                                D. EDWARD HAYS
                                                TINHO MANG
15                                              Attorneys for Chapter 7 Trustee
                                                A. CISNEROS

16

17  Dated: May __ , 2024                    UNITED     STATES    TRUSTEE    FOR    THE
                                            CENTRAL    DISTRICT   OF   CALIFORNIA,
18                                          REGION 16

19                                          By: *(See previous page for signature)*
                                                Everett L. Green
20                                              Trial Attorney

21  Dated: May 30, 2024

22                                          By: _____
                                                SHAMICKA LAWRENCE, Debtor
23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **THIRD STIPULATION FOR EXTENSION OF DEADLINE TO OBJECT TO DISCHARGE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 31, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **May 31, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR**
SHAMICKA LAWRENCE
11364 ESTATES COURT
RIVERSIDE, CA 92503-0639

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 31, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
HONORABLE WAYNE JOHNSON
UNITED STATES BANKRUPTCY COURT
3420 Twelfth Street, Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 31, 2024 | Chanel Mendoza | /s/ Chanel Mendoza |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **TRUSTEE: Arturo Cisneros (TR)**    amctrustee@mclaw.org,
  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **INTERESTED PARTY COURTESY NEF: Alan W Forsley**    alan.forsley@flpllp.com,
  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **ATTORNEY FOR LAWRENCE CHILDREN'S TRUST UTA MAY 6, 2014: Thomas M Geher**    tmg@jmbm.com,
  bt@jmbm.com;tmg@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY MASSAGE ENFY FRANCHISING: Eric D
  Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **ATTORNEY FOR TRUSTEE: D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR DEBTOR: Marc A Lieberman**    marc.lieberman@flpllp.com,
  safa.saleem@flpllp.com,addy@flpllp.com
- **ATTORNEY FOR TRUSTEE: Tinho Mang**    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **U.S. TRUSTEE: United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**