D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
A. CISNEROS

FILED & ENTERED

JUN 04 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:23-bk-15163-WJ |
| SHAMICKA LAWRENCE, | CHAPTER 7 |
| Debtor. | **THIRD ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGE** |

1

1   The Court has reviewed the "Third Stipulation for Extension of Deadline to Object to Discharge" filed on May 31, 2024 as docket #90.  Good cause appearing, the Court hereby ORDERS as follows:

   1.   The deadline for the trustee and the U.S. Trustee to file an objection to discharge is hereby further extended through and including September 5, 2024 ("Extended Deadline").  The Extended Deadline shall be applicable only to the trustee and U.S. Trustee and no other party in interest.

IT IS SO ORDERED.

###

Date: June 4, 2024

Wayne Johnson
United States Bankruptcy Judge