D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
A. Cisneros

**FILED & ENTERED**

**JUN 04 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

SHAMICKA LAWRENCE,

　　　　　　Debtor.

Case No. 6:23-bk-15163-WJ

CHAPTER 7

**ORDER REGARDING ABANDONMENT OF PROPERTY**

Arturo M. Cisneros, chapter 7 trustee, filed a motion entitled "Trustee's Motion to Abandon Estate's Interest in Tangible Personal Property Assets Located at 11364 Estates Court, Riverside, CA 92503; Declaration of Arturo M. Cisneros" on May 7, 2024 as docket #82.  No opposition having been filed, and good cause appearing, the Court hereby ORDERS as follows:

1. The trustee is deemed to have abandoned the estate's interest in all tangible personal property located at 11364 Estates Court, Riverside, CA 92503 other than all items in the home theater at the property and all fixtures.

IT IS SO ORDERED.

###

Date: June 4, 2024

Wayne Johnson
United States Bankruptcy Judge