United States Bankruptcy Court

Central District of California

In re:  Case No. 23-15163-WJ

Shamicka Lawrence  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503-0639 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Chad L Butler | on behalf of Creditor U.S. Bank National Association caecf@tblaw.com |
| D Edward Hays | on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daren M Schlecter | on behalf of Interested Party Courtesy NEF daren@schlecterlaw.com  assistant@schlecterlaw.com |
| Eric D Goldberg | on behalf of Interested Party Massage Envy Franchising  LLC eric.goldberg@dlapiper.com, |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Jun 04, 2024 | Form ID: pdf042 | Total Noticed: 1

    eric-goldberg-1103@ecf.pacerpro.com

Marc A Lieberman
    on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com

Thomas M Geher
    on behalf of Interested Party Courtesy NEF tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com

Tinho Mang
    on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com
    tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov


TOTAL: 10

1 | D. EDWARD HAYS, #162507
ehays@marshackhays.com
2 | TINHO MANG, #322146
tmang@marshackhays.com
3 | MARSHACK HAYS WOOD LLP
870 Roosevelt
4 | Irvine, CA 92620
Telephone: (949) 333-7777
5 | Facsimile: (949) 333-7778

6 | Attorneys for Chapter 7 Trustee,
A. CISNEROS

**FILED & ENTERED**

**JUN 04 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re: | Case No. 6:23-bk-15163-WJ |
|---|---|
| SHAMICKA LAWRENCE, | CHAPTER 7 |
| Debtor. | **THIRD ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGE** |

1

1    The Court has reviewed the "Third Stipulation for Extension of Deadline to Object to Discharge" filed on May 31, 2024 as docket #90. Good cause appearing, the Court hereby ORDERS as follows:

1.    The deadline for the trustee and the U.S. Trustee to file an objection to discharge is hereby further extended through and including September 5, 2024 ("Extended Deadline"). The Extended Deadline shall be applicable only to the trustee and U.S. Trustee and no other party in interest.

IT IS SO ORDERED.

###

Date: June 4, 2024

Wayne Johnson
United States Bankruptcy Judge

2