United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-15163-WJ |
| Shamicka Lawrence | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

**Recip ID       Recipient Name and Address**
db         +  Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503-0639

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:**

**Name**                **Email Address**

Alan W Forsley
            on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Arturo Cisneros (TR)
            amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Chad L Butler
            on behalf of Creditor U.S. Bank National Association caecf@tblaw.com

D Edward Hays
            on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com
            ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daren M Schlecter
            on behalf of Interested Party Courtesy NEF daren@schlecterlaw.com  assistant@schlecterlaw.com

Eric D Goldberg
            on behalf of Interested Party Massage Envy Franchising  LLC eric.goldberg@dlapiper.com,

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Jun 04, 2024 | Form ID: pdf042 | Total Noticed: 1

eric-goldberg-1103@ecf.pacerpro.com

Marc A Lieberman
    on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com

Thomas M Geher
    on behalf of Interested Party Courtesy NEF tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com

Tinho Mang
    on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com
    tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 10

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
A. Cisneros

**FILED & ENTERED**

JUN 04 2024

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

SHAMICKA LAWRENCE,

　　　　　Debtor.

Case No. 6:23-bk-15163-WJ

CHAPTER 7

**ORDER REGARDING ABANDONMENT OF PROPERTY**

Arturo M. Cisneros, chapter 7 trustee, filed a motion entitled "Trustee's Motion to Abandon Estate's Interest in Tangible Personal Property Assets Located at 11364 Estates Court, Riverside, CA 92503; Declaration of Arturo M. Cisneros" on May 7, 2024 as docket #82. No opposition having been filed, and good cause appearing, the Court hereby ORDERS as follows:

1. The trustee is deemed to have abandoned the estate's interest in all tangible personal property located at 11364 Estates Court, Riverside, CA 92503 other than all items in the home theater at the property and all fixtures.

IT IS SO ORDERED.

### 

Date: June 4, 2024

Wayne Johnson
United States Bankruptcy Judge