PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:          Everett.L.Green@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>SHAMICKA LAWRENCE,<br><br><br>Debtor. | Case No. 6:23-bk-15163-WJ<br><br>CHAPTER 7<br><br>**STIPULATION BETWEEN UNITED STATES TRUSTEE AND DEBTOR TO PRODUCE DOCUMENTS AND TO APPEAR FOR AN EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND LOCAL BANKRUPTCY RULE 2004-1**<br><br>[No Hearing Required Pursuant to LBR 9013-1(p)] |

This stipulation ("Stipulation"), pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule of Procedure 2004-1, is entered into between Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee") and Chapter 7 debtor, Shamicka Lawrence ("Debtor" and collectively, "Parties").

-1-

# RECITALS

**A.   The Need For An Examination.**

A.   On November 3, 2023, the Debtor filed a Chapter 7 petition and case commencement documents.

B.   The Debtor is the owner and/or holds interests in multiple entities that received in 2022 approximately $3.5 million in pre-petition Coronavirus Disease 2019 disaster assistance loans. Many of the entities are now closed and/or defunct.

C.   The U.S. Trustee wishes to examine the Debtor regarding her pre-petition transactions and the transactions of her entities.

**B.   The Parties Met and Conferred In Accordance With Local Bankruptcy Rule 2004-1.**

D.   In accordance with Local Bankruptcy Rule 2004-1(a), prior to filing this Stipulation, on or about April 22, 2024, Counsel for the U.S. Trustee and the Debtor met and conferred by telephone to discuss an examination and document production. The Parties subsequently agreed to a date, time, place, and scope of the production and examination.

E.   An examination under Federal Rule of Bankruptcy Procedure 2004 is necessary because the meeting of creditors has concluded, and the U.S. Trustee wishes to continue his examination of the Debtor and develop an understanding of the Debtor's financial condition.

**NOW THEREFORE**, subject to Court approval, the Parties stipulate and agree as follows:

1.   The Debtor will produce documents responsive to the subpoena and document request attached to the supporting declaration by July 27, 2024.

2.   The Debtor will appear in person on August 22, 2024, at 9:30 a.m. at the Office of the U.S. Trustee or to a date agreed on by the Parties, submit to an examination in person, and testify under oath. The examination will continue from day to day, excluding weekends and holidays, until completed.

//
//
//
//
//

3. This stipulation may be signed in counterparts and a copy of a signature will serve as an original.

DATED: ~~May ___, 2024~~ June 10, 2024

UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, REGION 16

By: /s/ Everett L. Green
Everett L. Green
Counsel to Plaintiff

DATED: May 24, 2024

FLP LAW GROUP LLP

By: /s/ Marc A. Liberman
Marc A. Liberman
Attorney for the Debtor

-3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3801 University Avenue, Suite 720,**
**Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*):
1) **Stipulation Between United States Trustee and Debtor to Produce Documents and to Appear for an Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1;**
2) **Declaration of Everett L. Green in Support of Stipulation Between United States Trustee and Debtor to Produce Documents and Conduct an Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 10, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Electronic Mail Notice List.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 10, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Shamicka Lawrence
11364 Estates Court
Riverside, CA 92503

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 10, 2024 | Adela Salgado | */s/ Adela Salgado* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:23-bk-15163-WJ

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Chad L Butler**    caecf@tblaw.com
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Marc A Lieberman**    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Daren M Schlecter**    daren@schlecterlaw.com, assistant@schlecterlaw.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

    **Hahn Fife & Company**
    1055 E. Colorado Blvd #5
    Pasadena, CA 91106

    **Brian Thompson**
    Winterstone Real Estate Development
    23792 Rockfield Blvd., Ste. 101
    Lake Forest, CA 92630

## [Creditor List](#)

Click the link above to produce a complete list of **creditors** only.

## [List of Creditors](#)

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.