1   PETER C. ANDERSON
    UNITED STATES TRUSTEE
2   ABRAM S. FEUERSTEIN, SBN 133775
    ASSISTANT UNITED STATES TRUSTEE
3   EVERETT L. GREEN, SBN 237936
    TRIAL ATTORNEY
4   UNITED STATES DEPARTMENT OF JUSTICE
    OFFICE OF THE UNITED STATES TRUSTEE
5   3801 University Avenue, Suite 720
    Riverside, CA 92501-2804
6   Telephone:    (951) 276-6990
    Facsimile:    (951) 276-6973
7   Email:        Everett.L.Green@usdoj.gov

FILED & ENTERED

JUN 11 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

8

9                 UNITED STATES BANKRUPTCY COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11                     RIVERSIDE DIVISION

12  In re:                              Case No. 6:23-bk-15163-WJ

13  SHAMICKA LAWRENCE,                  CHAPTER 7

14                                      **ORDER REQUIRING DEBTOR TO PRODUCE**
                    Debtor.             **DOCUMENTS AND TO APPEAR FOR AN**
15                                      **EXAMINATION PURSUANT TO FEDERAL**
                                        **RULE OF BANKRUPTCY PROCEDURE 2004**
16                                      **AND LOCAL BANKRUPTCY RULE 2004-1**

17

18

19

20

21

22

23

24

25

26

27

28

-1-

The Court has reviewed the "Stipulation Between United States Trustee and Debtor to Produce Documents and to Appear for an Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1" filed on June 10, 2024 as docket #99 by Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee").  Good cause appearing, the Court hereby ORDERS as follows:

1.      The debtor, Shamicka Lawrence ("Debtor"), shall produce documents responsive to the document request attached to the supporting declaration by July 27, 2024.

2.      The Debtor shall appear in person on August 22, 2024 at 9:30 a.m. at the Office of the U.S. Trustee or a date agreed on by the U.S. Trustee and the Debtor, and submit to an examination in person, and testify under oath.  The examination will continue from day to day, excluding weekends and holidays, until completed.

IT IS SO ORDERED.

###

Date: June 11, 2024

Wayne Johnson
United States Bankruptcy Judge