A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>Shamicka Lawrence,<br><br>　　　　Debtor. | Case No.: 6:23-bk-15163-WJ<br><br>Chapter 7<br><br>CHAPTER 7 TRUSTEE'S REPORT OF SALE PURSUANT TO RULE 6004(f) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE<br><br>**[11364 Estates Court, Riverside, California 92503]** |

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE:**

　　　　A. CISNEROS, the duly appointed and qualified Chapter 7 Trustee ("Trustee") for the bankruptcy estate of <u>Shamicka Lawrence</u>, respectfully submits his Report of Sale pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 6004-1(g).

　　　　Rule 6004(f) states in pertinent part: "(1) *Public or Private Sale.* All sales not in the ordinary course of business may be by private sale or by public auction. Unless it is impracticable, an itemized statement of the property sold, the name of each purchaser, and the price received for each item or lot or for the property as a whole if sold in bulk shall be filed on completion of the sale...."

1

1  Local Bankruptcy Rule 6004-1(g) states: "Unless otherwise ordered by the Court, the report of sale required by FRBP 6004(f)(1) must be filed and served not later than 21 days after the date of the sale of any property not in the ordinary course of business." The sale closed on June 5, 2024 and the Final Closing Statement is attached as Exhibit "1."

<u>Property</u>:  11364 Estates Court, Riverside, California 92503

<u>Name of Purchasers</u>:  Jonathan P. Alarcon and Cindy Herrera

Purchase Price: $1,700,000.00

Dated: June 12, 2024

A. Cisneros, Chapter 7 Trustee

**A & A ESCROW SERVICES, INC.**

15250 Ventura Blvd, Suite 715
Sherman Oaks, CA 91403

Phone: (310) 550-6055
Fax: (310) 550-6130

## SELLER'S FINAL SETTLEMENT STATEMENT

**PROPERTY:** 11364 Estates Court, Riverside, CA 92503
**DATE:** June 6, 2024

**SELLER:** Bankruptcy Estate of Shamicka Lawrence, Bankruptcy Case No.: 6:23-bk-15163-WJ
**CLOSING DATE:** June 5, 2024
**ESCROW NO.:** ▮

| | DEBITS | CREDITS |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 1,700,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | |
| 2nd 1/2 Taxes 2023-2024 at $9,581.34/semi-annually from 06/05/2024 to 07/01/2024 | | 1,383.97 |
| **COMMISSION CHARGES** | | |
| Winterstone Real Estate and Development | 42,500.00 | |
| WERE Real Estate | 42,500.00 | |
| **OTHER DEBITS/CREDITS** | | |
| MyNHD, Inc. for NHD Disclosure Report | 74.95 | |
| **TITLE/TAXES/RECORDING CHARGES - Lawyers Title Company** | | |
| Title - Owner's Title Insurance | 3,226.00 | |
| Title - Messenger Fee | 15.95 | |
| Title - Sub Escrow Fee | 62.50 | |
| Recording Court Order Approviong Sale | 118.00 | |
| Transfer Tax - County to Riverside County | 1,870.00 | |
| 2nd 1/2 Taxes 2023-2024 to Riverside County Tax Collector | 9,581.34 | |
| 2nd 1/2 Taxes 2023-2024 Penalty to Riverside County Tax Collector | 996.19 | |
| **ESCROW CHARGES - A & A Escrow Services, Inc.** | | |
| Title - Escrow Fee | 2,550.00 | |
| Title - 1099 Processing Fee | 75.00 | |
| Title - Drawing Documentation Fee | 75.00 | |
| Title - Wire Fee | 50.00 | |
| Title - Messenger/FedEx Fees | 25.00 | |
| Title - File Archive Fee* to Archive It! | 50.00 | |
| **Net Proceeds further disbursed as follows*** | 1,597,614.04 | |
| **TOTAL** | $ 1,701,383.97 | $ 1,701,383.97 |

**EXHIBIT "1"**

Date: June 6, 2024                                                                                           Escrow No.:

Page 2 of 2:

**Net Proceeds in the amount of $1,597,614.04 further disbursed as follows:

To The Lawrence Children's Trust U/D/T Dated May 6, 2014:
50% of Net Proceeds of $1,597,614.02 is $798,807.02
plus 1/2 property tax payment per Stipulation 5(c) of $4,790.67
**Total Net Proceeds to The Lawrence Children's Trust U/D/T Dated May 6, 2014 is $803,597.69**

To Bankruptcy Estate of Shamicka Lawrence:
50% of Net Proceeds of $1,597,614.02 is $798,807.02
less Homestead exemption of $635,000.00 paid to Shamicka Lawrence
less 1/2 property tax payment per Stipulation 5(c) of $4,790.67
**Total Net Proceeds to The Bankruptcy Estate of Shamicka Lawrence is $159,016.35**

To Shamicka Lawrence:
Homestead exemption of $635,000.00
**Total Net Proceeds to Shamicka Lawrence is $635,000.00**

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

**EXHIBIT "1"**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 714, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (specify): **CHAPTER 7 TRUSTEE'S REPORT OF SALE PURSUANT TO RULE 6004(F) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **06/12/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Interested Party: Chad L Butler    caecf@tblaw.com
Trustee: Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Interested Party: Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
Interested Party: Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
Interested Party: Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
OUST: Everett L Green    everett.l.green@usdoj.gov
Trustee's Counsel: D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
Debtor's Counsel: Marc A Lieberman    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
Trustee's Counsel: Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
Interested Party: Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
OUST: United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) **06/12/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **xxxxxxxxx**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/12/2024 | **Mayra Johnson** | /s/ Mayra Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE