United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-15163-WJ |
| Shamicka Lawrence | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 11, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503-0639 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2024           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Chad L Butler | on behalf of Creditor U.S. Bank National Association caecf@tblaw.com |
| D Edward Hays | on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daren M Schlecter | on behalf of Interested Party Courtesy NEF daren@schlecterlaw.com  assistant@schlecterlaw.com |
| Eric D Goldberg | on behalf of Interested Party Massage Envy Franchising  LLC eric.goldberg@dlapiper.com, |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: pdf042 | Total Noticed: 1 |

eric-goldberg-1103@ecf.pacerpro.com

Everett L Green

on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

Marc A Lieberman

on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Thomas M Geher

on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com

Tinho Mang

on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com
tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 11

PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:        Everett.L.Green@usdoj.gov

**FILED & ENTERED**

JUN 11 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

SHAMICKA LAWRENCE,

            Debtor.

Case No. 6:23-bk-15163-WJ

CHAPTER 7

**ORDER REQUIRING DEBTOR TO PRODUCE DOCUMENTS AND TO APPEAR FOR AN EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND LOCAL BANKRUPTCY RULE 2004-1**

The Court has reviewed the "Stipulation Between United States Trustee and Debtor to Produce Documents and to Appear for an Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1" filed on June 10, 2024 as docket #99 by Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee"). Good cause appearing, the Court hereby ORDERS as follows:

1. The debtor, Shamicka Lawrence ("Debtor"), shall produce documents responsive to the document request attached to the supporting declaration by July 27, 2024.

2. The Debtor shall appear in person on August 22, 2024 at 9:30 a.m. at the Office of the U.S. Trustee or a date agreed on by the U.S. Trustee and the Debtor, and submit to an examination in person, and testify under oath. The examination will continue from day to day, excluding weekends and holidays, until completed.

IT IS SO ORDERED.

###

Date: June 11, 2024

Wayne Johnson
United States Bankruptcy Judge