**FILED & ENTERED**

**JUN 17 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHAMICKA LAWRENCE,<br><br>     Debtor. | Case No.: 6:23-bk-15163-WJ<br><br>CHAPTER 7<br><br>**SCHEDULING ORDER**<br><br>Hearing Date:<br>Date: June 20, 2024<br>Time: 10:00 a.m.<br>Ctrm.: 304 |

  A hearing is currently scheduled in this case for June 20, 2024 at 10:00 a.m. regarding the motion of U.S. Bank National Association for relief from the automatic stay [docket #86].  No one has filed opposition to the motion and the deadline to do so has passed.  Having reviewed the case and the motion, the Court hereby finds that no oral argument is necessary and, pursuant to Rule 9013-1(j)(3) of the Local Bankruptcy Rules, the Court hereby takes off calendar the hearing and waives appearances.  No hearing shall occur.

1    For the reasons set forth in the unopposed motion, the Court finds that relief from the
2 automatic stay is appropriate and the Court is prepared to enter an order granting the motion with
3 the relief requested on page 5 in paragraphs 1, 2 and 6 of the prayer of the motion pursuant to
4 11 U.S.C. § 362(d)(1) and (d)(2).  Counsel for the moving party should submit a proposed order
5 with such relief within fourteen days.

6    This order takes off calendar the hearing.  It does not grant any relief.  A further order is
7 necessary.  If counsel does not submit a proposed order within fourteen days, the moving party
8 should assume the Court will follow LBR 9021-1(b)(1)(C) and assume the matter has been
9 abandoned and enter an order denying the motion. See LBR 9021-1(b)(1)(C) ("If no party submits
10 a proposed order, the Court may prepare and enter such order as it deems appropriate . . . .").
11 IT IS SO ORDERED.

###

Date: June 17, 2024

Wayne Johnson
United States Bankruptcy Judge