United States Bankruptcy Court

Central District of California

In re:  Case No. 23-15163-WJ
Shamicka Lawrence  Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6    User: admin    Page 1 of 2
Date Rcvd: Jun 17, 2024    Form ID: pdf042    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2024:**

**Recip ID    Recipient Name and Address**
db    + Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503-0639

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2024 at the address(es) listed below:

**Name    Email Address**

Alan W Forsley
   on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Arturo Cisneros (TR)
   amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Chad L Butler
   on behalf of Creditor U.S. Bank National Association caecf@tblaw.com

D Edward Hays
   on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com
   ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daren M Schlecter
   on behalf of Interested Party Courtesy NEF daren@schlecterlaw.com assistant@schlecterlaw.com

Eric D Goldberg
   on behalf of Interested Party Massage Envy Franchising LLC eric.goldberg@dlapiper.com,

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 17, 2024 | Form ID: pdf042 | Total Noticed: 1 |

eric-goldberg-1103@ecf.pacerpro.com

Everett L Green

on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

Marc A Lieberman

on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com

Thomas M Geher

on behalf of Interested Party Courtesy NEF tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com

Tinho Mang

on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com
tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 11

**FILED & ENTERED**

JUN 17 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **gooch**    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-15163-WJ |
| SHAMICKA LAWRENCE, | CHAPTER 7 |
| Debtor. | **SCHEDULING ORDER** |
| | Hearing Date:<br>Date:  June 20, 2024<br>Time:  10:00 a.m.<br>Ctrm.:  304 |

    A hearing is currently scheduled in this case for June 20, 2024 at 10:00 a.m. regarding the motion of U.S. Bank National Association for relief from the automatic stay [docket #86]. No one has filed opposition to the motion and the deadline to do so has passed. Having reviewed the case and the motion, the Court hereby finds that no oral argument is necessary and, pursuant to Rule 9013-1(j)(3) of the Local Bankruptcy Rules, the Court hereby takes off calendar the hearing and waives appearances. No hearing shall occur.

1   For the reasons set forth in the unopposed motion, the Court finds that relief from the
2   automatic stay is appropriate and the Court is prepared to enter an order granting the motion with
3   the relief requested on page 5 in paragraphs 1, 2 and 6 of the prayer of the motion pursuant to
4   11 U.S.C. § 362(d)(1) and (d)(2).  Counsel for the moving party should submit a proposed order
5   with such relief within fourteen days.

6   This order takes off calendar the hearing.  It does not grant any relief.  A further order is
7   necessary.  If counsel does not submit a proposed order within fourteen days, the moving party
8   should assume the Court will follow LBR 9021-1(b)(1)(C) and assume the matter has been
9   abandoned and enter an order denying the motion. See LBR 9021-1(b)(1)(C) ("If no party submits
10  a proposed order, the Court may prepare and enter such order as it deems appropriate . . . .").
11  IT IS SO ORDERED.

12                                              ###

Date: June 17, 2024

*Wayne Johnson*
Wayne Johnson
United States Bankruptcy Judge

- 2 -