ORIGINAL

# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Thursday, June 20, 2024**    Hearing Room    **304**

**10:00 AM**
**6:23-15163    Shamicka Lawrence**    Chapter 7

#1.00    Motion for relief from stay

U.S. BANK NATIONAL VS DEBTOR

Property: 2022 Tesla Model X
[Personal Prop] Chad L. Butler, attorney/movant

Docket    86
*** VACATED ***    REASON: SCHEDULING ORDER ENTERED 6-17-24

**Matter Notes:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -

### Party Information

**Debtor(s):**

Shamicka Lawrence    Represented By
    Marc A Lieberman

**Trustee(s):**

Arturo Cisneros (TR)    Represented By
    D Edward Hays
    Tinho Mang