**FILED & ENTERED**

**JUL 08 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-15163-WJ |
| SHAMICKA LAWRENCE, | CHAPTER 7 |
| Debtor. | **ORDER DENYING MOTION FOR RELIEF FROM STAY** |
| | Hearing:<br>Date:   June 20, 2024<br>Time:  10:00 a.m.<br>Ctrm.:  304 |

On June 17, 2024, the Court entered an order [docket #103] ("Order") regarding the motion of U.S. Bank National Association, for relief from the automatic stay [docket #86] ("Motion").  The Order directed the moving party to submit a proposed order granting the motion within fourteen days.  The moving party, however, did not do so.

Therefore, as set forth in the last sentence of the Order, the Court now assumes that the moving party has abandoned the Motion and, pursuant to LBR 9021-1(b)(1)(C), the Court hereby ORDERS.

1. The Motion is denied without prejudice for failure to prosecute.  The moving party may file another motion.

IT IS SO ORDERED.

Date: July 8, 2024

Wayne Johnson
United States Bankruptcy Judge