United States Bankruptcy Court

Central District of California

In re:  Case No. 23-15163-WJ
Shamicka Lawrence  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 2
Date Rcvd: Jul 08, 2024     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503-0639 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:

**Name**     **Email Address**

Alan W Forsley
    on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Arturo Cisneros (TR)
    amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Chad L Butler
    on behalf of Creditor U.S. Bank National Association caecf@tblaw.com

D Edward Hays
    on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daren M Schlecter
    on behalf of Interested Party Courtesy NEF daren@schlecterlaw.com  assistant@schlecterlaw.com

Eric D Goldberg
    on behalf of Interested Party Massage Envy Franchising  LLC eric.goldberg@dlapiper.com,

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2024 | Form ID: pdf042 | Total Noticed: 1 |

    eric-goldberg-1103@ecf.pacerpro.com

Everett L Green
    on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

Marc A Lieberman
    on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com addy@flpllp.com,andrea@flpllp.com

Thomas M Geher
    on behalf of Interested Party Courtesy NEF tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com

Tinho Mang
    on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com
    tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 11

**FILED & ENTERED**

**JUL 08 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

SHAMICKA LAWRENCE,

          Debtor.

Case No.: 6:23-bk-15163-WJ

CHAPTER 7

**ORDER DENYING MOTION FOR RELIEF FROM STAY**

Hearing:
Date:   June 20, 2024
Time:   10:00 a.m.
Ctrm.:  304

- 1 -

1  On June 17, 2024, the Court entered an order [docket #103] ("Order") regarding the motion of U.S. Bank National Association, for relief from the automatic stay [docket #86] ("Motion"). The Order directed the moving party to submit a proposed order granting the motion within fourteen days. The moving party, however, did not do so.

Therefore, as set forth in the last sentence of the Order, the Court now assumes that the moving party has abandoned the Motion and, pursuant to LBR 9021-1(b)(1)(C), the Court hereby ORDERS.

1. The Motion is denied without prejudice for failure to prosecute. The moving party may file another motion.

IT IS SO ORDERED.

Date: July 8, 2024

Wayne Johnson
United States Bankruptcy Judge