**DLA PIPER LLP (US)**
Eric D. Goldberg, Bar No. SBN 157544
*eric.goldberg@us.dlapiper.com*
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Telephone:   310.595.3000
Facsimile:   310.595.3300

*Attorneys for Massage Envy Franchising LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re: SHAMICKA LAWRENCE, | Case No. 6:23-bk-15163-WJ |
| Debtor. | Chapter 7 |
| | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** |

    **PLEASE TAKE NOTICE** that Massage Envy Franchising LLC, by and through its undersigned counsel, hereby enters a notice of appearance pursuant to Rule 2002(i) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and requests that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following attorney at the address, telephone number, facsimile number and email address indicated:

Eric Goldberg, Esq.
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA
Tel:  (310) 595-3000
Fax:  (310) 595-3300
Email: eric.goldberg@us.dlapiper.com

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes not only the notices and papers referred to in the

1612295561

*DLA PIPER LLP (US)*
*2000 AVENUE OF THE STARS, SUITE 400 NORTH TOWER, LOS ANGELES, CA 90067-4735*

Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to the above-referenced bankruptcy proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by U.S. mail, electronic mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, Massage Envy Franchising LLC intends that neither this Notice of Appearance and Request for Service of Notices and Pleadings nor any later appearance, pleading, claim or suit shall waive: (i) Massage Envy Franchising LLC's right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) Massage Envy Franchising LLC's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy proceeding; (iii) Massage Envy Franchising LLC's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Massage Envy Franchising LLC is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the Central District of California over Massage Envy Franchising LLC, all of which rights, claims, actions, defenses, setoffs, and recoupments Massage Envy Franchising LLC expressly reserves.

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS
Case No. 6:23-bk-15163-WJ

1612295561

1    Dated: August 7, 2024

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**DLA PIPER LLP**


By: */s/ Eric D. Goldberg*
       ERIC D. GOLDBERG

*Attorneys for Massage Envy Franchising LLC*

DLA PIPER LLP (US)
2000 AVENUE OF THE STARS, SUITE 400 NORTH TOWER, LOS ANGELES, CA 90067-4735

1612295561