# United States Bankruptcy Court
## Central District of California
### Riverside
#### Wayne Johnson, Presiding
#### Courtroom 304 Calendar

---

**Thursday, August 29, 2024**                                         **Hearing Room**    **304**

---

**10:00 AM**
**6:23-15163    Shamicka Lawrence**                                                    **Chapter 7**

**#2.00        Motion for relief from stay**

        U.S. BANK VS DEBTOR

        Property: 2022 Tesla Model X
        [Personal Prop] Chad Butler, attorney/movant

                        Docket      108

**Matter Notes:**

    Present: counsel for moving party:  _RICHARD    STEVENSON_

---

( ) The motion is denied.  The Court adopts its tentative ruling as the final ruling of the Court.

( ) The motion is denied for the reasons stated on the record.

( ) The motion is granted based on the final ruling posted by the Court.

( ) The motion is granted.  The Court adopts its tentative ruling as the final ruling of the Court.

( ) The motion is granted for the reasons set forth in the motion and based on the findings of fact and conclusions of law made on the record.  The Court grants the relief requested in:
         ( ) paragraph(s) _____ of the prayer of the motion.
         ( ) paragraph(s) _____ of the extraordinary relief attachment.
         ( ) section 362(d)(4) based upon ( ) unauthorized transfers of the property
that is the subject of the motion and/or ( ) the filing of prior bankruptcy cases.

**United States Bankruptcy Court**
**Central District of California**
**Riverside**
**Wayne Johnson, Presiding**
**Courtroom 304 Calendar**

---

**Thursday, August 29, 2024**                                      **Hearing Room      304**

---

<u>10:00 AM</u>
**CONT...       Shamicka Lawrence**                                      **Chapter 7**

( ) The motion of the debtor(s) to continue or impose the automatic stay is granted as to:

    ( ) creditors who were properly served with the motion.

    ( ) the following creditors only: _____

    _____

( ) Order to be lodged.     ( ) No lodgement necessary.

(X) Hearing regarding the motion is continued to __9/26__, 2024 at __11:00 A M__ a.m.

( ) Off Calendar

( ) _____

_____

_____

**Tentative Ruling:**

    Counsel of record for the moving party (Mr. Butler) should appear in person in the courtroom.  This hearing will not be conducted by telephone or video.  Prior to the hearing, it would be helpful if Mr. Butler reviewed the order of the Court entered in this case on July 8, 2024 [docket 106] as well as Local Bankruptcy Rule 9013-1(L).

| Party Information |
|---|

**<u>Debtor(s):</u>**

    Shamicka  Lawrence               Represented By
                                   Marc A Lieberman

# United States Bankruptcy Court
## Central District of California
### Riverside
#### Wayne Johnson, Presiding
#### Courtroom 304 Calendar

---

**Thursday, August 29, 2024**                                    **Hearing Room      304**

---

<u>10:00 AM</u>
**CONT...**        **Shamicka Lawrence**                                    **Chapter 7**

    <u>**Movant(s):**</u>

        U.S. Bank National Association                Represented By
                                                Chad L Butler

    <u>**Trustee(s):**</u>

        Arturo  Cisneros (TR)                Represented By
                                           D Edward Hays
                                         Tinho  Mang