PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:     (951) 276-6990
Facsimile:     (951) 276-6973
Email:         Everett.L.Green@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SHAMICKA LAWRENCE,<br><br><br>Debtor. | Case No. 6:23-bk-15163-WJ<br><br>CHAPTER 7<br><br>**STIPULATION BETWEEN UNITED STATES TRUSTEE, CHAPTER 7 TRUSTEE, AND DEBTOR TO EXTEND DISCHARGE DEADLINE PURSUANT TO 11 U.S.C. § 727 & FEDERAL RULE OF BANKRUPTCY PROCEDURE 4004**<br><br>[No Hearing Required] |

**TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTOR, CHAPTER 7 TRUSTEE, AND ALL PARTIES-IN-INTEREST:**

This stipulation, pursuant to 11 U.S.C. § 727 and Federal Rule of Bankruptcy Procedure 4004, is entered into among Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee"), Arturo M. Cisneros, in his capacity as Chapter 7 Trustee of the estate of Shamicka Lawrence ("Trustee") and Chapter 7 debtor, Shamicka Lawrence ("Debtor").

**RECITALS**

A. On November 3, 2023, the Debtor filed a Chapter 7 petition and case commencement documents.

B. The Debtor and the U.S. Trustee have stipulated to an examination and document production under Federal Rule of Bankruptcy Procedure 2004. The Debtor and the U.S. Trustee have continued the document production deadline and the examination date to October 2024.

C. The discharge deadline under 11 U.S.C. § 727 for the U.S. Trustee and Chapter 7 Trustee expires on September 5, 2024, before the continued examination date.

D. The parties have met and conferred and wish to extend the discharge deadline.

**NOW THEREFORE**, subject to court approval, the parties stipulate and agree as follows:

1. The deadline under 11 U.S.C. § 727 for the Trustee and U.S. Trustee is extended to November 5, 2024.

2. The deadline under 11 U.S.C. § 727 is extended for the U.S. Trustee and Trustee only.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

3. This stipulation may be signed in counterparts and a facsimile or electronic signature may be used in filing this stipulation with the court.

DATED: September 4, 2024

UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, REGION 16

By: *Everett L. Green*
Everett L. Green
Trial Attorney

DATED: September 4, 2024

FLP LAW GROUP LLP

By: *[signature]*
Marc A. Liberman
Attorney for the Debtor

DATED: September 4, 2024

MARSHACK HAYS WOOD LLP

By: *[signature]*
D. Edward Hays
Tinho Mang
Attorneys for Chapter 7 Trustee, A. Cisneros

-3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3801 University Avenue, Suite 720,**
**Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation Between United States Trustee, Chapter 7 Trustee, and Debtor to Extend Discharge Deadline Pursuant to 11 U.S.C. § 727 & Federal Rule of Bankruptcy Procedure 4004** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 5, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Electronic Mail Notice List.

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **September 5, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Shamicka Lawrence
11364 Estates Court
Riverside, CA 92503

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 5, 2024 | Adela M. Salgado | */s/ Adela M. Salgado* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:23-bk-15163-WJ

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Chad L Butler**  caecf@tblaw.com
- **Arturo Cisneros (TR)**  amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Alan W Forsley**  alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Thomas M Geher**  tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **Eric D Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Everett L Green**  everett.l.green@usdoj.gov
- **D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Marc A Lieberman**  marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- **Tinho Mang**  tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Daren M Schlecter**  daren@schlecterlaw.com, assistant@schlecterlaw.com
- **United States Trustee (RS)**  ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Hahn Fife & Company**
1055 E. Colorado Blvd #5
Pasadena, CA 91106

**Brian Thompson**
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630

[Creditor List](#)

Click the link above to produce a complete list of **creditors** only.

[List of Creditors](#)

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.