**TIFFANY & BOSCO**
P.A.

CHAD L. BUTLER (SBN 270888)
clb@tblaw.com
1455 Frazee Road, Suite 820
San Diego, CA 92108
Tel.: (619) 501-3503
Attorney for Movant: U.S. Bank National Association

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Shamicka Lawrence aka Shamicka Gibbs,<br><br>Debtor. | Case No. 6:23-bk-15163-WJ<br><br>Chapter 7<br><br>**NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY (DOCKET Nos. 108, 111)**<br><br><u>**NEW HEARING DATE:**</u><br><br>Date: September 26, 2024<br>Time: 11:00 a.m.<br>Ctrm: 304<br>Place: 3420 Twelfth Street, Riverside, CA 92501 |

**TO THE DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, AND ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that on September 26, 2024, at 11:00 a.m., or as soon thereafter as the parties may be heard, in the above-captions court, there will be a hearing on U.S. Bank National Association's Motion for Relief from the Automatic Stay (the "Motion"), filed on August 1, 2024 as Docket No. 108, made pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, before the Honorable Judge Wayne E. Johnson. In addition, Attorney for Movant filed a Declaration in Support of the Motion on August 28, 2024, as Docket No. 111.

PLEASE TAKE FURTHER NOTICE that this Notice continues the hearing that was that was originally set for August 29, 2024, at 10:00 a.m.

Dated: September 5, 2024                                               TIFFANY & BOSCO, P.A.

*/s/ Chad L. Butler*
Chad L. Butler (SBN 270888)
Attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Tiffany & Bosco, P.A., 7720 North 16TH Street, Suite 300, Phoenix, Arizona 85020**

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY (DOCKET Nos. 108, 111)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/05/24, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**DEBTOR'S ATTORNEY:** Marc A Lieberman marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
**CHAPTER 7 TRUSTEE:** Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com, ecf.alert+Cisneros@titlexi.com
**CHAPTER 7 TRUSTEE'S ATTORNEY:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com, alinares@ecf.courtdrive.com, cmendoza@marshackhays.com, cmendoza@ecf.courtdrive.com
**CHAPTER 7 TRUSTEE'S ATTORNEY:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com, alinares@ecf.courtdrive.com, cmendoza@ecf.courtdrive.com
**U.S. TRUSTEE:** United States Trustee (RS), ustpregion16.rss.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) 09/05/24, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Honorable Wayne Johnson, United States Bankruptcy Court, Central District of California, 3420 Twelfth Street, Suite 384, Riverside, CA 92501-3819
**DEBTOR:** Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503
**CO-OWNER:** Coastal Massage Oxnard, Inc., 11801 Pierce St., Suite 200, Riverside, CA 92505

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/05/24 | Mirna Garcia | /s/ Mirna Garcia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE