United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-15163-WJ |
| Shamicka Lawrence | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 05, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

**Recip ID        Recipient Name and Address**
db            + Shamicka Lawrence, 11364 Estates Court, Riverside, CA 92503-0639

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2024           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2024 at the address(es) listed below:**

**Name**                **Email Address**

Alan W Forsley
                        on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Arturo Cisneros (TR)
                        amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Chad L Butler
                        on behalf of Creditor U.S. Bank National Association caecf@tblaw.com

D Edward Hays
                        on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com
                        ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daren M Schlecter
                        on behalf of Interested Party Courtesy NEF daren@schlecterlaw.com  assistant@schlecterlaw.com

Eric D Goldberg

District/off: 0973-6 User: admin Page 2 of 2
Date Rcvd: Sep 05, 2024 Form ID: pdf042 Total Noticed: 1

on behalf of Interested Party Massage Envy Franchising  LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Everett L Green

on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

Marc A Lieberman

on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com  addy@flpllp.com,andrea@flpllp.com

Thomas M Geher

on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com

Tinho Mang

on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 11

PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:         Everett.L.Green@usdoj.gov

**FILED & ENTERED**

**SEP 05 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

SHAMICKA LAWRENCE,

                Debtor.

Case No. 6:23-bk-15163-WJ

CHAPTER 7

**ORDER EXTENDING DISCHARGE DEADLINE PURSUANT TO 11 U.S.C. § 727 & FEDERAL RULE OF BANKRUPTCY PROCEDURE 4004**

-1-

The Court has reviewed the "Stipulation Between United States Trustee, Chapter 7 Trustee, and Debtor to Extend Discharge Deadline Pursuant to 11 U.S.C. § 727 and Federal Rule of Bankruptcy Procedure 4004" filed on September 5, 2024 as docket #114 by Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee"). Good cause appearing, the Court hereby ORDERS as follows:

1. The deadline for Arturo M. Cisneros, in his capacity as the chapter 7 trustee for the bankruptcy estate of Shamicka Lawrence, and the U.S. Trustee to object to discharge pursuant to 11 U.S.C. § 727 is hereby extended to November 5, 2024.

2. The deadline under 11 U.S.C. § 727 is extended for the U.S. Trustee and the trustee only.

IT IS SO ORDERED.

###

Date: September 5, 2024

Wayne Johnson
United States Bankruptcy Judge

-2-