1
2
3
4
5
6
7

**FILED & ENTERED**

**SEP 26 2024**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch     DEPUTY CLERK**

8           UNITED STATES BANKRUPTCY COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10                  RIVERSIDE DIVISION

11  In re:                                Case No.: 6:23-bk-15163-WJ

12  SHAMICKA LAWRENCE,                    CHAPTER 7

13              Debtor.

                                          **ORDER DENYING MOTION FOR
14                                         RELIEF FROM STAY**

15
                                          Hearing:
16                                        Date:   September 26, 2024
                                          Time:   11:00 a.m.
17                                        Ctrm.:  304

18
19
20
21
22
23
24
25
26
27
28

- 1 -

On September 26, 2024, the Court held a hearing regarding the second motion of U.S. Bank National Association for relief from the automatic stay [docket #108]. All appearances were noted on the record.

Accordingly, the Court hereby ORDERS as follows:

1. The motion is denied for the reasons stated on the record.

IT IS SO ORDERED.

###

Date: September 26, 2024

Wayne Johnson
United States Bankruptcy Judge