# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Thursday, September 26, 2024**         Hearing Room    304

---

11:00 AM
**6:23-15163**     Shamicka Lawrence        Chapter 7

    **#4.00**    Motion for relief from stay

         U.S. BANK VS DEBTOR

         Property: 2022 Tesla Model X
         [Personal Prop] Chad Butler, attorney/movant

         FROM: 8-29-24

                Docket     108

**Matter Notes:**

    Present: counsel for moving party: _C. Butler_____

---

( ) The motion is denied. The Court adopts its tentative ruling as the final ruling of the Court.

(X) The motion is denied for the reasons stated on the record.

( ) The motion is granted based on the final ruling posted by the Court.

( ) The motion is granted. The Court adopts its tentative ruling as the final ruling of the Court.

( ) The motion is granted for the reasons set forth in the motion and based on the findings of fact and conclusions of law made on the record. The Court grants the relief requested in:
         ( ) paragraph(s) _____ of the prayer of the motion.
         ( ) paragraph(s) _____ of the extraordinary relief attachment.
         ( ) section 362(d)(4) based upon ( ) unauthorized transfers of the property that is the subject of the motion and/or ( ) the filing of prior bankruptcy cases.

# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Thursday, September 26, 2024**      Hearing Room    **304**

**11:00 AM**
**CONT...**    **Shamicka Lawrence**      **Chapter 7**

( ) The motion of the debtor(s) to continue or impose the automatic stay is granted as to:

     ( ) creditors who were properly served with the motion.

     ( ) the following creditors only: _____

_____

( ) Order to be lodged.    ( ) No lodgement necessary.

( ) Hearing regarding the motion is continued to _____, 2024 at _____ a.m.

( ) Off Calendar

( ) _____

_____

**Tentative Ruling:**

     Counsel of record for the moving party (Mr. Butler) should appear in person in the courtroom. This hearing will not be conducted by telephone or video. Prior to the hearing, it would be helpful if Mr. Butler reviewed the order of the Court entered in this case on July 8, 2024 [docket 106] as well as Local Bankruptcy Rule 9013-1(L).

| Party Information |
|---|

**Debtor(s):**

Shamicka Lawrence      Represented By
                                                    Marc A Lieberman

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, September 26, 2024**      **Hearing Room  304**

<u>11:00 AM</u>
**CONT...**     **Shamicka Lawrence**             **Chapter 7**

  <u>**Movant(s):**</u>

    U.S. Bank National Association        Represented By
                                                      Chad L Butler

  <u>**Trustee(s):**</u>

    Arturo Cisneros (TR)                     Represented By
                                                     D Edward Hays
                                                     Tinho Mang