United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-15163-WJ |
| Shamicka Lawrence | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 26, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

**Recip ID      Recipient Name and Address**
db        +   Shamicka Lawrence, 5897 Cliftondale Drive, Atlanta, GA 30349-8729

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Chad L Butler | on behalf of Creditor U.S. Bank National Association caecf@tblaw.com |
| D Edward Hays | on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daren M Schlecter | on behalf of Interested Party Courtesy NEF daren@schlecterlaw.com  assistant@schlecterlaw.com |
| Eric D Goldberg | |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Sep 26, 2024 | Form ID: pdf042 | Total Noticed: 1

    on behalf of Interested Party Massage Envy Franchising  LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Everett L Green
    on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

Marc A Lieberman
    on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com  addy@flpllp.com,andrea@flpllp.com

Thomas M Geher
    on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com

Tinho Mang
    on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 11

**FILED & ENTERED**

**SEP 26 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-15163-WJ |
| SHAMICKA LAWRENCE, | CHAPTER 7 |
| Debtor. | **ORDER DENYING MOTION FOR RELIEF FROM STAY** |
| | Hearing:<br>Date:   September 26, 2024<br>Time:  11:00 a.m.<br>Ctrm.:  304 |

- 1 -

1  On September 26, 2024, the Court held a hearing regarding the second motion of U.S. Bank National Association for relief from the automatic stay [docket #108]. All appearances were noted on the record.

Accordingly, the Court hereby ORDERS as follows:

1. The motion is denied for the reasons stated on the record.

IT IS SO ORDERED.

###

Date: September 26, 2024

_____
Wayne Johnson
United States Bankruptcy Judge