PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Everett.L.Green@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| In re: | Case No. 6:23-bk-15163-WJ |
|---|---|
| SHAMICKA LAWRENCE, | CHAPTER 7 |
| Debtor. | **STIPULATION BETWEEN UNITED STATES TRUSTEE, CHAPTER 7 TRUSTEE, AND DEBTOR TO EXTEND DISCHARGE DEADLINE PURSUANT TO 11 U.S.C. § 727 & FEDERAL RULE OF BANKRUPTCY PROCEDURE 4004** |
| | [No Hearing Required] |

**TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTOR, CHAPTER 7 TRUSTEE, AND ALL PARTIES-IN-INTEREST:**

This stipulation, pursuant to 11 U.S.C. § 727 and Federal Rule of Bankruptcy Procedure 4004, is entered into among Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee"), Arturo M. Cisneros, in his capacity as Chapter 7 Trustee of the estate of Shamicka Lawrence ("Trustee") and Chapter 7 debtor, Shamicka Lawrence ("Debtor").

**RECITALS**

A.  On November 3, 2023, the Debtor filed a Chapter 7 petition and case commencement documents.

B.  On October 16, 2024, the U.S. Trustee examined the Debtor under Federal Rule of Bankruptcy Procedure 2004.  The parties are waiting on delivery of an examination transcript, which the U.S. Trustee needs to review as part of his investigation of the case.

C.  The parties have met and conferred and wish to extend the discharge deadline.

**NOW THEREFORE**, subject to court approval, the parties stipulate and agree as follows:

1.  The deadline under 11 U.S.C. § 727 for the Trustee and U.S. Trustee is extended to December 5, 2024.

2.  The deadline under 11 U.S.C. § 727 is extended for the U.S. Trustee and Trustee only.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

3. This stipulation may be signed in counterparts and a facsimile or electronic signature may be used in filing this stipulation with the court.

DATED: October 31, 2024        UNITED STATES TRUSTEE FOR THE CENTRAL
                               DISTRICT OF CALIFORNIA, REGION 16

                               By: /s/ Everett L. Green
                                   Everett L. Green
                                   Trial Attorney

DATED: October 31, 2024        FLP LAW GROUP LLP

                               By: /s/ Marc A. Liberman
                                   Marc A. Liberman
                                   Attorney for the Debtor

DATED: October ___, 2024       MARSHACK HAYS WOOD LLP

                               By: _____
                                   D. Edward Hays
                                   Tinho Mang
                                   Attorneys for Chapter 7 Trustee, A. Cisneros

1     3.    This stipulation may be signed in counterparts and a facsimile or electronic signature may be used in filing this stipulation with the court.

DATED: October ___, 2024    UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, REGION 16

By: _____
    Everett L. Green
    Trial Attorney

DATED: October ___, 2024    FLP LAW GROUP LLP

By: _____
    Marc A. Liberman
    Attorney for the Debtor

DATED: October 31, 2024    MARSHACK HAYS WOOD LLP

By: _____
    D. Edward Hays
    Tinho Mang
    Attorneys for Chapter 7 Trustee, A. Cisneros

-3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3801 University Avenue, Suite 720,**
**Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation Between United States Trustee, Chapter 7 Trustee, and Debtor to Extend Discharge Deadline Pursuant to 11 U.S.C. § 727 & Federal Rule of Bankruptcy Procedure 4004** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 31, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Electronic Mail Notice List.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 31, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Shamicka Lawrence
5897 Cliftondale Drive
Atlanta, GA 30349

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 31, 2024 | Adela M. Salgado | */s/ Adela M. Salgado* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:23-bk-15163-WJ

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Chad L Butler**    caecf@tblaw.com
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Everett L Green**    everett.l.green@usdoj.gov
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Marc A Lieberman**    marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- **Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Daren M Schlecter**    daren@schlecterlaw.com, assistant@schlecterlaw.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

> **Hahn Fife & Company**
> 1055 E. Colorado Blvd #5
> Pasadena, CA 91106
>
> **Brian Thompson**
> Winterstone Real Estate Development
> 23792 Rockfield Blvd., Ste. 101
> Lake Forest, CA 92630

[Creditor List](#)

Click the link above to produce a complete list of **creditors** only.

[List of Creditors](#)

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.