PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:           Everett.L.Green@usdoj.gov

**FILED & ENTERED**

NOV 01 2024

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch        DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:23-bk-15163-WJ |
| SHAMICKA LAWRENCE, | CHAPTER 7 |
| Debtor. | **ORDER EXTENDING DEADLINES** |

-1-

The Court has reviewed the "Stipulation Between United States Trustee, Chapter 7 Trustee, and Debtor to Extend Discharge Deadline Pursuant to 11 U.S.C. § 727 and Federal Rule of Bankruptcy Procedure 4004" filed on October 31, 2024 as docket #122 by Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee").  Good cause appearing, the Court hereby ORDERS as follows:

1. The deadline under 11 U.S.C. § 727 for Arturo M. Cisneros, in his capacity as the chapter 7 trustee for the bankruptcy estate of Shamicka Lawrence ("Trustee"), and the U.S. Trustee is hereby extended to and including December 5, 2024.

2. The deadline under 11 U.S.C. § 727 is extended for the U.S. Trustee and Trustee only.

IT IS SO ORDERED.

###

Date: November 1, 2024

Wayne Johnson
United States Bankruptcy Judge