United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-15163-WJ |
| Shamicka Lawrence | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 01, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shamicka Lawrence, 5897 Cliftondale Drive, Atlanta, GA 30349-8729 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan W Forsley | on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Chad L Butler | on behalf of Creditor U.S. Bank National Association caecf@tblaw.com |
| D Edward Hays | on behalf of Trustee Arturo Cisneros (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daren M Schlecter | on behalf of Interested Party Courtesy NEF daren@schlecterlaw.com  assistant@schlecterlaw.com |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Nov 01, 2024 | Form ID: pdf042 | Total Noticed: 1

Eric D Goldberg
          on behalf of Interested Party Massage Envy Franchising  LLC eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Everett L Green
          on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

Marc A Lieberman
          on behalf of Debtor Shamicka Lawrence marc.lieberman@flpllp.com  addy@flpllp.com,andrea@flpllp.com

Thomas M Geher
          on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com

Tinho Mang
          on behalf of Trustee Arturo Cisneros (TR) tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (RS)
          ustpregion16.rs.ecf@usdoj.gov

TOTAL: 11

PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Everett.L.Green@usdoj.gov

**FILED & ENTERED**

**NOV 01 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

SHAMICKA LAWRENCE,

　　　　　　　Debtor.

Case No. 6:23-bk-15163-WJ

CHAPTER 7

**ORDER EXTENDING DEADLINES**

-1-

The Court has reviewed the "Stipulation Between United States Trustee, Chapter 7 Trustee, and Debtor to Extend Discharge Deadline Pursuant to 11 U.S.C. § 727 and Federal Rule of Bankruptcy Procedure 4004" filed on October 31, 2024 as docket #122 by Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee").  Good cause appearing, the Court hereby ORDERS as follows:

1. The deadline under 11 U.S.C. § 727 for Arturo M. Cisneros, in his capacity as the chapter 7 trustee for the bankruptcy estate of Shamicka Lawrence ("Trustee"), and the U.S. Trustee is hereby extended to and including December 5, 2024.

2. The deadline under 11 U.S.C. § 727 is extended for the U.S. Trustee and Trustee only.

IT IS SO ORDERED.

###

Date: November 1, 2024

Wayne Johnson
United States Bankruptcy Judge

-2-